**INGLE LAW FIRM**
111 West Monroe Street, Suite 716
Phoenix, Arizona 85003
Christopher B. Ingle (Ariz. Bar #025553)
Michelle Mozdzen (Ariz. Bar #028188)
cingle@inglelawfirm.net
mmozdzen@inglelawfirm.net
courtdocs@inglelawfirm.net
Telephone: (602) 615-8395
Fax: (602) 926-2753

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and, ED MAGEDSON, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BEN SMITH, in his individual capacity and as Sac County Attorney,<br><br>Defendant. | No. 2:17-mc-00020<br><br>**NON-PARTY JOHN BREWINGTON'S NOTICE OF FILING SUBPOENA AND STATUS REPORT**<br><br>*(Assigned to the Honorable Diane J. Humetewa)* |

Non-party Deponent John Brewington ("Brewington"), by and through undersigned counsel, and pursuant to this Court's request from earlier today, hereby gives notice that he has filed herewith 1) a copy of the Subpoena to Testify at a Deposition that forms the basis of his Motion to Quash, attached as Exhibit A, and 2) a status report explaining that the parties did not proceed with the deposition today, attached as Exhibit B. Brewington expects to file a separate Notice of

1

1  Filing today with the exhibits to the Motion to Quash, but wanted to get this Notice
2  filed more quickly for the Court's convenience.
3      RESPECTFULLY SUBMITTED this 31st day of March, 2017.

**INGLE LAW FIRM**

By:<u>/s/ *Christopher B. Ingle*</u>
Michelle Mozdzen
Christopher B. Ingle
*Attorneys for non-party*
*John Brewington*

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Maria Crimi Speth<br>Jaburg & Wilk, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Email: mcs@jaburgwilk.com<br>*Attorneys for Plaintiffs* | Kristopher Madsen<br>Stuart Tinley Law Firm, L.L.P.<br>310 W. Kanesville Blvd. Second Floor<br>Council Bluffs, Iowa 51501<br>Email: Kristopher.Madsen@stuarttinley.com<br>*Attorneys for Defendant* |
| Joel Robbins<br>Robbins & Curtin PLLC<br>301 East Bethany Home Road<br>Suite B-100<br>Phoenix, Arizona 85012<br>Email: joel@robbinsandcurtin.com<br>*Attorney to be noticed* | Angela Campbell<br>Dickey & Campbell Law Firm, P.L.C.<br>301 East Walnut Street, Suite 1<br>Des Moines, Iowa 50309<br>Email: Angela@dickeycampbell.com<br>*Attorney to be noticed* |

Dated: March 31, 2017


By: /s/ *Michelle Mozdzen*