**INGLE LAW FIRM**
111 West Monroe Street, Suite 716
Phoenix, Arizona 85003
Christopher B. Ingle (Ariz. Bar #025553)
Michelle Mozdzen (Ariz. Bar #028188)
cingle@inglelawfirm.net
mmozdzen@inglelawfirm.net
courtdocs@inglelawfirm.net
Telephone: (602) 615-8395
Fax: (602) 926-2753

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and, ED MAGEDSON, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BEN SMITH, in his individual capacity and as Sac County Attorney,<br><br>Defendant. | No. 2:17-mc-00020<br><br>**NON-PARTY JOHN BREWINGTON'S NOTICE OF FILING EXHIBITS TO MOTION TO QUASH**<br><br>*(Assigned to the Honorable Diane J. Humetewa)* |

Non-party Deponent John Brewington ("Brewington"), by and through undersigned counsel, hereby gives notice that he has filed herewith Exhibits A, B, C, D, E, F, G, J, K, and L in support of Brewington's Motion to Quash.

Exhibit A in support of the Motion to Quash, the transcript of Eric J. Skelling, is subject to a confidentiality agreement and is redacted in accordance therewith. The redacted portions are not important in the context of the Motion to Quash – for the most part they are personal details such as addresses. If the Court

wishes to see the un-redacted version, Brewington will seek an order from the Maricopa County Superior Court allowing him to file the un-redacted transcript.

Exhibit B was previously identified as the Mesa Police Department Police Report, and was thought to be in Brewington's possession, but is not. Instead of causing further delay and obtaining the report from the Mesa Police Department, or from Gust Rosenfeld's files, this issue is discussed in Shawn Richeson's deposition on pages169-170. These pages have been included as a substitute for the originally planned Exhibit B.

Exhibits H and I are transcripts in Brewington's possession, but they are subject to a protective order issued in *Xcentric v. Brewington*, Maricopa County Superior Court Case No. CV2008-008275. A copy of this protective order is attached as **Exhibit A** to this Notice. In accordance with the terms of the protective order, Brewington will seek Plaintiffs' permission to submit the transcripts to this Court. If Brewington does not receive Plaintiffs' prompt cooperation, Brewington intends to seek an order from the Maricopa County Superior Court allowing him to file the transcripts with this Court.

RESPECTFULLY SUBMITTED this 31st day of March, 2017.


**INGLE LAW FIRM**


By:/s/ *Michelle Mozdzen*
Michelle Mozdzen
Christopher B. Ingle
*Attorneys for non-party*
*John Brewington*

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Maria Crimi Speth<br>Jaburg & Wilk, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Email: mcs@jaburgwilk.com<br>*Attorneys for Plaintiffs* | Kristopher Madsen<br>Stuart Tinley Law Firm, L.L.P.<br>310 W. Kanesville Blvd. Second Floor<br>Council Bluffs, Iowa 51501<br>Email:<br>Kristopher.Madsen@stuarttinley.com<br>*Attorneys for Defendant* |
| Joel Robbins<br>Robbins & Curtin PLLC<br>301 East Bethany Home Road<br>Suite B-100<br>Phoenix, Arizona 85012<br>Email: joel@robbinsandcurtin.com<br>*Attorney to be noticed* | Angela Campbell<br>Dickey & Campbell Law Firm, P.L.C.<br>301 East Walnut Street, Suite 1<br>Des Moines, Iowa 50309<br>Email: Angela@dickeycampbell.com<br>*Attorney to be noticed* |

Dated: March 31, 2017


By: /s/ *Christopher B. Ingle*