**EXHIBIT B**

**Exhibit B** was previously identified as the Mesa Police Department Police Report, and was thought to be in Brewington's possession. Instead of causing further delay and obtaining the report from the Mesa Police Department, or from Gust Rosenfeld's files, this issue is discussed in Shawn Richeson's deposition on pages 169-170. These pages have been included as **Exhibit B**.

Page 165

1  trouble for doing some stupid things. So I guess
2  technically the assertions were correct there.
3        But the one dealing with
4  Mr. Brewington -- like I said, I respect
5  Mr. Brewington, and I think what he's doing is proper.
6     Q. Well, this post appears to imply that you and
7  Mr. Brewington are working together to blackmail the
8  Ripoff Report. Is that the impression that you got
9  from this?
10    A. That couldn't be further from the truth
11 because there's nothing that I could hope to gain from
12 the Ripoff Report, other than just exposing the
13 criminal wrongdoings of its owners.
14    Q. Do you feel like whoever posted this comment
15 about you is slandering your name?
16    A. No, not really. I mean, it's -- it's a
17 little gray as far as how they've portrayed me. But
18 in an attempt to smear John -- it looks to me like
19 they're just trying to smear things together in a way,
20 like I said, just to -- just to deflect criticism --
21 criticism away from Mr. -- or, I mean, from
22 Mr. Magedson and what he's doing.
23    Q. Do you believe that these comments were made
24 to damage your credibility as a witness?
25       MS. SPETH: Form.

Page 166

1     A. Ultimately, yes. But I think the damage to
2  my credibility is automatic as a result of my previous
3  criminal convictions, so I don't see anything in here
4  that he said about me that is flatly untrue. But it
5  is indicative of Mr. Magedson and his techniques of
6  trying to extort money from people and cause damage.
7     Q. (BY MR. INGLE) All right. I'm done with
8  Exhibit 45. I got Exhibit -- I'm looking at Exhibit
9  46, but as it turns out, I don't need to ask you about
10 anything specifically in it.
11       I read through Exhibit 46, and it seems
12 to me that Ed Magedson has rejected you from the
13 Corporate Advocacy Program. And I meant to ask you
14 about that. Did that ever happen?
15    A. Yeah. I -- I Pay Paled that $200 to him,
16 and I never heard back, actually. I think he just did
17 a refund, and I never heard anything from him.
18    Q. Was there ever any explanation as to why you
19 were not allowed to participate in the Corporate
20 Advocacy Program?
21    A. No explanation, but I think by -- by the time
22 that I was doing that, I think he believed that I was
23 gathering additional information in my prosecution of
24 my claims against him, so I guess -- I guess that's
25 his motive.

Page 167

1     Q. Have you ever received --
2        MS. SPETH: Form.
3     Q. (BY MR. INGLE) -- a letter or an e-mail or
4  any sort of communication denying your application for
5  that Corporate Advocacy Program?
6     A. Not that I remember.
7     Q. All right. I'm done with 46.
8     A. Okay.
9     Q. And actually, I have -- I have marked -- I've
10 pre-marked Exhibit 47. I don't need to ask you any
11 questions about it. So why don't we pick up Exhibit
12 48 instead.
13    A. Okay.
14    Q. What I'd like to ask you about is that it
15 looks like on Page 1 and continuing on to Page 2,
16 there's an e-mail from you to Declan McCullagh. Do
17 you see that?
18    A. From -- it looks like from Declan McCullagh
19 mailed to declan.mccullagh@cnet.com, to Service
20 Manager.
21    Q. Yeah. Actually, below that, it looks like --
22 it says "Service Manager wrote," and then there's a
23 colon. And then there's some more text underneath
24 that. So it looks like you e-mailed Declan
25 McCullagh --

Page 168

1     A. Oh, okay.
2     Q. -- and he e-mailed you back.
3     A. Oh, okay. I see it. Okay.
4     Q. And what I want to ask you about is the
5  e-mail that you sent to Declan McCullagh. You know,
6  did -- did you send this in e-mail, or is this the
7  text of that e-mail? Basically, is this accurate?
8     A. Let me dig --
9        MS. SPETH: Form.
10    A. Let me dig through the e-mail really quick.
11 The name seems to ring a bell. He seems like he's a
12 writer at CNET, and I was -- I think what I was doing
13 with this e-mail was finding out where he was at in
14 all of this, so I made some assertions about
15 Mr. Magedson being a homosexual and all that. So this
16 does look like my words, but let me just read the
17 e-mail.
18    Q. (BY MR. INGLE) Yeah. Just look through it
19 and tell me if you recognize this.
20    A. Yeah, yeah. I was leading Mr. McCullagh to
21 believe in this e-mail that I became a buddy with
22 Ed Magedson.
23    Q. I'd like to -- I'd like to ask you about some
24 comments at the very end of Page 1 --
25    A. Okay.

Page 169

1  Q. -- specifically the part that says, "During
2  one of those conversations, he had admitted that he
3  had authored a death threat letter in order to obtain
4  a temporary injunction in another lawsuit."
5  Are you aware of whether Ed Magedson
6  admitted to authoring death threat letters?
7  A. I'm going to state that I made that comment
8  in there, but I'm also going to state that I falsified
9  that comment to Declan. Like I said, I was trying to
10 figure out who he was.
11 Mr. Magedson did not make that comment
12 to me about the death threat letter, but it was common
13 belief amongst all of us that were investigating him
14 that he did author that.
15 As a matter of fact, that's another one
16 of those pieces of evidence, that I would risk my life
17 on, that Mr. Magedson authored his own death threat
18 letter in an attempt to secure some assistance of the
19 Mesa Police Department, until the detective looked at
20 the facts and threw him out on it -- threw him out.
21 Q. And that actually dovetails perfectly with my
22 next question. If you turn the page, at the bottom it
23 says Xcen 00618. I want to ask you about the second
24 to last sentence in the e-mail. It says, "In fact,
25 the detective at the Mesa Police Department believes

Page 170

1  it was Magedson."
2  Do you see where I'm looking?
3  A. Now, that conversation was a fact. I
4  actually did talk to the detective at the Mesa Police
5  Department and he point blank told me, we believe it
6  was Magedson that authored that letter.
7  Q. Okay. That's what I was going to ask you.
8  All right. Why don't you take a look at my last
9  exhibit, Exhibit 49. And this appears to be comments
10 that were posted on the Phoenix News Times newspaper
11 article.
12 Why don't you take a look at this
13 comment and tell me if you recognize it.
14 A. I'm looking at Exhibit 49, reading it right
15 now. I'm sorry. It's going to take me a while. This
16 is, like, really, really teeny print.
17 MS. SPETH: I'm glad I'm not the only
18 one. It's hard to read.
19 A. I can't read this.
20 Q. (BY MR. INGLE) I apologize for the print.
21 That's the only copy I have, so just let me know when
22 you've worked your way through it.
23 A. This looks like one of my comments because
24 I've got my number posted in here. And I was
25 discussing various PACER findings -- PACER findings

Page 171

1  that I found about various federal lawsuits. So,
2  yeah, I'm pretty sure this is mine.
3  Q. All right. Towards the end of this comment,
4  it says, "A private investigator has been hired in the
5  Phoenix area that has secured the physical address and
6  location of Ed Magedson."
7  A. Uh-huh.
8  Q. Do you see that sentence?
9  A. Yes.
10 Q. The private investigator you're referring to,
11 that is not John Brewington, is it?
12 A. I don't know that -- hang on. Let me just
13 read the comment here real quick.
14 Q. It might help to read the next two sentences
15 after that as well.
16 MS. SPETH: Form.
17 A. In the time frame that this thing was
18 published, I don't believe John Brewington was the
19 original investigator out there that was looking at
20 him. I think there was a -- I think there was a
21 Maricopa County, either Sheriff, or something to that
22 effect, that was looking at him.
23 But I -- I see my next comment here
24 about John Brewington -- yeah. I think that's kind of
25 when John Brewington and I learned of each other, was

Page 172

1  he -- he was either talking to another person in
2  another lawsuit or something to that effect. Yeah, I
3  see it. It references Magedson versus Russo.
4  So to answer your question, the first
5  line of "A private investigator has been hired in the
6  Phoenix area," I believe I was referring to somebody
7  with the Sheriff's department in Maricopa County.
8  And then another private investigator by
9  the name of John Brewington -- well, it couldn't be a
10 private investigator then. Maybe there was a second
11 one.
12 Q. (BY MR. INGLE) Well, actually, if you don't
13 remember or if you don't know, you can just say I
14 don't remember or I don't know.
15 A. I don't know, but I do recall another
16 investigator out there, but I cannot remember the
17 guy's name. And I cannot remember for sure if he was
18 an official police department investigator or private.
19 Q. All right. I'm done with Exhibit 49.
20 I've got a couple more questions for
21 you, and these are ones I kind of jotted down as you
22 were talking earlier, so they're going to jump around
23 a little bit. I apologize.
24 A. Okay.
25 Q. Let me ask you, did John Brewington ever

43 (Pages 169 to 172)