**EXHIBIT F**

FROM :               FAX NO. :6022008173      Jun. 23 2009 08:59AM P 2



# ARIZONA DEPARTMENT OF PUBLIC SAFETY

2102 WEST ENCANTO BLVD.  P.O. BOX 6638  PHOENIX, ARIZONA 85005-6638  (602) 223-2000

*"Courteous Vigilance"*

JANICE K. BREWER    ROGER VANDERPOOL
Governor            Director

May 22, 2009,

To whom it may concern;

The Arizona Department of Public Safety has closed case number 11081 and case number 10967, both cases ( involving John F. Brewington ) have been dropped, and are now closed investigations. At this time, the Department has not found sufficient evidence to pursue any criminal or administrative actions against Mr. Brewington.

Sincerely,

Detective Rahsaan E. Diaz
Arizona Department of Public Safety
Security Guard / Private Investigator Licensing Unit