**EXHIBIT G**

EXHIBIT 2

More info: Ripoffreport-Victims-Unite.org/

| | |
|---|---|
| From: | LaDez DiTonteEDaze9704-7am@gmail.com |
| Sent time: | 06/16/2014 08:57:11 PM |
| To: | |
| Subject: | Re: Message from Internet Law Group website contact form |
| Attachments: | doctors note.jpg   doctors note 2.jpg   prescriptions.jpg |

,

that I was an employee of Ripoff Report and that one of my job duties was to post reports anonymously that the manager of Ripoff Report (Ed Magedson) had personally dictated to me. I have additional first hand knowledge that another employee of Ripoff Report sold their corporate advocacy program, if they declined, this person, wrote additional negative reviews, some of the victims are well known plastic surgeons in Orange County, California.

I am not skilled at figuring out allegations or damages and would reply on your expertise.

That being said, to me, my health.

Let me explain, I suffered a triple dissection of my aorta, and was placed on dialysis. I developed high blood pressure while working for Ripoff Report which was 200 / 110 ... that is in part why I accepted another job ... Ripoff Report offered me a raise and a new car ... then demanded before they paid me ( I've been 2 months without pay) I had to sign a settlement agreement. I was unable to get treatment, or blood pressure medication.

Ripoff Report sent me a 'good faith' Green Dot of $500 but demanded I verify to them I went to the doctor, and also wanted proof of my blood pressure medication ... Ripoff report demanded I provide a doctor write a note, which I complied and copies of my prescriptions. The doctor note clearly states in order to maintain confidentiality all further questions needed to be directed to myself directly. Ripoff Report, then wrote into the settlement agreement that they needed my entire medical file and to speak with my doctor directly. ( I know that is off point ... but first they demand I verify ... then tell me that my medical condition needs to be in a settlement agreement to get paid wages ) doctors feel I only have months left to live ... Ripoff Report has taken 2 months of my life in negotiating to pay me wages owed, how does one quantify that?

2nd, I had been paid $7,000 a month net and was offered $7500 a month net plus a car, I've lost that.

I had a club foot for which I had surgery, due to the forced walking without a car and without money to pay for cabs even though I had surgery to fix the club foot ... I was never to walk miles each day / my foot has begun deforming again, how is that quantified?

I can send along one of the settlement offers from Ripoff Report, they have offered $38,000.00 which is far to low. They also are holding my advocacy work hostage. I am not an attorney, but I research a women who was wrongfully convicted of murder. The video's I prepared and published have caused the State Attorney General, to stipulate certain evidence should not have been included, and release her. She had been convicted for life without the possibility of parole. The settlement agreement they have offered could place my advocacy work in jeopardy. Due to the wording which they have told me is not open to being edited.

The website makes nearly $15,000,000.00 a year this lawsuit would place their every existence at risk, I believe the settlement would in the high six figures perhaps 7.

Below is the email I sent to Ripoff Report and its attorney's perhaps it will help address more of your questions.

Kindest regards,

---------------------------------------------------------------------------------------------------------------------

Dear Mr. Kunz & Mr. Magedson:

I am writing regarding your wide-spread dissemination of outlandish defamatory lies and demand that you immediately cease and desist from disseminating false and defamatory Statements about myself (Darren M Meade) including your blatant lies to the effect I am a "extortionist" "corrupt" and an "unethical" "con man" who is "pathetic con man," has engaged in "fraud," has and has supposedly even been clinically diagnosed by a psychiatrist and psychologist as a "bipolar" (the "Statements") you have been falsely portraying me client as an unethical and mentally-unbalanced thief in false Statements you have spread via emails and in other communications, as well as informing third parties that your Statements will continue be spread across the internet (a thinly-veiled threat to use your expertise in that regard to

ROB000772

smear me and are provided to my enemies or alternatively knowing your lies are provided to my enemies (Michael Roberts, John Brewington) via an unjust criminal investigation by Prosecutor Ben Smith.

All of this demonstrates your malicious intention to harm my reputation by spreading outrageous demonstrable lies. Your conduct exposes you to very substantial liability for defamation, false light invasion of privacy, tortious interference with contract, and interference with prospective economic advantage, among other claims. Moreover, if you continue to engage in this course of wrongful conduct, doing so will exacerbate that liability exponentially, potentially exposing you to liability for compensatory and punitive damages of tens of millions of dollars.

Your offensive and harmful false Statements include referring to me as an "unethical" "money stealing" "scammer" who provides "No value, no service"

Those lies are pointedly calculated to allow you to conceal I was an employee and you have refused to pay my earned wages unless I sign a forced release drafted by Xcentric, and also transparently calculated to exploit my soon to be notoriety arising from the exoneration of Tracey Richter and to use that as a catalyst to spread your lies about me. The aim to allow Xcentric to not to pay me for the wages I earned and a pre-emptive measure because Ed Magedson paid me in part to protect him online which included his providing the wording, and content in certain reports, including but not limited to Ripoff Report.

While we already have evidence in hand proving your wrongful conduct, we hereby put you on notice of your obligation to maintain any and all communications in your possession, custody and/or control regarding my client including text messages from (602) 518-4357 for evidentiary purposes, as set forth herein.

**EMPLOYEE EXAMPLE 1**: Ed Magedson, had hired me protect his online reputation and to research his enemies and discover their skeleton. He had me pledge to secrecy and after a near mishap that I would not disclose anything to his attorneys. That pledge was kept even during all of the attacks until this email on June 16, 2014. This email address is compromised and knowing this email will wind up in my enemies hands I will be partially vague, although you will be able to easily verify the information. A call from Jaburg and Wilk from Maria Speth and Adam Kunz concerning private investigator John Brewington. Review Ed's text messages to me 5 minutes prior to the call and during the call. Ed, was telling me, first not to pick up the phone, then he was answering for me the questions being asked by Maria during the call. The relevance, Ed, clearly was asking me to keep matters concealed from his attorney's, perhaps they were not aware of the capacities I was hired?The text messages from Ed were from (602) 518-4357.

**EMPLOYEE EXAMPLE 2**: Ed Magedson, stated he heard from one of his attorney's that Bennet Kelley might be representing Michael Roberts in his action against Xcentric. He asked me to discredit Bennet Kelley and continually write rebuttals to keep it listing high in Google. The following was researched and published.

http://www.ripoffreport.com/r/Bennet-Kelley-Internet-Law-Center-ValueClick-E-Babylon-Hi-Speed-media-Jacquie-Jordan/California/Bennet-Kelley-Internet-Law-Center-ValueClick-E-Babylon-Hi-Speed-media-Jacquie-Jordan-1089115

Ed, then heard from his attorney, that it was not going to be Bennet Kelley but an attorney named Christopher Ingle. I researched Ingle but could not find any skeletons. Ed asked me to write a report, that it would not be posted, instead he wanted to be able to show that he was holding defamatory reports as a courtesy. Ed told me to include the following in the report / Ingle has body odor and poor hygiene / Ingle owns only one suit wear it every day / Ingle screwed over a female client and is incompetent / Ingle was fired from his last firm and everyone hated him. There will be a report on Ingle which was held.

Ed, asked me to post the same report on other sites, which I did. On Ripoff Report I utilized mostly person@yopmail.com Ed told me not to worry about my IP address as Justin would scramble the IP. I did utilize aol account 4 or 5 times

**EMPLOYEE EXAMPLE 3**: Being that this email account is compromised, ask Ed for the user name and password utilized for an AOL account. This was the account that Ed would log into, write things in a draft folder that I was to then place into certain reports. I have screen shots of the drafts.

If credibility is questioned, I have many more examples, screen shots and recordings.

In addition to your recent spate of defamatory emails you instigated a confrontation where you falsely accused me of being a "con man" and a "fraud" and attacking my religious beliefs, in presence of multiple witnesses. Although at the time I declined to take formal action against you, you appear to have misconstrued the absence of a legal demand as a license to escalate your dissemination of malicious lies about me. Since then, you have intensified your smear campaign and continually place more lies into a settlement agreements for my unpaid wages, aware that all emails, to dmeade@kairos-meade.com is copied by Prosecutor Ben Smith and disseminated to my enemies.

To the extent that you attempt to claim that in your emails peppered with defamatory statements you might have

ROB000773

*More info: Ripoffreport-Victims-Unite.org/*

More info: Ripoffreport-Victims-Unite.org/

paraphrased and used to suggest for example that Darren M Meade is a "conman" "bipolar" etc., any such argument would fail as a legal defense to defamation claims, since you will be shown to have directed Darren M Meade in the publishing of defamatory statements on others who were deemed the enemy of Ripoff Report there by adopting those defamatory statements as your own. See, e.g., Khawar v. Globe lnt'l, Inc., 19 Cal.4th 254, 79 Cal.Rptr.2d 178 (1998) ("one who republishes a defamatory statement is deemed thereby to have adopted it and so may be held liable, together with the person who originated the statement, for resulting injury to the reputation of the defamation victim");  Srnolla, Law of Defamation (2nd Ed. 2004) Vol. 1, §4:91 (secondary publisher, or republisher, may be liable for defamatory publication). Be advised that "repetition of another's words does not release one of responsibility if the repeater knows that the words are false or inherently improbable, or there are obvious reasons to doubt the veracity of the person quoted or the accuracy of his reports.... " Goldwater v. Ginzburg, 414 F.2d 324,337 (C.A.N.Y. 1969). That is the case here.

Of course, even if there were any merit to an argument that you ought not be responsible for repeating lies in your emails, your verbal statements to third party witnesses were direct and unquestionably expose you to substantial liability for slander. For example, in addition to calling me a "fraud" and a "con man," you have told third parties that Darren Meade "ripped off" Ed Magedson, and even said that my client has supposedly been clinically diagnosed as a "sociopath" by multiple physicians! Such lies are defamatory on their face.

Additionally, the false portrayal of someone as mentally unsound, unbalanced, or emotionally volatile is defamatory per se. see, e.g., Rest. of Torts 2d §559 (imputation of mental attributes such as insanity are defamatory); Mattox v. News Syndicate Co., 176 F.2d 97,901 (2d Cir. 1949) cert den. 70 S.Ct. 100 (1949) ("general law" is that "it is libelous per se to say that a person is insane or of unstable mind"); Goldwater v. Ginzburg, 14 F.2d 324 (2d Cir. 1969)

The falsity of your Statements about me is belied by the fact that; even now, you continue to commercially exploit my valuable name and likeness by using Darren M Meade implied endorsement on the front page of RipoffReport.com.

If there was any truth to the lies you have been spreading about me (which there isn't), you would not deign to continue using my complimentary statements and investigative reporting on Ripoff Report. The fact that you have the temerity to commercially exploit my name and demand "unrestricted access" to my work product for more than 20 hours to be paid my earned wages,  while simultaneously spewing lies about me, thereby undermining the value of my name and investigatory talents is shocking.

It is apparent that you are bent on harming my reputation and are inexplicably being motivated to do so by animosities and hostility toward me. Your ongoing pattern of defaming me through mean-spirited lies is nevertheless truly puzzling since I had shown you nothing but respect, never made negative statements about you, and had considered you a friend. Even after not paying me from the 2nd week of April till now.

I reached out to you prior to my seeking legal representation for my unpaid wages, and when asked sent copies of the communication I sent seeking legal representation. The specious untruths (all of which I refuted) I reached out to you to discuss the issues you raised and even when under attack by your attorney Adam Kunz, kept most of my work duties silent. At my invitation, we spoke, settled matter for the unpaid wages, and I promised to sign a release protecting you. You asked me to figuring out a way to explain the emails seeking representation, and suggested due to my medical condition I claims I was depressed.

Afterwards, I thought that whatever had motivated to break your promises and stop paying me including the accusation~laden email had been resolved.

I was therefore shocked when, each time a Settlement Agreement arrived, the terms changed and with each 'redraft' additional defamatory clauses within the new draft of the agreement where you outrageously slandered me, calling him a "con man" and a "fraud".

Despite that incident, I was still determined to look the other way rather than asserting legal claims against you and Xcentric. However, it now appears that no good deed goes unpunished, and that you misinterpreted the fact that you had not yet been sued for defaming me as justification to ramp up your defamation campaign.

Furthermore, in the event that you believe you will be able to spread lies about me while hiding behind a cloak of anonymity, be advised that I have no choice but to now disclose what you Ed had me pledge to keep secret.

We both know, and laughed I was your 'reputation hitman', you also know I have you on audio recording directing me on what to write about Brand.com // you have robbed me of nearly two-months and I do not have much time, I even reduced the settlement by 2/3$^{rds}$ … hopeful this time what I agreed upon with Adam Kunz would make its way onto the settlement agreement.

If you persist in disseminating false and defamatory statements about me, the legal liability to which you are already

ROB000774

exposed will eventually be disclosed and used (because you are already illegally and commercially exploit them even now), my reputation and brand are extremely valuable, and the lies you have been spewing about him are obviously intentionally calculated to harm his reputation and damage his brand. If that occurs, the financial consequences will ultimately be borne by you in the event that this matter proceeds to litigation. We conservatively believe that, in addition to the very substantial liability you have already incurred due to unpaid wages, discrimination and previous dissemination of defamatory statements about me if you continue your wrongful conduct, my damages will escalate, exposing you to millions of dollars in compensatory and punitive damages.

We demand that you immediately cease and desist from making any further false and defamatory statements about my client to any person or entity, including in verbal statements, in emails, on your own internet websites and blogs, your Facebook page, or otherwise. We also demand that you immediately retract any and all false statements you previously communicated to third parties about me and my services.

In addition, we demand that you cease and desist from exploiting or using my name and/or likeness in any manner whatsoever, including to state or imply any endorsement of you and/or Ripoff Report and services. To the extent that you contend that any such uses by you have previously been authorized by me, any such purported authorization was vitiated by your malicious conduct and is no longer valid.

So that the following materials will be available for evidentiary purposes if necessary in litigation, we also demand that you undertake immediate steps to preserve all documents and records (including electronic data such as emails and text messages) in the possession, custody or control of you and/or your agents. Representatives (Siamack Yaghobi) and all employees, pertaining to the Statements and all communications regarding Darren Meade and/or his services, including without limitation all emails sent and received, drafts, correspondence, and communications of any kind. This preservation demand is also applicable to all communications evidencing your efforts to publicize, disseminate and/or otherwise exploit the Statements or any portions thereof (i.e., your

communications to third parties regarding the Statements). Be advised that your failure to ensure that all such materials are appropriately preserved may give rise to additional claims for spoliation of evidence.

I cannot overemphasize the seriousness of this matter. If you disregard the foregoing demands, you do so at your peril. This does not constitute a complete or exhaustive statement of all of my rights or claims. Nothing contained herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of my rights or remedies, whether legal or equitable, all of which are hereby expressly reserved. This letter is a confidential legal communication and is not for dissemination or publication. -

On Mon, Jun 16, 2014 at 6:06 PM,                               wrote:
> Can you be a bit more specific about the allegations in lawsuit that you are looking to file and the damages you have suffered?
>
>
> Sent from my iPhone
>
> On Jun 16, 2014, at 5:46 PM, Darren Mitchell <darrenmitchellm@gmail.com> wrote:
>
>> Thank you for your reply.
>>
>> Are you familiar with Ripoff Report and that they only have not been held liable for defamation due to protections of the CDA?
>>
>> I was employed by Ed Magedson who dictated to me reports to be filed on Ripoff Report.
>>
>> Text messages and other documents will prove this was to be kept secret from his attorney's at Jaburg and Wilk.
>>
>> Ed Magedson hired me directly in California when he visited for 4 days 2 years ago.

More info: Ripoffreport-Victims-Unite.org/

ROB000775

I believe given your quality of Internet Law you would be the appropriate attorney to draft the lawsuit which is a more of an employment law issue but the reason for quick settlement will be over Internet Law and what certainly would be a death blow in my opinion to Ripoff Report protections under the CDA.

The employment law issues center on my having accepted another job, which I informed Ed Magedson.

I should share I have a terminal medical condition and accepted the new job because it would have allowed me to afford a new car ... I have to drive for medical treatment and doctor appointments and after a year Ripoff Report refused to provide a car which was apart of my compensation package.

Ed, offered to match my new salary $7,500 plus a new car, I stayed but for the first time in 2 years Ed stopped paying me. He told me in order to be paid I needed to sign a settlement agreement ... I had lost the other job opportunity because I stayed with Ed ... and Ed knew without being paid I could not afford the taxi to my medical treatments, rent, and medicines for my heart ... each time we agreed to settle, the settlement agreements added multiple defamatory and malicious language, claiming falsehood about myself and my character, yet on the front page of the website they feature my past articles / reports and use those stories to sell their services.

Long story short, they will settle but have forced me to have to have legal representation given their bull dog attorney's. My only source of income is a disability check for $836.00 would you take the case on contingency? The moment a lawsuit is drafted, they will settle. I would offer 45% of the recovery ... or if you are leery of placing your name on the lawsuit, could you draft it, and advise me, and I would offer you 20% of the recovery?

Please let me know your thoughts.

Thank you for your consideration.

More info: Ripoffreport-Victims-Unite.org/

ROB000776