**<u>EXHIBIT J</u>**

# In The Matter Of:

*Xcentric v.*
*Mediolex*

---

*Serguei Kudriavtsev*
*April 30, 2013*

---

*Palmer Reporting Services, Inc.*

*2108 E. Evans Drive*

*Phoenix, Arizona  85022*

*602.867.DEPO*

*palmerreporting.com*

Original File Kudriavtsev Serguei.txt
**Min-U-Script® with Word Index**

Page 1

```
1
2
3            UNITED STATES DISTRICT COURT

4               DISTRICT OF ARIZONA

5

6

7   Xcentric Ventures, L.L.C.,  )
                                )  No. 2:12-cv-00130-GMS
8            Plaintiff,         )
                                )
9        vs.                    )
                                )
10  Mediolex Ltd., a foreign    )
    corporation d/b/a           )
11  Complaintsboard.com;        )
    Complaintsboard.com, an     )
12  unregistered business       )
    entity; Mark Schultz, an    )
13  individual,                 )
                  Defendants.   )
14  _____)

15

16        TESTIMONY OF SERGUEI KUDRIAVTSEV
                (TAKEN VIA SKYPE)
17

18            Phoenix, Arizona

19            April 30, 2013

20

21

22  ** THIS TRANSCRIPT CONTAINS CONFIDENTIAL INFORMATION **

23

24

25  Reported by:  Stacey Palmer, RPR, CSR
                  Certified Court Reporter, No. 50045
```

Page 2

```
1        A P P E A R A N C E S

2   For Plaintiff:      JABURG & WILK
                        BY:  Maria Crimi Speth, Esq.
3                       3200 N. Central Avenue
                        Suite 2000
4                       Phoenix, Arizona  85012

5
6   For Defendants:     INGLE ELIA
                        BY:  Christopher B. Ingle, Esq.
7                       2942 N. 24th Street
                        Suite 114
8                       Phoenix, Arizona  85016

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
1               I N D E X

2

3   EXAMINATION BY                            PAGE

4   Ms. Speth ........................................    5

5   Mr. Ingle.........................................  116

6

7

8   ** The exhibits referenced within this transcript
    have been retained by Ms. Speth and are not
9   attached to the transcript.

10

11  ** On page 67 and page 105 Mr. Ingle requested portions
    of the transcript to be marked confidential.

12

13  ** The witness was not sworn in by the court reporter.

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
1        TESTIMONY OF SERGUEI KUDRIAVTSEV

2   was taken on April 30, 2013, commencing at 8:04 a.m.,

3   at the law offices of Jaburg & Wilk, 3200 N. Central

4   Avenue, Suite 2000, Phoenix, Arizona, before Stacey

5   Palmer, a Certified Court Reporter in the State of

6   Arizona.  Present in the conference room are Ms. Speth,

7   Mr. Ingle, and the court reporter.

8

9   Mr. Serguei Kudriavtsev is appearing via Skype and is

10  present at the offices of Krodere & Judinska, 60

11  Dzirnavu Street, Riga, LV 1050, Latvia.

12

13  Ms. Galya Korovina, the Russian interpreter, is also

14  appearing via Skype and is located in New York.

15

16            GAYLA KOROVINA,

17  called to act as an interpreter, to interpret English

18  into Russian and Russian into English, was duly sworn

19  and did act as interpreter in this case.

20

21

22

23

24

25
```

Page 5

EXAMINATION
1
2 BY MS. SPETH:
3     Q.    Can you please state your full name for
4 the record?
5     A.    Serguei Igorevich Kudriavtsev.  First
6 name, Serguei.
7         THE INTERPRETER: How do you spell it?
8 Because Serguei would be spelled in two ways in
9 English.  It would be S-e-r-g-e-i or g-a-i, but it
10 sounds like "Serguie."
11         You can consider second name is
12 Igorevich, I-g-o-r-e-v-i-c-h.  This is second name of
13 family.  In Russian, it's the name of his father.
14         Now, his last name is Kudriavtsev.  The
15 way it is spelled is --
16         MS. SPETH: Galya, I need to stop you.
17 You are the translator.  You cannot be doing this.
18 It's very, very important that you don't say anything
19 the witness didn't say because my court reporter is
20 trying to take down everything you say, and the witness
21 never said any of this.
22         So it's very, very important that you
23 only repeat what the witness says and nothing else.  Is
24 that okay?
25         THE INTERPRETER: Yes, that's okay.  I

Page 6

1 usually give the spelling, but if you don't want it, I
2 won't.
3         MS. SPETH: Well, the only reason I don't
4 want it is because I'm going to get it from Ineta, and
5 I'm going to get it from the passport, so let's just go
6 with the exact translation.
7         THE INTERPRETER: Okay, no problem.
8         MS. SPETH: Thank you.
9     Q.    BY MS. SPETH:  Do you mind if I call you
10 Serguei?
11     A.    No.
12     Q.    Serguei, this is a deposition or a
13 statement that will later be turned into a sworn
14 statement.  Do you understand that?
15         THE INTERPRETER: He was not able to
16 hear.  I'm trying to find out whom you are.  He said
17 that he was not able to hear me.  I'll repeat it again
18 if you don't mind.
19         MS. SPETH: Galya, it's very important
20 that you only translate what he says in the first
21 person.  So please translate exactly what he said, and
22 if what he said is, "I don't understand," then tell me
23 that.
24     A.    I was not able to hear the second part of
25 the text.

Page 7

1     Q.    BY MS. SPETH:  Okay.  So do you
2 understand that this statement that you are giving
3 today is going to be written down?
4     A.    Yes, I understand it.
5     Q.    And do you understand that it will be --
6 you will be sworn -- the written statement will be
7 sworn as a warning of criminal liability in respect of
8 giving knowingly false testimony?
9     A.    Yes, I understand.
10     Q.    And will you make yourself available to
11 review that statement, that written statement when it's
12 ready?
13     A.    I think I don't understand the
14 translation.
15     Q.    I'll fix it.
16         Serguei, will you be able to read the
17 written statement from today's proceedings?
18     A.    If nothing happens to me, then yes.
19     Q.    Fair enough.  What country are you a
20 citizen of?
21     A.    I am a citizen of the country of Latvia.
22     Q.    Where were you born?
23     A.    I was born in Latvia.
24     Q.    In what city?
25     A.    Riga.

Page 8

1     Q.    In what year?
2     A.    1981.
3     Q.    What languages do you speak?
4     A.    Russian, Latvian, and English a little.
5     Q.    What is your first language, your
6 original language that you learned?
7     A.    Well, the question is asked incorrectly.
8     Q.    Okay.  When you first learned to speak as
9 a little boy, what language did you speak?
10     A.    Russian and Latvian a little.
11     Q.    Are you able to read and write in
12 Russian?
13     A.    Yes, I can read and write in Russian.
14     Q.    Can you read and write in Latvian?
15     A.    Yes, I can write and read in Russian --
16 in Latvian.
17     Q.    Can you read and write in English?
18     A.    A little.
19     Q.    Have you ever lived anywhere other than
20 Latvia?
21     A.    It's not a question which is asked
22 correctly.  You need to define the period or give some
23 other definition.
24     Q.    My question is: Ever?  Have you ever
25 lived anywhere but Latvia?

Page 9

1   A.   Yes.
2   Q.   Do you currently live in Latvia?
3   A.   Well, exactly at the present moment today
4   I live in Latvia.
5   Q.   And for how long have you lived --
6   withdrawn.
7        What is your address in Latvia?
8   A.   Address of what?
9   Q.   Your residence, your home.
10       MR. INGLE: Objection.
11  A.   I can bring addresses where I live.  It
12  depends on my mood.
13  Q.   BY MS. SPETH:  How many different
14  addresses do you have?
15       MR. INGLE: Objection.
16  A.   I don't know.  I haven't counted them.
17  Q.   BY MS. SPETH: Do you own a home?
18       MR. INGLE: Objection.
19  A.   Yes, several.
20  Q.   BY MS. SPETH:  How many?
21  A.   What do you mean by "home"?  Do you mean
22  a house? Do you mean an apartment? Do you mean a
23  loft? Do you mean an office?
24  Q.   I mean a house or an apartment or a loft
25  that you can actually live in.

Page 10

1        MR. INGLE: Objection.
2        THE INTERPRETER: A loft or a lot?  You
3   said a home, apartment, or loft or lot?
4        MS. SPETH: I think loft.
5        THE INTERPRETER: L-o-f-t?
6        MS. SPETH: I think so, yes.
7   A.   If you want, I can take a break for two
8   or three minutes and count, but I actually don't know.
9   Q.   BY MS. SPETH:  Please count, yes.
10       (Pause in the proceedings.)
11       MR. INGLE: Can you hear me when I talk?
12       THE WITNESS: Yes, right now when you are
13  talking, yes.
14       Because before that when you said
15  something, I was not able to hear that.  Well, what I
16  mean is, I was not able to hear when Chris was talking
17  through the site.
18  Q.   BY MS. SPETH:  Okay, keeping counting.
19       MR. INGLE: I've lodged an objection to
20  this question.
21  Q.   BY MS. SPETH:  You don't look like you're
22  counting.
23  A.   Actually, I'm counting.  If you think
24  that I want to be here any longer than necessary and
25  that I stretch time, then please believe me, I don't.

Page 11

1   Q.   Me neither.
2   A.   Well, at this point I can say that my
3   family owns six or seven real estate properties.
4   Q.   Do you live in all of them?
5   A.   Depending of the season of the year and
6   depending on my mood, as I already mentioned.
7   Q.   When you say your family owns, is this
8   you and your wife, or would this be your parents?
9        MR. INGLE: Objection.
10  A.   At this moment I meant myself and my
11  wife.  I think that's enough.
12       MS. SPETH: Can you please repeat the
13  last translation, Galya?  We missed it.
14       THE INTERPRETER: I think that's enough.
15       MS. SPETH: I'm sorry, right before that.
16       THE INTERPRETER: At this moment I'm
17  talking only about myself and my wife.
18       MS. SPETH: Got it.  Thank you.
19  Q.   BY MS. SPETH:  Serguei, have you ever
20  lived in the United States?
21  A.   Yes, I visit the United States.
22  Q.   Have you ever lived in the United States?
23  A.   No, I haven't lived -- I haven't ever
24  lived in the United States.
25  Q.   When did you visit?

Page 12

1   A.   Several times.
2   Q.   When most recently?
3   A.   Two, three, or four years ago.  I would
4   say about two or three, possibly.
5   Q.   Was that for holiday, or was that for
6   work?
7   A.   For rest and relaxation.
8   Q.   Before the visit two, three, or four
9   years ago, when was your visit before that?
10  A.   If I'm not mistaken, it was in year 2001.
11  Q.   And was that for rest and relaxation?
12  A.   Yes.
13  Q.   Have you ever lived any place other than
14  Latvia?
15  A.   I wouldn't say so.
16  Q.   Have you ever lived in Moscow?
17  A.   No, never.
18  Q.   Where did you go to school?
19  A.   I went to school in Latvia.
20  Q.   What is the highest level of education
21  that you completed?
22  A.   I have master's degree in mathematics and
23  physics.
24  Q.   What school did you go to?  What was the
25  name of the college?

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

---

Page 13

1    A.    Do you want me to name international or
2  Latvia?
3    Q.    I don't care.  Whatever he is comfortable
4  with.  I guess Russian so that you can translate it.
5    A.    Latvian University.
6    Q.    Is that in Riga?
7    A.    Yes, it's in Riga.
8    Q.    Where did you go to high school?
9    A.    I went to high school in Latvia.
10   Q.    What is the name of the high school?
11   A.    I don't remember the number.  It was just
12  high school number such and such.
13   Q.    It was a number, is what you're saying?
14   A.    Yes.  It didn't have a name.
15   Q.    But it had a number?
16   A.    Yes, it had a number.
17   Q.    And you don't remember it?
18   A.    Well, I can -- it will take me about 30
19  seconds to look it up, to recollect it for sure.
20   Q.    No, that's not necessary.
21         Where do you currently work?
22   A.    What do you mean by that?  Do you mean
23  like location or the place where I work?
24   Q.    The name of the company.
25   A.    I am registered in maybe five or six

---

Page 14

1  companies.
2    Q.    Are you an employee of five or six
3  companies?
4    A.    I work there.
5    Q.    Please list the companies.
6    A.    I don't remember the names.
7    Q.    You don't remember the names of any of
8  the companies you work at?
9    A.    I would say even more than that.  I am
10  partial owner of these companies, but I do not remember
11  their names.
12   Q.    Do you remember the names of any of the
13  companies that you work at?
14   A.    Well, I'm sort of working at Mediolex
15  LTD.
16   Q.    What do you mean by "sort of"?
17   A.    Okay, I work there.
18   Q.    Any others that you remember?
19   A.    No.
20   Q.    So you work at five or six companies, and
21  you can only remember the name of one?
22   A.    Probably even more than that.  Yes, I
23  remember the name of only one of them.
24   Q.    Are you telling me the truth?
25   A.    Yes, I am telling you the truth.

---

Page 15

1    Q.    Do you have any physical or mental
2  problem that would prevent you from remembering where
3  you work?
4    A.    No, I don't have any problems.  However,
5  I have bad memory for names of the companies or names
6  of the people.
7          MR. INGLE:  I will lodge an objection.  I
8  think he's being confused between companies and
9  websites.
10         MS. SPETH:  I see that --
11         THE INTERPRETER:  Do you want me to
12  interpret what he says or no -- his conversation or no?
13         MS. SPETH:  Yes, please.
14   A.    I'm not even talking about websites at
15  all.  I haven't yet mentioned websites at all.
16   Q.    BY MS. SPETH:  Now, Serguei, I noticed
17  that you were smiling and maybe laughing a little bit.
18  Do you think that this is amusing?
19   A.    Well, to be honest with you, yes.
20   Q.    Serguei, you said that you have a degree
21  in physics; is that correct?
22         MR. INGLE:  That's not correct.
23   A.    Well, I told you that I have a degree in
24  physics and mathematics; however, the first subject
25  which I mentioned was mathematics.

---

Page 16

1    Q.    BY MS. SPETH:  Can you tell me what the
2  law of inertia is?
3          THE INTERPRETER:  What?  Can you repeat,
4  Maria?  Law of?
5          MS. SPETH:  Galya, can you translate the
6  word "inertia" or no?
7          THE INTERPRETER:  Inertia?  Yeah, sure.
8  I just wasn't able to hear you.
9    A.    No.  Right now, I cannot recollect it.
10         Even more than that, I was a straight A
11  student.
12   Q.    BY MS. SPETH:  What is the first law of
13  physics?
14         MR. INGLE:  Objection.
15   A.    Why are you asking this question?  I
16  don't understand.
17   Q.    BY MS. SPETH:  That's okay, you don't
18  have to understand.  Just answer the question.
19         MR. INGLE:  Objection.  There is no such
20  thing as the first law of physics.
21   A.    Well, I would like to clarify.  When my
22  lawyer says "objection," am I still supposed to answer
23  or no?
24         MR. INGLE:  Serguei, you should answer
25  unless I instruct you not to.

---

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

---

Page 17

1    And, Interpreter, you should tell him
2 when I object and tell him what I said.
3    A.    Okay, so repeat the question.
4    Q.    BY MS. SPETH:  I'm going to withdraw the
5 question, and I'm going to change it to a question that
6 was suggested by Mr. Ingle.  Do you know the first law
7 of thermal dynamics?
8    A.    Well, I have not used my education once.
9          THE INTERPRETER: Well, he corrected.
10    A.    I don't know why I did not use my
11 education.
12          THE INTERPRETER: His correction.
13    A.    I do not remember for how many years, but
14 let us say for the last 12 years.  So I do not remember
15 the answers to these questions.
16    Q.    BY MS. SPETH:  Do you own any companies?
17    A.    I am wondering, what do you mean by
18 "own"?  I said that I am a co-owner.
19    Q.    Okay.  How many companies are you a
20 co-owner in?
21    A.    As I already mentioned, it's six or seven
22 companies.
23    Q.    And Mediolex, is that one of the
24 companies that you are a co-owner in?
25    A.    I have never checked the papers, but I

---

Page 18

1 think probably this is so.
2    Q.    When you say you've never kept the
3 papers, what do you mean?
4          THE INTERPRETER: No.  Checked the
5 papers.  I have never checked the papers.  I never
6 reviewed the papers.
7          MS. SPETH: Okay.  Thank you.
8    Q.    BY MS. SPETH:  Who are the owners of
9 Mediolex?
10    A.    Well, so to say I responsible for this
11 company.
12    Q.    I understand.  Who else is an owner?
13    A.    What do you mean by "owner"?  Let me
14 explain you the situation.
15          THE INTERPRETER: I need to ask you,
16 Maria, to make shorter sentence so that I'm able to
17 translate verbatim.
18    Q.    BY MS. SPETH:  Let's start with:  Where
19 was Mediolex formed?  In what country was Mediolex
20 formed?
21    A.    Do you mean the place where the papers
22 were executed, or do you mean the place where company
23 is registered physically?
24    Q.    Let's do both.
25    A.    Physically, the company is located on

---

Page 19

1 Seychelles Islands.  And the papers were executed, if
2 I'm not mistaken, in Latvia.
3    Q.    Mediolex is a limited, LTD, correct?
4    A.    Yes.
5    Q.    Does that mean it's a corporation?
6          MR. INGLE: Objection; calls for a legal
7 conclusion.
8    A.    I actually have no understanding of
9 corporations or limited companies or whatever their
10 name is.
11    Q.    Okay.  Chris had an objection, so I'm
12 going to let him make it.
13          MR. INGLE: I just said it calls for a
14 legal conclusion.
15          But as for the translator, can you
16 please, when I object, translate my objection and tell
17 it to Serguei so he knows I objected and what I said.
18          MS. SPETH: He wants to make sure he can
19 coach the witness.
20          MR. INGLE: It's not exactly it.  He's
21 asking about what a corporation is.
22          THE INTERPRETER: I didn't hear that you
23 objected because you were far from microphone probably.
24          So could you say it again, please?
25    A.    So, please, what was your instruction for

---

Page 20

1 me?
2          MR. INGLE: No, I didn't give you any
3 instruction, Serguei.  I merely objected, and I said
4 her question called for a legal conclusion.
5          That said, if you know the answer to the
6 question, go ahead and answer it.
7    A.    Okay, I got you.  I just thought about
8 best situation would have been if I would repeat in
9 Latvian and we also interpret in Latvian.  Next time
10 I'll also ask for a Latvian interpreter.  Additionally,
11 it was actually my attempt of being funny.
12          MS. SPETH: He's making a joke saying
13 maybe we should have had a Latvian interpreter, as
14 well.
15          MR. INGLE: It is right.
16    Q.    BY MS. SPETH:  Serguei, what percentage
17 of what I have said here today in English -- what I
18 have said, not what the translator has said -- have you
19 understood?
20    A.    Partially.
21    Q.    Can you put a percentage?  Can you put a
22 number on it?
23    A.    No.
24    Q.    Okay.  Let's go back to Mediolex.
25    A.    Mediolex.

---

**PALMER REPORTING SERVICES, INC.**

Page 21

1    Q.    Mediolex, yes.  Who formed that company?
2    A.    Well, actually, the company was formed by
3  the company which deals with setting up offshore
4  companies.
5    Q.    Who instructed that company to form it?
6    A.    Nobody gave them any instructions.  They
7  did it on their own.
8    Q.    That makes no sense.
9    A.    If you ask the question incorrectly, it
10  doesn't mean that the answer doesn't make any sense.
11    Q.    Well, perhaps the translation was an
12  issue.  I need to know who decided to form the company.
13    A.    Mediolex?
14    Q.    Yes.
15    A.    Let's express it differently.  Yes, we
16  decided to set up a company.
17    Q.    Who is the "we"?
18    A.    Well, let us say "I."
19    Q.    Let us not say "I."  You said you are a
20  co-owner.  Who else?
21    A.    What I mean is that before setting up
22  this company, I discuss it with an independent
23  consultant; that's why I said "we."
24    Q.    Why do you say that you are a co-owner
25  instead of just an owner?

Page 22

1    A.    Because in the company, there is a
2  position which is called the nominal director, and I
3  know that most likely I'm the director of this company.
4    Q.    Serguei, you put an affidavit in or
5  declaration under oath that you are a co-owner.  Do you
6  understand that to mean that you have another owner
7  other than yourself?
8    A.    If you want, I can discuss on this
9  subject for 15 minutes or half an hour to educate you
10  about how the offshore companies are formed, but I
11  think we don't need it.
12          Well, what was said in the testimonial,
13  that's my exact situation; that's who I am in this
14  company.
15    Q.    So if you're a co-owner, do you agree
16  that that means there's more than one owner?
17    A.    I do not know how companies are formed,
18  who is the owner, who is the co-owner, and so on.
19    Q.    You do not know who you own the company
20  with?
21          MR. INGLE: Objection; misstates his
22  testimony.
23          THE INTERPRETER: Objection?  What was
24  that?
25          MS. SPETH: Misstates the testimony is

Page 23

1  what he said.
2          THE INTERPRETER: Repeat the question.
3    Q.    BY MS. SPETH:  Serguei, is it your
4  testimony that you do not know who you own the company
5  with?
6          MR. INGLE: Same objection.
7    A.    There is a second young woman from
8  Seychelles Islands.
9    Q.    BY MS. SPETH:  Is she a registered agent?
10    A.    I don't know who she is.  She is a part
11  of the company.
12    Q.    What is your understanding of her
13  position?
14    A.    Well, she is a member of the company.  I
15  don't ever know what's her position.  Is it higher than
16  mine or lower than mine?
17    Q.    Is she the person who is a resident there
18  in Seychelles, and that's why she has an ownership
19  interest?
20    A.    I do not know who she is.  Is she foreign
21  because she lives -- resides there, or despite the fact
22  that she doesn't reside there.
23          MR. INGLE: I do not understand our
24  translator.
25          THE INTERPRETER: Okay, let's try it

Page 24

1  again.
2    A.    I just said that I do not know why she is
3  a co-owner, because she resides there or not because of
4  this factor.
5    Q.    BY MS. SPETH:  Let me do it this way:
6  Was there any money involved in getting the company set
7  up?  Did you have to put money in in order to buy
8  things for the company?
9          THE INTERPRETER: Could you please repeat
10  your question?  Did he have to put up any money, to
11  provide any money to buy something, you said, for the
12  company or to buy the company?
13    Q.    BY MS. SPETH:  I'll ask it a different
14  way.  Did you invest any money in the company,
15  Mediolex?
16    A.    This was a good clarification.  Yes, I
17  invested.
18    Q.    How much?
19    A.    I don't remember.
20    Q.    Who else invested money in Mediolex?
21    A.    Well, probably the company that
22  registered it.
23    Q.    When you say "probably," do you know if
24  they did or didn't?
25    A.    Well, the question you are asking -- you

Page 25

1  are asking the questions which are formulated
2  incorrectly.
3       Well, ask questions around that all the
4  time, but the company was set up in a different manner.
5  If you have no understanding of how companies are
6  formed, then don't ask such questions.
7       Q.   Explain it to me.
8       A.   Explain what?  I cannot explain you
9  anything.  I can only answer you yes or no, and it's
10 you who are asking questions.
11      Q.   My question is:  Explain how the company
12 is set up.
13      A.   Do you really need it?
14      Q.   Yes.
15      A.   In general, how companies are formed or
16 how Mediolex is formed?
17      Q.   How Mediolex was formed.
18      A.   Well, it is so-called shelf company.
19      Q.   Shelf?
20      A.   Do you know a shelf company?
21      Q.   Shelf or shell?
22           THE INTERPRETER: Shelf.  Yes, it's shelf
23 like a shelf you can put things on.  Shelf.
24      Q.   BY MS. SPETH:  I do not know what a shelf
25 company is.

Page 26

1       A.   If you don't know what a shelf company
2  is, then my further explanations do not make any sense.
3       Q.   Explain to me what a shelf company is.
4       A.   For how long are you planning me to be
5  here?  I cannot stay here for longer than 11 hours.  I
6  think that we have --
7            Correction.  I cannot stay here for later
8  than 11:00 our time.  I think there's more important
9  questions to discuss than the question of how the shelf
10 company is formed.
11      Q.   Serguei, I'll decide what questions I
12 want to ask and you'll answer them.  What's a shelf
13 company?
14      A.   I would like to find out for myself:  Is
15 there a law that regulates how long I can be here?
16      Q.   According to our law in this case, I can
17 keep you for seven hours.
18      A.   Not taking into account what time of the
19 day is where I am here.  Right?
20      Q.   Well, Serguei, your attorney told me that
21 it would be 3:00 your time, and apparently it was 5:00
22 your time.  That wasn't my fault.
23      A.   I do not know whose fault it is that.
24      Q.   Just answer my question.  What's a shelf
25 company?

Page 27

1       A.   A shelf company is the company for which
2  the name and registration was already prepared.
3       Q.   I understand.
4       A.   Well, I forgot what I wanted to add.
5       Q.   Okay.  Sorry.
6       A.   Well, they just gave me the list of the
7  companies, and I selected one.
8       Q.   Okay.  I'm still trying to figure out who
9  your co-owners are, and that's how we got into this
10 line of questioning.  Who else invested money?
11      A.   I do not know.  Could you possibly make
12 this question more narrow?  If we are talking about the
13 nominal owner, I'm the owner.
14      Q.   What I am trying --
15           THE INTERPRETER: He said, do not worry,
16 I understand that it's not easy to translate.  You can
17 just drop this, what I added.
18           THE WITNESS: (In English) That is not
19 exactly what I said.
20           MR. INGLE: Wait.  Stop.
21      Q.   BY MS. SPETH:  Serguei, is there a
22 problem with the translation?
23      A.   A little.
24      Q.   Tell me what it is.
25      A.   It's a little bit a different context.

Page 28

1            THE INTERPRETER: Maria, I keep asking
2  him, please make stops, please don't say too much
3  because then I will have to summarize.
4            MS. SPETH: Let's go off the record.
5            (Discussion off the record.)
6            MS. SPETH: We're back on the record.
7       Q.   BY MS. SPETH:  Serguei, I'm going to ask
8  you when your answer my question to please do one
9  sentence at a time and then stop and wait for the
10 translation.  Is that fair?
11      A.   Of course I'll try.
12      Q.   And also because you do understand some
13 English, if at any time the translation doesn't sound
14 right to you, let me know.
15      A.   Okay.
16      Q.   All right.  Did anyone, other than you,
17 invest money in Mediolex?
18      A.   No.
19      Q.   When Mediolex receives money, when it
20 makes money, where does the money go?
21           THE INTERPRETER: Where does it go where
22 he uses the profit or where he deposit?  Would you
23 clarify, please?
24      Q.   BY MS. SPETH:  Let's do it one at a time.
25           Let's start with:  Where does the money

Page 29

1  get deposited?
2     A.   I do not -- I would rather not answer
3  this question.
4     Q.   Are you refusing to answer the question?
5     A.   Can I not answer this question?  Is it
6  possible that I not answer this question?
7     Q.   It is not possible.  You are supposed to
8  answer all questions.
9     A.   Okay.  What the question was?
10    Q.   When Mediolex makes money, where does the
11 money go to?
12    A.   What do you mean by "go"?  Where they are
13 transferred?  How they are used for what expenses?
14 What do you mean by that?
15    Q.   If I were to send $100 to Mediolex right
16 now, where would that money go?
17         MR. INGLE: Objection.
18    A.   For a payment for the server -- for
19 payment for using the server.
20    Q.   BY MS. SPETH: But before you spend the
21 money, where does it go?
22         MR. INGLE: Objection.
23    A.   It depends on the situation.  The money
24 could either be deposited to the bank account or
25 something -- or go to some other place.

Page 30

1     Q.   What other place could it go to?
2     A.   To a different bank account.
3     Q.   Are Mediolex's bank accounts in Latvia or
4  somewhere else?
5     A.   I do not feel comfortable answering this
6  question.
7         MR. INGLE: I was going to say, I can't
8  offer any advice.  I can't say anything while a
9  question is pending.
10        In general, Serguei, my advice is that
11 you should answer any question asked, unless I tell you
12 not to, but nobody can force you to answer questions.
13        THE WITNESS: No problem, okay.  What was
14 the question?
15    Q.   BY MS. SPETH:  Is the bank account of
16 Mediolex in Latvia or somewhere else?
17    A.   Somewhere else.
18    Q.   Is it in Switzerland?
19    A.   I will not answer this question.
20    Q.   Do you recognize the address Hipokrata
21 4567, Riga, Latvia?
22    A.   I recognize it.
23    Q.   Let me make sure that we have the right
24 address since I think it's your address.  So if you
25 don't recognize it, I don't think you're being honest

Page 31

1  with me.  I want to make sure we don't have a
2  translation issue.
3         Galya, I'm going to spell it for you.
4  H-i-p-o-k-r-a-t-a 4567.
5         THE INTERPRETER: That's exactly what I
6  translate.
7         MR. INGLE: Serguei, you don't need to
8  say where you live.
9         MS. SPETH: Can you spell it for him?
10        MR. INGLE: Objection.  Serguei, you
11 don't need to tell them where you live.
12    Q.   BY MS. SPETH:  My question was if you
13 recognize that address.
14    A.   Yes, I recognize this address.
15    Q.   So why did you tell me at first that you
16 did not recognize it?
17        THE INTERPRETER: It didn't happen,
18 Maria.
19    A.   I never said that.
20        THE INTERPRETER: I also remember that he
21 answered that.
22    A.   I told you the truth, I recognize this
23 address.
24    Q.   Okay, I misunderstood.
25    A.   (In English) I do recognize this address,

Page 32

1  right, okay.  That's what I said.
2     Q.   I apologize, I thought you said you did
3  not.
4         Do you recognize the email address
5  crosse, c-r-o-s-s-e, @gmail.com?
6     A.   I recognize it.
7     Q.   Is that an email address that you have
8  used in the past?
9     A.   Yes.
10    Q.   The Hipokrata address, is that a business
11 address for you or not?
12    A.   Hipokrata, exactly which address?  I have
13 several addresses on Hipokrata.
14    Q.   45-67.
15    A.   What was the question?
16    Q.   Whether that is a business address, an
17 office.
18    A.   I think you're mixing up things yourself.
19 Business address is an office address.
20    Q.   Yes, that's what I meant.  Is it a
21 business address?
22    A.   No.
23    Q.   Do you control the domain name
24 Complaintsboard.com?
25    A.   Please clarify your question.  What do

Page 33

1  you mean by "control"?
2      Q.    Do you operate the website that is at
3  that address?
4      A.    Please explain to me what means
5  "operate."  Could you explain what "operate" is?
6      Q.    Tell me what you know about the address,
7  the domain name Complaintsboard.com?
8            MR. INGLE: Objection.
9      A.    This is a very well-known website.
10     Q.    BY MS. SPETH:  Do you know who is the
11  registrant of that domain name?
12     A.    Please clarify your question.  Who was
13  the registrator some time ago?  Two years ago?  Right
14  now?
15     Q.    Right now.
16     A.    Yes.
17     Q.    Who is that?
18     A.    Dzianis.
19     Q.    Dzianis who?
20     A.    Beltyukov.
21     Q.    Can you spell it?
22     A.    In which letters?  In Russian letters?
23     Q.    In English, if you can.
24     A.    This is a Russian name, so you can write
25  it in very many ways in English.

Page 34

1      Q.    Please tell the translator in Russian,
2  and then I will ask her to translate it into English.
3      A.    Let me start from scratch, okay.
4            THE INTERPRETER: First name is Dzianis.
5      MS. SPETH: Yes.  And the last name?
6            THE INTERPRETER: First name is Dzianis.
7  Last name, B-e-l-t-y-u-k-o-v would be most common
8  spelling in English.  In Russian there is a soft "L,"
9  but it doesn't matter in English.
10           MS. SPETH: Thank you.
11     Q.    BY MS. SPETH:  And Dzianis is spelled
12  D-z-i-a-n-i-s; is that correct?
13     A.    That's correct, that's what I said.
14     Q.    Okay.  I am looking at the WhoIs
15  information on Network Solutions and it says the
16  registrant is Mediolex Limited.  Is that incorrect or
17  correct?
18     A.    It's correct.
19     Q.    And it says under Mediolex Limited,
20  Dzianis Beltyukov.  Is that correct?
21     A.    I do not know what is in your computer.
22  I was not able to review what is located where in your
23  computer above certain things or below certain things.
24           MR. INGLE: Can we take a quick break?
25           MS. SPETH: We're going to take a very

Page 35

1  short break.
2            (Break taken from 9:21 a.m. until 9:31
3  a.m.)
4      Q.    BY MS. SPETH:  Serguei, who is Dzianis
5  Beltyukov?
6      A.    My acquaintance.
7      Q.    What is his involvement with the website
8  Complaintsboard.com?
9      A.    His name is in the registration.
10     Q.    Is that the only involvement?
11     A.    He also answers emails.  However, he only
12  answers emails which will not relate to
13  Complaintsboard.com.
14     Q.    That do not relate?
15     A.    Yes.
16     Q.    Who answers emails from the email
17  editor.complaintsboard@gmail.com?
18     A.    Depending on the situation.
19     Q.    Give me a list of people who might answer
20  that email.
21     A.    It's just people who were hired, outside
22  people.
23     Q.    Outside people?
24     A.    (In English)  From the site.
25           THE INTERPRETER: He wants it to be

Page 36

1  translated "from the site."  I wouldn't translate it
2  this way.
3      A.    They are people who are hired who do
4  that.  In short, these people are freelancers, that's
5  what I would say.
6      Q.    BY MS. SPETH:  And who hires the
7  freelance people?
8            THE INTERPRETER: Who?
9      Q.    BY MS. SPETH:  Who hires the freelance
10  people?
11     A.    For what?
12     Q.    How many people provide services to
13  Complaintsboard?
14           MR. INGLE: Objection.
15     A.    It's a very unprecise question.  Because
16  if I need to write something or develop something, I
17  hire somebody, and I don't know what I should count
18  this person or not.
19     Q.    Okay.  I understand that there are
20  freelance people.  Are there people who are employees
21  who get a paycheck?
22           THE INTERPRETER: He is asking whether
23  paycheck is something that employees are given.
24     A.    (In English) Paycheck and salary, is this
25  the same?

---

Page 37

1        THE INTERPRETER: Paycheck is the same as
2    salary?
3        MR. INGLE: They're the same.
4        MS. SPETH: They're not the same, but
5    they might be to him.
6    A.    Nobody gets paychecks.
7    Q.    BY MS. SPETH:  Does anyone get salary?
8    A.    What is salary?  What's the difference
9    between salary and payment?
10   Q.    Let's just ask:  Who gets payment?
11   A.    Different people.
12   Q.    Who?
13       MR. INGLE: Objection.  Are we talking
14   about the people who respond to this email address
15   still?
16       MS. SPETH: No.
17       MR. INGLE: Okay.  What are you asking
18   him?
19   Q.    BY MS. SPETH:  I'm going to start over.
20   A.    Good luck to you.
21   Q.    If I look at the Complaintsboard website,
22   I see that there is some text, some words that are
23   written on that home page.  Who wrote those words?
24       MR. INGLE: Objection.
25   A.    Well, I am not able to see what's in your

---

Page 38

1    monitor.
2    Q.    BY MS. SPETH: On the top of the page it
3    says "Home," "News and Stories," "Tips and Tricks" --
4        THE INTERPRETER: Maria, what number of
5    document is that?
6        MS. SPETH: It's not.  I'm looking at his
7    website.
8        THE INTERPRETER: What's after "News and
9    Stories"?
10   Q.    BY MS. SPETH:  "Tips and Tricks,"
11   "Questions," "Videos," "Photos," and "Groups."  Who
12   wrote that?
13   A.    Well, most likely the programmer, the
14   person who programmed it.
15   Q.    Who programmed it?
16   A.    Somebody.  It was long ago.  I don't even
17   know the name anymore.  I don't remember the name
18   anymore.
19   Q.    How long ago?
20   A.    I don't remember.
21   Q.    If you wanted to make a change to one of
22   the tabs today, who would do it?
23   A.    Probably the programmer.
24   Q.    Who is the programmer today?
25   A.    As such, we do not have a programmer.

---

Page 39

1    And if we need something to do on the site, we would
2    hire somebody.
3    Q.    Who would you hire?
4        MR. INGLE: Objection.
5    A.    Somebody.
6    Q.    "Somebody."  That's your answer,
7    "somebody"?
8    A.    Somebody who has appropriate skills.
9    Q.    Who would you go to?
10       MR. INGLE: Objection.
11       Are you telling him when I object?
12   A.    To go to for what?
13       (Question and answer were read.)
14       MR. INGLE: Translator, are you saying
15   when I object?  Can you even hear me?
16       THE INTERPRETER: I told him in the
17   beginning, before his answer, I told him that you
18   objected.
19       MR. INGLE: Okay.  Thank you.
20       (Discussion off the record.)
21       MR. INGLE: Serguei, wait for the
22   translation.  If I have an objection, I will make the
23   objection after the translation and then Serguei should
24   give his answer.
25   Q.    BY MS. SPETH:  Serguei, if you wanted to

---

Page 40

1    make a change to the Complaintsboard website right now,
2    could you do that without the help of any other person?
3    A.    What kind of change do you mean by that?
4    Q.    Let's say you wanted to change the tab
5    that says "News and Stories" to just "News."
6    A.    I need to know that I would hire
7    somebody.
8    Q.    Could you repeat that, please?
9        THE INTERPRETER: I couldn't hear you.
10       MS. SPETH: Please repeat that.  I didn't
11   hear you.
12       THE INTERPRETER: Excuse me?
13       MR. INGLE: Can you repeat the answer?
14   A.    I would have hired somebody.  I would
15   hire somebody for this.
16       MS. SPETH: Please repeat what he just
17   said even though it was English.
18       Obviously, for the record, he said I will
19   hire someone.
20   Q.    BY MS. SPETH:  Serguei, who is the last
21   person you hired to do any programming to the website?
22   A.    He was a programmer.
23   Q.    Thank you.  What was his name?
24   A.    I do not know.  I do not meet with
25   programmers, and I do not ask them to give me their

---

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

---

Page 41

1   names.
2       Q.      How do you find programmers?
3       A.      Sites of freelancers.
4       Q.      What sites do you use?
5       A.      It depends on what I need.
6       Q.      Give me the last site that you used to
7   make changes to the website.
8       A.      I don't remember.  It was a Russian site.
9   I needed freelancers so I asked --
10              MR. INGLE: Did he even finish his
11  answer?
12              MS. SPETH: Oh, she stopped him.  I'm
13  sorry.
14      A.      Well, when I asked this question, the
15  Google website gives me website.
16      Q.      BY MS. SPETH:  When was the last time
17  that you hired a freelance programmer?
18      A.      Well, I don't know.  I remember for sure
19  that we needed to do something three or four months
20  ago, maybe later than that.
21      Q.      What website did you use three or four
22  months ago or later?
23      A.      As I already mentioned, it was some
24  Russian site, probably it was freelancer (inaudible).
25              MS. SPETH: Galya, please repeat the site

---

Page 42

1   name, if you can.
2               THE INTERPRETER: I need to ask him
3   because he said it very quickly.
4       A.      I said that I do not remember the name of
5   the site.  It was something like Freelancer RU.
6               MS. SPETH: Oh, freelancer.ru?
7               THE INTERPRETER: Yes.
8       Q.      BY MS. SPETH:  Serguei, are you saying
9   freelancer.ru?
10      A.      Yes, something like that.
11      Q.      Does anybody provide any services to the
12  website that is not a freelancer?
13      A.      "Hosta."
14      Q.      Are you saying a name?  Are you saying
15  "host"?
16      A.      Yes, you can say so.
17      Q.      Serguei, if someone tried to post on
18  Complaintsboard a picture of a child having sex, would
19  that get posted?
20              MR. INGLE: Objection.
21      A.      That's a silly question.
22      Q.      BY MS. SPETH:  Okay.  Answer it anyway.
23      A.      Well, it's supposed to go that such a
24  photo wouldn't be published; however, it would be
25  removed by somebody, deleted by somebody.

---

Page 43

1       Q.      Whose job is it to monitor the website to
2   make sure that doesn't happen?
3               MS. SPETH: Do you need me to repeat
4   that?
5               THE INTERPRETER: Yes.
6       Q.      BY MS. SPETH:  Whose duty is it to
7   monitor the website to make sure that doesn't happen,
8   Complaintsboard.com?  And for clarification, "the
9   website" meaning Complaintsboard.com.
10      A.      This is the duty of the editor.
11      Q.      Who is the editor?
12      A.      I said "editors," not one editor.
13              MS. SPETH: I'm sorry, repeat that,
14  Galya?
15              THE INTERPRETER: I said "editors,"
16  plural.  Not one editor in singular.
17      Q.      BY MS. SPETH:  Who are the editors,
18  plural?
19      A.      I could express their physical presence;
20  however, I never meet them face to face.
21      Q.      I'm just asking their names.
22      A.      There are no names.  I only mentioned
23  because I do not ask people to repeat their names.
24      Q.      How do you pay them?
25      A.      Using different methods.

---

Page 44

1       Q.      What methods?
2       A.      What do you mean by this question?
3       Q.      Do they work for free?
4       A.      No, they do not do it for free.  They do
5   it for money.
6       Q.      How do they get compensated?  How do they
7   receive their compensation?
8       A.      By transfer.
9       Q.      Wire transfer?
10      A.      No.
11      Q.      What kind of transfer?
12      A.      Through one or more Internet systems.
13      Q.      How do you communicate with the editors?
14      A.      Actually, I do not communicate with them
15  much.
16      Q.      How do you let them know what they're
17  supposed to monitor for?
18      A.      It could be a phone call or Skype or some
19  other method, like IPU.  It's a system like --
20      Q.      ICQ, I understand.  ICQ is what he's
21  saying.
22              By the way, what money pay systems do you
23  use to compensate them?
24      A.      Who are "them"?
25      Q.      The monitors, the editors.

---

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

---

Page 45

```
 1      A.   Monitors are only in computers.
 2      MS. SPETH: Galya, just give me his
 3  answer just like it is, even though it's completely
 4  unresponsive. Go ahead and give me his exact answer.
 5      A.   Monitors are -- it's computers who have
 6  monitors.
 7      Q.   BY MS. SPETH: So your answer is through
 8  the computer. That's your answer?
 9      MR. INGLE: Objection.
10      A.   No. Your understanding is not even
11  close.
12      Q.   BY MS. SPETH: I'm going to start over
13  since we have an unclear record.
14      And, Serguei, once again, do you think
15  that this is all a big joke that you're laughing about?
16      A.   It doesn't become you when you look
17  angrier.
18      Q.   Thank you.
19      Do you think this is a big joke?
20      A.   Well, actually, the whole case is not a
21  joke. The whole case is falsification and not a joke.
22  I would say that what is happening now is not a joke,
23  but the case itself is a kind of performance.
24      Q.   Let's go back to the money payment system
25  that you used to pay the editors. What is the name,
```

Page 46

```
 1  the brand name of the money payment system?
 2      A.   Well, I can name you several.
 3      Q.   Name me the ones that you use to pay your
 4  editors.
 5      A.   That's what I'm talking about. It could
 6  be web money.
 7      Q.   Okay. What else?
 8      A.   Or it could be terminals that are
 9  installed in the stores and are supposed to do payment
10  through these terminals.
11      Q.   And is that the way that you pay your
12  editors?
13      A.   Yes, but at some point to some persons I
14  paid them cash.
15      Q.   How do you reach them to give them the
16  cash?
17      A.   I just made an arrangement to meet with
18  them, and then I would meet with them and pay them.
19      Q.   But you don't know their names?
20      A.   Well, you probably wouldn't believe it,
21  but, no, I don't know their names.
22      Q.   How many different editors currently work
23  on Complaintsboard.com? How many currently are there?
24      A.   Well, from two to four, that's what I
25  would say. But, however, I want to clarify, they do
```

Page 47

```
 1  not work all the time on Complaintsboard.
 2      Q.   What else do they work on?
 3      THE INTERPRETER: Maria, he wants to
 4  change the arm chair.
 5      MS. SPETH: And I'm going to get some
 6  water, so just sit tight for just a second.
 7      (Pause in the proceedings.)
 8      Q.   BY MS. SPETH: The pending question is:
 9  What else do the editors work on other than
10  Complaintsboard?
11      A.   Well, this work could be different. They
12  may work on other sites or their work would be
13  unrelated to any sites.
14      Q.   Do you operate any other websites other
15  than Complaintsboard?
16      A.   What do you mean by "operate"?
17      Q.   Let me ask it this way, Serguei: How
18  would you describe your involvement with the
19  Complaintsboard.com website?
20      A.   I am the person who makes the decision.
21      Q.   Okay. Are there any other websites for
22  which you make the decisions?
23      A.   Yes.
24      Q.   What other websites?
25      A.   Consumercomplaints.im.
```

Page 48

```
 1      Q.   Any others?
 2      A.   Maybe.
 3      MS. SPETH: I'm sorry, I didn't hear you,
 4  Galya.
 5      A.   Maybe.
 6      Q.   BY MS. SPETH: I don't know what "maybe"
 7  means. Are there others or not?
 8      A.   We need to, again, clarify your question.
 9  What do you mean by "made decisions"?
10      Q.   That was your terminology, not mine.
11      A.   There are no more sites like that.
12      Q.   Are there any other websites that have
13  the same content as Complaintsboard?
14      A.   Well, there are websites that could be
15  that content, and they have the same content, yes.
16      Q.   When did you start making decisions for
17  Complaintsboard?
18      A.   Some time ago.
19      Q.   What year?
20      A.   Well, let me say again. I have bad mind
21  for names and dates, and I think it's unnecessary
22  information for which you should not contaminate your
23  brain.
24      Q.   Do you have the exhibits in front of you?
25      THE INTERPRETER: Maria, can you repeat
```

---

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 49

1  that?
2      Q.    BY MS. SPETH:  Do you have the exhibits
3  in front of you?
4      A.    Yes.
5      Q.    Look at the first exhibit.  It's marked
6  as Exhibit 1 on the right-hand side.  Do you see that?
7      A.    Yes.
8      Q.    This is the WhoIs information for
9  Complaintsboard.com.  Do you see that?
10     A.    Yes.
11     Q.    It says that the domain name was created
12  on 6/22/2006.
13           Did you have any duties, relationship, or
14  involvement with that domain name in 2006?
15     A.    Yes.  To some extent.  I did not say
16  "yes."  I said some relation to that.
17     Q.    I understand.  What was your relationship
18  to that domain name in 2006?
19     A.    Well, I don't know what kind of
20  relationships exist.
21     Q.    I don't either.  Tell me what you know
22  about your involvement in Complaintsboard.com in 2006?
23     A.    Probably registration of domain.
24  Probably beginning of website.  I don't even remember.
25     Q.    That makes sense.

Page 50

1           Who is Elizabeth Arden?
2      A.    I don't know who that is.
3      Q.    Is that a fake name, a made-up name?
4      A.    This is a name which was registered on a
5  young woman's site.  This was the name in Skype of a
6  young woman.
7      Q.    This was the name in Skype of a young
8  woman?
9           THE INTERPRETER: He said (Russian word),
10  which is a young woman.  He doesn't know her age
11  exactly.  So it's her nic, not her name, but her nic in
12  Skype.
13     Q.    BY MS. SPETH:  I understand, like her
14  user name in Skype.
15     A.    I don't know what's "user name."  Could
16  you define what's "user name"?
17     Q.    That's okay, we'll go with nic, that's
18  fine.
19           Did you know her to be a real person?
20           THE INTERPRETER: Maria, I'm not sure I
21  understand fully for the purpose of translation.
22     Q.    BY MS. SPETH:  Is there a person whose
23  real legal name is Elizabeth Arden that you know?
24     A.    Now I know such person.
25     Q.    You do?

Page 51

1      A.    Though, I do not know her personally.
2  I'm sure that there is just not one Elizabeth Arden in
3  the world.
4      Q.    Are you the person who originally back in
5  2006 registered the domain name Complaintsboard.com
6  under the name Elizabeth Arden?
7      A.    There are dozens maybe -- there were
8  several hundreds of domains, and I do not remember for
9  sure who registered this particular domain.
10           (Answer read back by the court reporter.)
11     Q.    Do you have any recollection of
12  registering the Complaintsboard.com domain name under
13  the name Elizabeth Arden?
14     A.    No, I do not remember.
15     Q.    What about the P.O. Box 99800 in
16  Emeryville, California?  What do you know about that?
17     A.    Well, is it possible to provide the
18  document so that you would be able to read exactly
19  what's there because there are many details.
20     Q.    Yeah, Exhibit 1.
21     A.    What's the question?
22     Q.    The question is:  What do you know about
23  that address that is shown on Exhibit 1?
24     A.    What am I supposed to know about this
25  address?

Page 52

1      Q.    Did you pay for the post office box?
2      A.    Which post office box?
3      Q.    The post office box that's in Exhibit 1.
4           You do want to stay here all seven hours,
5  don't you?
6      A.    Well, what I say is, there are many
7  questions.  Well, Maria, I would like to say that I
8  don't understand that you select -- you choose which
9  questions to ask and which questions are connected to
10  the case and which are not connected to the case.
11           But in my present opinion, many questions
12  has nothing to do whatsoever with the case.  And if you
13  want to waste my time, I will answer you exactly in the
14  way you ask your questions.
15     Q.    Look at Exhibit 1.
16     A.    Yes, it's in front of me.
17     Q.    Did you pay for the post office box that
18  is reflected in Exhibit 1?
19     A.    I can see that you are getting angry.
20  However, I think you should get angry with yourself
21  because if you -- well, Maria, you will see this number
22  of P.O. box remains for private registration and has
23  nothing to do with us.  I think you know what "private
24  registration" is.
25     Q.    You misunderstand.  I'm not angry.

---

Page 53

1  My question was simply: Did you pay for
2  the P.O. box?  Is your answer no?
3  A.  No.
4  Q.  Did you pay for the private registration?
5  A.  I can't remember because some registers
6  are closed.  I do not remember because sometimes
7  private registration is free and sometimes you need to
8  pay for it.
9  Q.  Did you pay for the registration of the
10  domain name Complaintsboard.com when it was first
11  created in 2006?
12  A.  At that time, in general, domains were
13  registered, and I do not remember who paid for this
14  particular domain.
15  What sense does it make and makes your
16  right to select the questions, and so what sense does
17  it make to ask who paid for this domain.
18  (In English) That's important, who paid
19  for the domain.
20  Q.  Serguei, what I'm trying to figure out is
21  whether you had control of this domain name from the
22  beginning or whether there was somebody else that
23  transferred it to you.
24  A.  If we are going into details, as far as I
25  remember, this domain belongs to somebody else, and

Page 54

1  it's possible that just the registration time was
2  finished, and they did not extend it.
3  Q.  Okay.  When was the first time there was
4  an actual website up at Complaintsboard.com, if you
5  know?
6  MR. INGLE: Objection.
7  A.  Unfortunately, I don't know.  I think
8  there was some kind of content there before that.
9  Q.  BY MS. SPETH:  Were you the
10  decision-maker when Complaintsboard was first created
11  as a website that accepted consumer complaints?
12  A.  Well, of course, I wish these websites
13  were able to accept money, but, unfortunately, a
14  website in its name "complaints" can only accept
15  complaints.
16  Q.  Maybe you misunderstood my question, or
17  maybe you're just playing with me.
18  The first time that an Internet user was
19  able to submit complaints to Complaintsboard, were you
20  the decision-maker over that website?
21  MR. INGLE: Objection.
22  A.  Probably, yes.
23  Q.  BY MS. SPETH:  Do you know someone named
24  Ivonne Wainwright?
25  A.  What's the last name?

Page 55

1  Q.  Wainwright.
2  A.  (In English) Is it Ivonne, like Russian
3  name?
4  No, I don't know that name.
5  Q.  And for the record, Serguei said "Ivonne,
6  like the Russian name," and I would say yes to that.
7  And you don't know that name?
8  A.  Well, I cannot answer this question.  I
9  need to see in writing how you write this first and
10  last name.
11  THE INTERPRETER: Off the record.
12  (Discussion off the record.)
13  Q.  BY MS. SPETH:  I'm going to show you
14  what's been marked as Exhibit 8 that's in your pile.
15  Can you go forward to Exhibit 8, please?
16  A.  Yes.
17  Q.  That's an email dated April 24th, 2009,
18  from Complaintsboard.  Do you see that?
19  A.  Yes.
20  Q.  Do you see that it's signed, "Sincerely,
21  Ivonne Wainwright"?
22  A.  Well, what I can say here that it's
23  Ivonne, which is a female name.
24  MR. INGLE: I'm lodging an objection that
25  I don't believe any of these exhibits were disclosed,

Page 56

1  despite repeated written requests.  This is the first
2  time that I have seen them, and this is the first time
3  that the client --
4  THE INTERPRETER: You want me to
5  translate.  Please wait.
6  MR. INGLE: This is probably the first
7  time that Serguei has seen these exhibits, as well.
8  THE WITNESS: That's true.
9  MR. INGLE: Serguei, if you need to look
10  at the documents that you're being questioned about
11  before you answer questions about it, please read the
12  documents before you answer questions about them.
13  THE WITNESS: Why these documents were
14  not provided neither Chris nor the previous lawyer?
15  Q.  BY MS. SPETH:  Serguei, have you had an
16  opportunity to read Exhibit 8 yet?
17  A.  Well, I have only opportunity to read the
18  name, but not the entire document.  Do you want me to
19  read the entire document?
20  Q.  The entire document is two lines.  Yes, I
21  do want you to read the entire document, the whole two
22  lines of it, please.
23  MR. INGLE: Why didn't you disclose these
24  earlier?
25  MS. SPETH: You want to put me under oath

**Page 57**

1    and ask me questions?
2        MR. INGLE: I'm serious.
3    A.    Yes, I have read it.
4    Q.    BY MS. SPETH:  Who is Ivonne Wainwright?
5    A.    I would suppose this was one of the
6    editors, female editor, because the name is female
7    after all.
8    Q.    Why do you keep stressing that Ivonne is
9    a female name?
10   A.    Because it seems there are different
11   names.  There is a name Ivonne, which is male, and
12   there is a name Ivonne, which is female.
13       MR. INGLE: Serguei, only answer
14   questions about Exhibit 8 if you've seen this document
15   before and you know what this is.  Do not guess.  Do
16   not speculate.  If you've seen this document and you
17   know what it is, go ahead and answer questions about
18   it.
19       THE INTERPRETER: So what he's saying,
20   after his lawyer -- without waiting for translation of
21   what Chris said -- he said, if you want me -- I have
22   not seen these documents before.  If you want to ask me
23   questions about these documents, please go ahead and
24   translate them into Russian and then ask questions
25   about these documents.

**Page 58**

1        MR. INGLE: Serguei, I guess what I want
2    to make clear is, only answer questions about things in
3    which you have personal knowledge.
4        THE WITNESS: I got you.
5    Q.    BY MS. SPETH:  Serguei, the name that is
6    on Exhibit 8 at the bottom of the page, do you
7    recognize it as a male name or a female name?
8    A.    I think it's a female name.
9        MR. INGLE: I'm going to lodge another
10   objection for the record.  Plaintiff purposely withheld
11   these documents well past the disclosure requirement
12   specifically so that Serguei would not have an
13   opportunity to read them before his deposition.  This
14   is by ambush, and I would like that recorded on the
15   record.
16   Q.    BY MS. SPETH:  Serguei, is
17   editor.complaintsboard@gmail.com an address -- an email
18   that you are familiar with?
19   A.    Well, I know this email address.
20   Q.    Right.  In fact, you've used this email
21   address, haven't you?
22   A.    What do you mean by "use"?
23   Q.    You have sent emails from it, and you
24   have received emails at it, haven't you?
25   A.    Do you mean me, personally?

**Page 59**

1    Q.    I do.
2    A.    Probably at some time ago, but I did not
3    do this.
4    Q.    So the ambush document is a document that
5    I actually received from your company, isn't it?
6        THE INTERPRETER: Which document?
7    Q.    BY MS. SPETH:  The document that
8    Mr. Ingle is referring to as an ambush is a document I
9    received from your company, isn't it?
10       MR. INGLE: Just to clarify, no, I'm
11   saying this entire packet of documents has not been
12   disclosed.
13       MS. SPETH: I'm talking about Exhibit 8.
14   A.    Well, these documents -- you asked only
15   about Document Number 8.  This document was not shown
16   to me before, and I cannot possibly remember all
17   emails.
18   Q.    BY MS. SPETH:  Serguei, how did you
19   become aware of the first lawsuit that Xcentric
20   Ventures filed against Complaintsboard?
21       MR. INGLE: Objection.  There is no
22   company Complaintsboard.
23       THE INTERPRETER: What was the company
24   that launched the lawsuit?  Say it again, please.
25   Q.    BY MS. SPETH:  I'm going to start over.

**Page 60**

1        When did you first become aware that
2    there was a lawsuit by Xcentric Ventures against
3    Elizabeth Arden doing business as Complaintsboard.com?
4    A.    Well, I don't remember the year, not
5    talking about month or date.
6    Q.    Okay.  Wouldn't it be fair to say that
7    Exhibit 8 is, in fact, that notification?
8        MR. INGLE: Objection.
9    A.    Well, if you want, but now, of course, I
10   can sit down and ship all the emails and then I would
11   be able to give you the exact answer.
12   Q.    Who is Complaintsboard.com's current
13   Internet service provider?
14       MR. INGLE: Objection.
15   A.    Who is the service provider?  What is the
16   service provider?
17   Q.    BY MS. SPETH:  You don't know what an
18   Internet service provider is.
19   A.    No.  The question was different.
20   Q.    Who is Complaintsboard.com's Internet
21   service provider currently?
22       MR. INGLE: Objection.  Did you get the
23   objection?  I object.
24   Q.    BY MS. SPETH:  Serguei, do you plan on
25   answering that question?

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

---

Page 61

1     A.    Of course.  I just waited until you
2  resolve the problem with the objection.
3     Q.    You don't need to wait.  The objection is
4  just for the record.
5     A.    Maria, please clarify, who is service
6  provider?
7     Q.    Okay.  Who hosts the website?
8     A.    A hosting company.  I don't remember the
9  name.
10    Q.    Who pays the hosting company?
11    A.    Mediolex.
12    Q.    How often?
13    A.    Well, if the offer was for half a year,
14 every half a year.  If the offer was for whole year,
15 then once a year.  Actually, you get discount if you
16 pay advance for half a year or for the full year.
17    Q.    How is it right now?
18    A.    Well, it's paid for.  The site is
19 working.  Everything is fine.
20    Q.    For how long is it paid for right now?
21    A.    No idea.
22    Q.    Who would know?
23    A.    I would know it, but I need to review the
24 information.
25          Well, Maria just for your information,

---

Page 62

1  the site, Complaintsboard site --
2          (A conversation in Russian occurred
3  between the interpreter and the witness.)
4          THE INTERPRETER: I'm saying to stop
5  correcting grammar.
6     A.    I have tons of other businesses, and
7  Complaintsboard is not my number one interest.
8     Q.    BY MS. SPETH:  Serguei, would you be more
9  comfortable if we conducted the deposition in English
10 unless you don't understand something?
11    A.    No.
12    Q.    Who pays Mediolex's bills?  Like what
13 individual causes Mediolex's bills to be paid?
14    A.    Well, which person?
15    Q.    Yes, which person.
16    A.    I.
17    Q.    You, Serguei does?
18    A.    I.
19    Q.    Who wrote the terms of service for
20 Complaintsboard?
21    A.    I'll come back in a second.  It was long
22 ago, so I don't remember at this point.  I will come
23 back in a second.
24          (Discussion off the record.)
25    Q.    BY MS. SPETH:  Serguei, are you Ivonne

---

Page 63

1  Wainright?
2     A.    No.  My name is Serguei.
3     Q.    Yes, I know that's your name.
4          Did you write Exhibit 8, the email that
5  is Exhibit 8 and sign it Ivonne Wainwright?
6     A.    What do you mean by "sign"?
7     Q.    Did you type --
8     A.    What do you mean, I signed it by hand?
9     Q.    No.
10    A.    I would like you to explain me the
11 situation.
12    Q.    Okay.  Look at Exhibit 8 again.
13    A.    In Google there is a function when you
14 insert your full signature which is in the bottom of
15 the mail always.
16    Q.    Did you type the words in Exhibit 8 "May
17 we know what is the name of the plaintiff company?"
18    A.    I already told you, I don't remember.
19    Q.    Have you ever inserted the name Ivonne
20 Wainwright into the signature box in Google?
21    A.    Most likely it was the editor who
22 inserted it, and most likely was just there.
23    Q.    And is it most likely that the editor
24 used her real name or his real name, or is it more
25 likely that that is a fake name?

---

Page 64

1          MR. INGLE: Objection; foundation.
2     Q.    BY MS. SPETH:  You can answer.
3     A.    I don't know.
4     Q.    Take a look at Exhibit 2, please.
5     A.    Can I now take off my daybook Exhibit 1?
6  1 and 8, are we done with them?  Can I take them off
7  the table?
8     Q.    No, just put them aside.
9          Before I get to Exhibit 2, I'm going to
10 ask a question first.  Is Mark Schultz a name that you
11 have used?
12    A.    Mark Schultz, yes.
13    Q.    And that is not your real legal name,
14 correct?
15    A.    It's correct.  It was my pen name.
16    Q.    Your pen name?
17    A.    Correct.
18    Q.    And why did you use Mark Schultz as a pen
19 name?
20    A.    Because there are lots of crazies around
21 that will call and threaten to kill.
22    Q.    Have you been threatened?
23    A.    Yes, several times.
24    Q.    By telephone?
25    A.    By phone also.

---

Page 65

1   Q.   At what phone number?
2        MR. INGLE: Objection.  Do not answer
3   that.
4        MS. SPETH: Why not?
5        MR. INGLE: I'm not giving you his home
6   address and his home phone number.
7        MS. SPETH: We're talking about a phone
8   number that crazy people have that called and
9   threatened him on.
10       MR. INGLE: Clarify if it's personal line
11  or whatever.
12  Q.   BY MS. SPETH:  Have you received these
13  threats at your home phone or your work phone?
14  A.   Both.
15  Q.   What is the work phone number?
16  A.   Don't remember.
17  Q.   You don't remember your work phone
18  number?
19  A.   Yes, I don't remember my working phone.
20  Is it so surprising?
21  Q.   When was the last time you received a
22  threat by telephone?
23  A.   I don't remember because the phone which
24  is indicated on the website, it only has voice mail.
25       Well, I would like to formulate it

Page 66

1   different.  After several threats, we stopped answering
2   the phone.
3   Q.   How long ago did this occur?
4   A.   Well, it was happening regularly.  This
5   was a maybe year ago, and I stopped paying too much
6   attention to that, and they leave threats on the voice
7   mail.
8   Q.   Did you receive threats in other ways,
9   other than by phone?
10  A.   Yes, once by email.
11  Q.   Any other ways?
12  A.   I cannot tell you on top of my head.
13  Q.   So emails and phones is what you can
14  remember?
15  A.   Isn't that enough?
16  Q.   I just want to make sure I have a clear
17  record that's how you received the threats.  Anything
18  in person?
19  A.   What do you mean by "in person"?  You
20  mean somebody encountered me on the street and
21  vocalized the threat?
22       THE INTERPRETER: Maria, you just nod
23  your head.
24  Q.   BY MS. SPETH:  Yes.  Not just on the
25  street, but vocalized it in any way face to face.

Page 67

1   A.   In general?
2   Q.   Related to Complaintsboard.
3   A.   No, because the suit -- the pen name was
4   used, no one threatened me in person, face to face.
5        MR. INGLE: I would like to mark part of
6   this deposition transcript confidential, the part that
7   relates to the Mark Schultz name, for his personal
8   safety.
9   Q.   BY MS. SPETH:  When was the first time
10  you received any physical threats against you?  Was it
11  more than three years ago?
12  A.   Yes.  Actually, it happened rather
13  regularly from the very beginning whenever I or one of
14  the editors answered the phone.
15  Q.   Did you want to finish now?  Is there
16  more to that answer?
17  A.   No.
18  Q.   Let's take a look at Exhibit 2.  Now,
19  Exhibit 2 is -- I don't know how yours are put
20  together -- it is six pages.
21       Is that your signature on the second page
22  of Exhibit 2?
23  A.   Yes, it's my signature.
24  Q.   Did you read the document before you
25  signed it?

Page 68

1   A.   Yes.  Probably yes because it's necessary
2   to read the documents.
3   Q.   Were you able to read it in English?
4   A.   As far as I was able to understand it.
5   Q.   Did anybody need to translate Exhibit 2
6   for you before you signed it?
7        MR. INGLE: Do not testify to any
8   attorney-client communications.
9   A.   So what's the question?
10  Q.   BY MS. SPETH:  The question is:  Did
11  anybody translate Exhibit 2 for you before you signed
12  it?
13  A.   Maybe I used Google translation or line
14  translation.  I don't remember at this point.
15  Q.   Did Erik Syverson speak Russian?
16       MR. INGLE: Objection.
17  A.   I don't know.  You should ask him.
18  Q.   BY MS. SPETH:  Did he ever speak Russian
19  to you?
20       MR. INGLE: Objection.
21  A.   Well, I couldn't hear well.
22       MS. SPETH: Is he asking me to repeat the
23  question?
24  A.   I couldn't hear the question.  There is
25  bad connection.

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 69

1    Q.    BY MS. SPETH:  Let me repeat it.  Has
2  Erik Syverson ever spoken Russian to you?
3    MR. INGLE: Repeat my objection that he
4  should not testify about any attorney-client
5  communications.
6    A.    Can I even discuss with you what's
7  attorney-client privileged communication?
8    Q.    BY MS. SPETH:  I have no interest in you
9  telling me what was said.  I simply want to know what
10  language he spoke in.
11    A.    In English.
12    Q.    Did he ever speak Russian to you?
13    A.    I don't remember that.
14    Q.    Is the date on Exhibit 2 correct as to
15  when you signed it?  In other words, did you sign it on
16  December 3, 2009?
17    A.    This document was signed three or four
18  years ago.
19    THE INTERPRETER: No, he corrected
20  himself.
21    A.    Are you making fun of me?
22    Q.    BY MS. SPETH:  No, I don't expect you to
23  remember the date, but I do expect you to remember
24  whether when you signed it it had a correct date.
25    A.    I don't remember.

Page 70

1    Q.    Have you ever intentionally misdated a
2  document that you signed for Court?
3    A.    I don't remember doing that.  I think
4  it's going to become more interesting because so far it
5  was very dull.
6    THE INTERPRETER: No, he wants to correct
7  himself.  He thought it would be more interesting, but
8  actually it's very tiring.
9    MR. INGLE: Just to note for the record,
10  we are having a hard time understanding some of what
11  the translator is saying, at least I am.
12    THE INTERPRETER: Why? Because you don't
13  have good communication?  Because, you know, I
14  translate what I hear.
15    (Discussion off the record.)
16    Q.    BY MS. SPETH:  Serguei, are you familiar
17  with the name Michelle Ritenger (phonetic)?
18    THE INTERPRETER: Which document?
19    MS. SPETH: There's no document.
20    Q.    BY MS. SPETH:  It's Michelle Ritenger.
21    A.    I could not answer this question because
22  before that it was not clear what do you mean by name
23  Ivonne or Ivonne, and so now I would like to see it in
24  writing.  Michelle who?  What do you mean?
25    MR. INGLE: Why don't you write it down

Page 71

1  on a piece of paper and hold it up to the camera.
2    MS. SPETH: This is just a waste of time
3  and you know it.
4    MR. INGLE: Actually, I don't know how to
5  spell it either.
6    MS. SPETH: How is that going to help him
7  if he doesn't read English?
8    Q.    BY MS. SPETH:  You know what, I know
9  you're playing games with me.  Let's just move on.  He
10  knows exactly what the name is because he's used it.
11    A.    Please don't become angrier.
12    Q.    I'm not angry.  I'm just not amused by
13  all this like you are.
14    MR. INGLE: Objection; harassing the
15  witness.
16    A.    What?
17    (Record read.)
18    Q.    BY MS. SPETH:  Okay.  Isn't it true that
19  you have used the name Michelle Ritenger?
20    THE INTERPRETER: Could you show me how
21  we spell this name so I pronounce it correctly,
22  Michelle Ritenger?
23    MS. SPETH: You're saying it correctly.
24    A.    I would like to repeat, I do not know
25  what name you are talking about since before that we

Page 72

1  have confusion with Ivonne and Ivonne.
2    Q.    What was the confusion, in your mind, on
3  the name Ivonne?  Tell me what confusion there was.
4    A.    Well, it's not about the confusion.  I
5  cannot answer the questions about the name if I don't
6  see it in writing, and if I do not know what this name
7  or why this name was used in what connection.
8    Q.    Have you ever used a name that sounds
9  anything like what I am pronouncing, which is Michelle
10  Ritenger?
11    A.    Have you ever tried to first send all the
12  documents to lawyer so that we will have easier time
13  figuring out later?
14    Q.    I don't know what document you are
15  talking about.
16    A.    For example, did you send Exhibit 2 to my
17  lawyer?
18    Q.    Serguei, I am asking the questions, and
19  you're answering the questions.  Okay?  Do you have
20  that straight yet?
21    A.    Of course.
22    Q.    What pen names have you used, other than
23  Mark Schultz?
24    A.    Where?
25    Q.    Anywhere.

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 73

1    A.    Well, if I enter some sites, for example,
2  a game site, I would use a pen name, different user
3  name, something like that.
4    Q.    What are those user names that you've
5  used?
6    A.    I don't remember because I haven't played
7  games for a while.
8    Q.    What pen names have you used in
9  connection with your business?
10   A.    In correction, with what of my
11 businesses?
12   Q.    Any business.  Not games, business.
13   A.    Well, actually, I don't remember that I
14 ever used any other name in official documents.
15   Q.    Other than Mark Schultz?
16   A.    Yes.
17   Q.    So the names that you've used in official
18 documents are Serguei -- and I'm sorry, I can't
19 pronounce your last name -- but your legal name and
20 Mark Schultz, correct?
21       MR. INGLE: Objection.
22   A.    I cannot answer this question.  I cannot
23 answer this question because I don't remember.  As far
24 as I remember, I did not use any other names, but I
25 could be mistaken.

Page 74

1       MS. SPETH: Let's take a break.
2       (Break taken from 11:09 a.m. until 11:20 a.m.)
3    Q.    BY MS. SPETH:  Are you familiar with a
4  company called Business Networks Limited?
5    A.    Are we talking about just some random
6  words or a physical company, Business Networking
7  Limited?
8    Q.    At one time was the Complaintsboard.com
9  domain name registered under Business Networks Limited,
10 to your knowledge?
11   A.    Show me these documents.
12   Q.    I don't have the document.  I'm asking
13 you if it was ever registered under that name.
14       MR. INGLE: Objection; foundation.
15   Q.    BY MS. SPETH:  Please answer.
16   A.    When?
17   Q.    Ever.
18       THE INTERPRETER: I must need Serguei to
19 come closer because when he is far from screen I can't
20 see him.
21   A.    (Inaudible interpretation.)
22       MS. SPETH: That was not supposed to be
23 English, was it?
24       THE INTERPRETER: That was.
25       MS. SPETH: I'm sorry, we completely

Page 75

2  missed it.
3       THE INTERPRETER: Let's do it again.
4       MS. SPETH: What was the question?
5       (Question read.)
6    Q.    BY MS. SPETH:  Was Complaintsboard.com
7  ever registered under the name Business Networks
8  Limited?
9    A.    Maria, Maria.  Well, in short, first of
10 all, not Limited.  There was no such company.  We were
11 going to register company with such name, but for some
12 reasons -- and I don't really remember those reasons --
13 we reject that name and use the name that was already
14 there.
15   Q.    What name was already there?
16   A.    Mediolex.
17   Q.    Thank you.
18       Isn't this better when you answer the
19 question?
20   A.    Let me just explain you the situation,
21 editor.  I'm a very nice person.  And if we were
22 sitting, you and me, sharing a cup of coffee, I would
23 have told you everything, very simply.  However, I
24 think that this lawsuit is just a mockery of me.  It's
25 a joke and waste of state money.  But for you, Maria
26 that's what I think this lawsuit is.

Page 76

1       MS. SPETH: Repeat what you just said,
2  Galya.
3       THE INTERPRETER: With all my respect for
4  you, Maria, that's what I think this lawsuit is,
5  mockery of me and waste of state money.
6       And I ask him what else because he said
7  it very quickly; I wasn't able to catch it.
8    A.    That's why I have to be as I am,
9  difficult.
10   Q.    BY MS. SPETH:  So let me say this,
11 Serguei -- thank you for your honesty.  If you are not
12 difficult and we get through this quicker, I think it's
13 better for both of us, not only because we will be here
14 less time, also because if I can understand your point
15 of view, we might be able to get this case resolved and
16 ended.
17       Let's try for me to understand -- I know
18 you feel I am asking questions that are not helpful.
19 I'll try to get to questions that are more pointed to
20 this case, but I would ask for your cooperation.
21       One of the reasons I spent so much time
22 on these questions is because I want to understand if
23 it is you and only you that is involved in the website
24 or if there are others.
25   A.    Then tell me, please, what other persons

Page 77

1  you mean, because the suit, case is against Mediolex
2  company, so who are they.
3      Q.   Okay.  So I'm going to move past those
4  questions, and I'm going to move into some other areas,
5  okay.
6          Take a look at Exhibit 3.
7      A.   Yes, I'm looking at it.
8      Q.   Does Exhibit 3 have the correct spelling
9  of your name?
10     A.   Yes.  My name is indicated correctly,
11  yes.  That is the way it is indicated in my passport,
12  but it doesn't mean that my name should be spelled like
13  this.
14     Q.   Is that because of the translation from
15  Russian to English?
16     A.   First of all, it's because of the
17  translation from Russian into Latvian.
18     Q.   I see.  Take a look at Exhibit 4.  Is
19  auktionportal.net a domain name that you've ever owned?
20         MR. INGLE:  Form.
21     A.   As far as I can see, this domain was
22  registered in 2005.  I know this domain name, and I
23  don't remember what I had to do with that name, and I
24  didn't visit that website for at least four years.
25     Q.   BY MS. SPETH:  Do you know the name of

Page 78

1  the -- I see the name of the registrant, it looks like
2  maybe Andrey.  Do you know that person?
3      A.   Well, actually, there is a person with
4  that name in my life; however, it would be some other
5  person, other than Andrey who is in my life.
6      Q.   I was just asking you to repeat, but I
7  understand what he's saying now.
8          Does the first and last name on Exhibit 4
9  match the person in your life or only the first name?
10     A.   Well, you know, I like the musical group,
11  and they are chief singer in this group, his name was
12  Andrey Vasiljev.
13     Q.   Okay.  And is that what you meant when
14  you said this is somebody in your life, or is that
15  different?
16     A.   No.  I want to say that this combination
17  of first and last names is very widespread.
18     Q.   Take a look at Exhibit 5, please.
19     A.   Yes, I'm looking at it.
20     Q.   Did you ever answer questions on a
21  message board under the name DavidG?
22     A.   Well, what is that?  Is that 2009?  Do
23  you have any idea how many things happened in my life
24  since then?
25     Q.   I don't, but I know a lot of things have

Page 79

1  happened in my life since then.
2          So you're saying you don't remember
3  whether or not you used the user name DavidG in 2009?
4      A.   No, I don't remember.
5      Q.   Let's look at Exhibit 6.  Did you ever
6  own a domain name liquidmetalstech.com?
7      A.   Yeah, I think there was something
8  connected with this domain.
9      Q.   Take a look at Exhibit 7.
10     A.   Yes, I'm looking at it.
11     Q.   On the second page of 7 it looks like --
12  actually, you have to look at the first page, as well.
13  It looks like on December 7th, 2009, you instructed
14  Yahoo to change the domain name registrant to Mark
15  Schultz for Complaintsboard.com.
16         (Interpreter's cell phone ringing.)
17     Q.   BY MS. SPETH:  Were you in the middle of
18  an answer?
19     A.   I do not see exactly where you see in
20  this document that a change was made.  But even if
21  the name was changed, then so what.
22     Q.   Okay.  Well, I'm just trying to find out
23  if this is an accurate reflection of what occurred, and
24  it appears to me -- look on the second page.  It says,
25  "Comments:  Please change the domain name registrant to

Page 80

1  Mark Schultz."
2      A.   Yes.
3      Q.   Was crosse20022002 your yahoo ID?
4      A.   I didn't come up with all this.  I know
5  that crosse gmail is my email address, but I don't
6  remember about this name.  Well, we need email address.
7  During this time, I probably had 200 email addresses.
8      Q.   I'm not talking about email.  I'm talking
9  about the Yahoo account where the domain name
10  Complaintsboard.com was registered.
11         MR. INGLE:  Objection.
12     A.   Well, again, probably I will have to deal
13  with just not enough knowledge of something.  I have
14  never seen these documents, and I don't know where you
15  got them from.
16     Q.   BY MS. SPETH:  Do you have any
17  recollection of ever telling Yahoo to change the domain
18  name registrant to Mark Schultz?
19     A.   I can see here the date here 2007.  I
20  don't remember what happened in the year 2012, let
21  alone the year 2007.
22     Q.   Okay.  So I'm just asking if you ever
23  remember asking Yahoo to change the domain name.
24         I was just asking if you ever have any
25  recollection of asking Yahoo to change the registrant

Page 81

1  of the domain name Complaintsboard to Mark Schultz,
2  ever, if you have any recollection of that.
3      A.    Also, I don't remember.
4      Q.    How did the first consumer complaints get
5  posted on Complaintsboard?
6      A.    Well, just a consumer visited website and
7  put his complaint on it.
8      Q.    Did you initially populate the
9  Complaintsboard.com website by copying content from
10 ripoffreport.com?
11     A.    Personally, I?
12     Q.    Let's start with that.
13     A.    No.
14     Q.    Did you instruct anyone else to do that?
15     A.    No, I didn't.
16     Q.    Are you aware of anyone else doing that?
17     A.    Well, first of all, I did not entirely
18 understand the question, and let me explain to you why
19 I do not entirely understand the question.
20     I think personally the owner of the site
21 ripoffreport.com had something to do -- put certain
22 postings on this website, ripoff.com --
23 Complaintsboard.com.
24     I am saying that because -- well, what do
25 you mean by "aware"?  That's what I think, that he did

Page 82

1  that.
2      Q.    How did Complaintsboard get the first
3  consumers to post if it had no content to attract
4  traffic to the site?
5            MR. INGLE: Objection; foundation.
6      Q.    BY MS. SPETH:  You can answer.
7      A.    (In English) Search engine optimization.
8      Q.    How did you optimize the website before
9  it had any content?
10           MR. INGLE: Form.
11     Q.    BY MS. SPETH:  You can answer.
12     A.    To be honest, could you repeat the
13 question?
14     Q.    Let me ask this question:  Who did the
15 search engine optimization on Complaintsboard.com when
16 it was first launched?
17     A.    Okay.  Let me tell you approximately how
18 it was.  Say, for example, probably could visit other
19 sites and leave messages that you can see these that
20 would direct them to our site.  Probably they made
21 these information in comments.
22           And also there was optimization based on
23 complaints.  We are second with complaints, and
24 consumers themselves were able to find our site.  And
25 since it was ready to use it, they posted their

Page 83

1  complaints on our website.
2      Q.    Did you personally do the search engine
3  optimization for Complaintsboard?
4      A.    No.
5      Q.    You hired someone to do it?
6      A.    Yes, that's what I'm doing all the time.
7      Q.    Who wrote the terms of use for
8  Complaintsboard in the beginning?  Not the ones that
9  are there currently, but the ones that were originally
10 there.
11           MR. INGLE: Objection; form and
12 foundation.
13     A.    Well, but, first of all, just for my
14 personal information, when Chris is making comments,
15 where is it registered?  How is it noted, and what does
16 it mean?  What's the purpose of these comments?
17           MS. SPETH: He wants to know about your
18 objections, how are they recorded, and what do they
19 mean?
20           MR. INGLE: The objection is for the
21 record.  It's so that if plaintiff wants to use this
22 testimony when we go to trial, I can ask the judge to
23 rule on the objections, and he will decide whether the
24 testimony is admitted or whether it's excluded.
25           THE WITNESS: Wait a second.  I want to

Page 84

1  close the window.
2            THE INTERPRETER: So where did we stop?
3            THE WITNESS: No, thank you.  I got you.
4      Q.    BY MS. SPETH:  So the original terms of
5  use --
6      A.    I'm answering your question.  Well, most
7  likely this was given to one of the editors.
8            MS. SPETH: One of them -- repeat that.
9            THE INTERPRETER: Editors, editors,
10 editors.
11     Q.    BY MS. SPETH:  Given to one of the
12 editors by whom?
13     A.    Could be that it was done by me, the
14 assignment to do that.
15     Q.    Did you write them?
16     A.    The assignment?
17     Q.    The terms of use.
18     A.    No, I myself didn't write anything at
19 all.
20     Q.    Right.  So where did they come from?
21     A.    That's what I'm telling you.  This
22 assignment was given to one of the editors to write
23 terms of use.
24     Q.    Do you know which one?
25     A.    No, I don't remember now.

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 85

1    Q.    And this was an editor that you would
2  have hired to do the work?
3    A.    Yes.
4    Q.    Are you aware that the original terms of
5  use of Complaintsboard were identical to the terms of
6  use that Ripoff Report had?
7         MR. INGLE: Objection; form and
8  foundation.
9    A.    I would like to be able to have the two
10 documents in front of me and able to compare them to
11 answer your question.
12   Q.    BY MS. SPETH: No. The question doesn't
13 have to do with comparing documents. The question has
14 to do with your knowledge.
15        Did you ever become aware that the two
16 were identical?
17        MR. INGLE: Objection; form and
18 foundation.
19        MS. SPETH: How could it be a foundation
20 objection to what he's aware of?
21        MR. INGLE: Because you are referring to
22 two documents, neither one of which has been disclosed
23 as evidence. I don't know what the original terms of
24 service on Complaintsboard were or what the terms of
25 service of the Ripoff Report are. If I don't know if

Page 86

1  they're the same, how's he supposed to know if they're
2  the same?
3         MS. SPETH: I'm asking him about his
4  awareness. If he doesn't know, he doesn't know.
5         MR. INGLE: Well, I didn't tell him not
6  to answer. He can go ahead and answer. If he knows
7  the answer, can go ahead and answer.
8    A.    I can tell you more. I have never read
9  either of them.
10   Q.    BY MS. SPETH: Okay. So did you ever
11 know -- did anybody ever tell you -- withdrawn.
12        Did you ever see that at one time the
13 Complaintsboard.com terms of use actually had
14 Xcentric's name in them?
15        THE INTERPRETER: You mean person's name
16 or name of the company?
17        MS. SPETH: The name of the company,
18 Xcentric.
19        MR. INGLE: Form.
20   A.    Yes, later. First lawsuit. I learned
21 about it later from the first lawsuit.
22   Q.    BY MS. SPETH: When you saw that, that
23 they actually had the name in it, did you direct
24 somebody to change that?
25   A.    Of course. And I fired the person who

Page 87

1  did it.
2    Q.    Who was that?
3    A.    I don't know. I don't see them because
4  they're freelancers, and why I don't see them, because
5  I don't want to see them.
6         THE INTERPRETER: Well, actually, he
7  meant something different.
8    A.    It's not because I do not want to see
9  them. It's because I don't want them to see me. And
10 not because I don't like people; I love people very
11 much.
12   Q.    BY MS. SPETH: But you don't want them to
13 know who operates the website?
14   A.    Well, I have many different businesses,
15 and I do not want them to know my name.
16   Q.    Serguei, have you ever been to the
17 address Smerla, S-m-e-r-l-a, 3216 at Riga, Latvia?
18   A.    In general, yes, I was there.
19   Q.    I know that's a business, not a
20 residence, correct?
21   A.    Who gave you this information?
22   Q.    That it's a business and not a residence,
23 is that what you're asking?
24   A.    Yes.
25   Q.    Let me ask this: Am I incorrect? Is it

Page 88

1  a residence? I thought it was a business. Am I
2  incorrect?
3    A.    Please tell me who gave you this
4  information.
5         THE INTERPRETER: I'm asking him to come
6  closer to the screen because I can't hear him.
7    Q.    BY MS. SPETH: I'm not going to answer
8  who gave that information to me because I'm not here to
9  answer questions; I'm here to ask questions.
10   A.    Well, you are completely right. It's
11 usually me who asks questions.
12   Q.    So this must be hard for you.
13   A.    No. You turned out to be a much more
14 pleasant person than I thought.
15   Q.    Okay. Is there a company named Prolane
16 at that address, as far as you know?
17   A.    The address on Smerla, yes, the company
18 Prolane is registered there.
19   Q.    Is that a company that you own?
20   A.    I wouldn't say so.
21   Q.    Do you have any involvement in that
22 company at all?
23   A.    A little involved, yes.
24   Q.    Do you own part of that company?
25   A.    Not on paper.

Page 89

1   Q.   Are you an employee?
2   A.   There are many, many aspects, and I don't
3   even know whether I'm an employee of this company or
4   no.
5   Q.   Take a look at Exhibit 9, please.  Do you
6   know if you wrote that email?
7   A.   It's very doubtful.
8   Q.   Take a look at Exhibit 10, please.
9   A.   Yes, I'm looking at it.
10   Q.   It says it's an email from
11   Complaintsboard, editor.complaintsboard@gmail.com to
12   Laura Rogal, and it says, "Is this a joke or something,
13   or have you mixed up the websites?"  Did you write that
14   email?
15   A.   Well, in short, I, more or less, remember
16   what the situation was.  Before that, we were never
17   involved in any lawsuits, and it's possible that
18   somebody mixed up something and answered in the way it
19   was answered.  This even happening now sometimes.
20   Q.   Right.  So you thought that maybe this
21   was a mixup, that you shouldn't have been -- that
22   Complaintsboard shouldn't have been the company that
23   was sued, or the website.
24   A.   If I'm not mistaken, it was not me who
25   wrote this email.

Page 90

1   Q.   Do you know who it was?
2   A.   Yes.  It was an editor, one of the
3   editors.
4   Q.   I take it you don't know which editor?
5   A.   Yes, you're right.
6   Q.   Would the editor who used the name Ivonne
7   Wainwright always be the same person or might different
8   editors use that name?
9   MR. INGLE: Foundation.
10   A.   These are signatures whoever was reading
11   that and was answering questions would have used it.
12   Later on, we replaced this name with Complaintsboard.
13   Q.   BY MS. SPETH:  Let's take a look at
14   Exhibit 12.  Is welcomeinbox@gmail.com an email that
15   was ever used by Complaintsboard?
16   A.   I don't remember this.
17   Q.   You don't remember this email or that
18   email address?
19   A.   Probably there was such email, but
20   probably has nothing to do with Complaintsboard.
21   THE INTERPRETER: I was asking him
22   whether he means a mail address or a mail message.
23   MS. SPETH: Right, that was my question.
24   Q.   BY MS. SPETH:  Serguei, did you
25   understand my question?

Page 91

1   A.   Well, I thought I answered it, but would
2   you please repeat the question just in case?
3   Q.   Sure.  I'm trying to determine whether or
4   not you recall Complaintsboard using that email
5   address, welcomeinbox@gmail.com.
6   MR. INGLE: Form.
7   A.   Well, it used to be with the --
8   THE INTERPRETER: I clarified what he
9   said.  He meant email addresses.
10   A.   Mainly email addresses were used just for
11   communication between the personnel.  And so this email
12   or other email addresses may determine when the persons
13   had access and were coming and going and so on.
14   Q.   BY MS. SPETH:  I understand.  But if an
15   email address that was used by people at
16   Complaintsboard.com or Mediolex.
17   MR. INGLE: Form.
18   A.   I think that Mediolex didn't exist at
19   that time.
20   MR. INGLE: Ms. Interpreter, Galya, you
21   need to say when I object.
22   THE INTERPRETER: I said that you object.
23   MR. INGLE: Okay.  Thanks.  I did not
24   hear you.  Sorry.
25   Q.   BY MS. SPETH:  Serguei, look at the

Page 92

1   second page of Exhibit 12.  Do you have any memory of
2   anyone who worked for you sending an email out that
3   said in the subject box "Ultimatum," and the content
4   being, "You have two hours to recall all your notices
5   from hosting provider"?
6   A.   I cannot answer for other persons.  I
7   personally did not send out this email.
8   Q.   Were you aware of it at the time?
9   A.   Well, I'm looking at it, and I got a
10   feeling that I'm seeing it for the first time.
11   Q.   Take a look at Exhibit 13.  Have you ever
12   seen this email before?
13   A.   Yes.  Probably, yes.  I think I'm
14   recollecting this email.
15   Q.   Do you know what a DDoS attack is?
16   A.   Yes, I know what it is.
17   Q.   Do you know how to conduct one?
18   A.   I know because this attack outside was
19   attacked like this several times.
20   Q.   Have you ever instructed or asked anyone
21   to cause Ripoff Report to suffer a DDoS attack?
22   A.   No.
23   Q.   I thought the answer was no, but I was
24   just going to check.
25   Did you ever -- did Complaintsboard --

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 93

1   A.   It's a joke.  Maria, when you are
2   smiling, I'm ready to give you my wallet.
3   Q.   Serguei, has the Complaintsboard website
4   ever been hosted out of Plano, Texas in the United
5   States?
6   A.   Considering the subjects of websites,
7   Complaintsboard and Ripoff Report, we change hosting
8   regularly and constantly, unfortunately.  It's possible
9   that one of the servers was located there.  I don't
10  anymore know where servers are.
11  Q.   Take a look at Exhibit 14.
12  A.   Yes, I am looking at it.
13  Q.   Do you have any recollection of sending
14  this email?
15  A.   Possible that I give instructions to find
16  out -- probably I give instructions to find out whether
17  this email has come regarding subpoena.
18  Q.   Okay.  Take a look at Exhibit 15.
19  A.   Yes, I am looking at it.
20  Q.   It says it's from Business Networks, and
21  it's to Adam.  It starts off by saying, "My name is
22  Mark."  Do you know if you wrote this email?
23  A.   Well, I don't remember what was happening
24  in 2010.
25  Q.   You had a baby, didn't you?

Page 94

1        THE INTERPRETER: You had a baby, or you
2   were a baby?
3   Q.   BY MS. SPETH:  No.  You had a baby?
4   A.   Yes, it happened.
5   Q.   What is your son's birthday?  Is it
6   January 21st, 2010?
7   A.   It's in January, but earlier than that.
8   Q.   Okay.  So you probably wrote this email
9   because it seems to be consistent with your
10  circumstances.
11       MR. INGLE: That is not a question.
12  A.   It's possible.  It's possible.
13       MR. INGLE: You need to say my objections
14  when I say them, not afterwards.
15       MS. SPETH: Well, you didn't give her a
16  chance.
17       MR. INGLE: I move to strike the answer
18  as nonresponsive as there is no question pending.
19  Q.   BY MS. SPETH:  Serguei, after reading
20  Exhibit 15 to yourself, can you tell me if it's likely
21  that you authored it?
22  A.   This is one of the general emails.  Well,
23  for example, when I give instructions to personnel --
24  for example, I can probably give them instructions half
25  of them in Russian and then add something in English,

Page 95

1   maybe just some expressions, and personnel member would
2   probably just put together this email and send it.
3   Q.   Let me do it this way:  On January 21st,
4   2010, did you have a newborn baby boy?
5   A.   Yes.
6   Q.   Did you reach out to Ed from Ripoff
7   Report?
8   A.   I remember that we made this attempt.
9    (Break taken from 12:19 p.m. until 12:21 p.m.)
10  Q.   BY MS. SPETH:  Take a look at Exhibit 16,
11  and forgive our rattling of our wrappers here because
12  we're eating.  16 is a thick exhibit.  Do you see it in
13  front of you?
14  A.   Yes.
15  Q.   Did you sign that Exhibit 16?
16  A.   Where?  Signed where?
17  Q.   The fourth page.
18  A.   Yes.
19  Q.   And you signed it as Mark Schultz,
20  correct?
21  A.   Yes, that's correct.
22  Q.   Did you understand that you made that
23  declaration under penalty of perjury?
24  A.   These American things meant nothing to
25  me.  I just checked information, whether the

Page 96

1   information was correct.
2   Q.   You didn't think there was anything wrong
3   with you putting a declaration into the Court giving
4   your false name?
5        MR. INGLE: Form.
6   A.   Well, I think that's actually incorrect
7   that I'm sitting here.
8        MR. INGLE: Galya, I will ask you again
9   to say my objections when I say them.
10       THE INTERPRETER: I was not able to hear.
11  Probably need microphone near you.  I am doing my best.
12  It's not the best reception.  I am not in the same
13  room.  And so maybe you should say it more loud.
14       MR. INGLE: I believe you are doing the
15  best you can.  I'm trying to huddle up as much as I can
16  to this microphone.
17       THE INTERPRETER: Okay, no problem.  You
18  said, "Objection," and I was not able to hear that.
19  I'll pay attention to your gestures, as well.
20  A.   Where did we stop?  I answer in general.
21  I, as a citizen of Latvia, I think what's happening
22  now, it's not exactly correct, and I'm not -- and I
23  should not give any testimony.  I don't own any
24  property on record.  I don't have any other units of
25  anything in America.

PALMER REPORTING SERVICES, INC.

Page 97

1    Q.    BY MS. SPETH:  I think I understand what
2  you're saying.
3        MR. INGLE: I don't understand.  Can you
4  read that back?
5        THE INTERPRETER: Chris, what are you
6  saying?
7    Q.    BY MS. SPETH:  But wouldn't you agree
8  with me that the Complaintsboard website --
9        MR. INGLE: Wait, wait.  I would like to
10  have the answer -- I would like to hear the answer to
11  the previous question.
12        MS. SPETH: Hang on.  The court reporter
13  is going to read something back.
14        THE COURT REPORTER: Ms. Interpreter,
15  it's very difficult for me when you start an answer in
16  English, then you go back to Russian, and then you come
17  back in English to clarify.
18        MR. INGLE: Maria, if you understand what
19  he said, just tell me.
20        MS. SPETH: I don't live in America.  I
21  shouldn't have to do declarations in America.  I
22  shouldn't have to deal with a lawsuit in America.  I
23  don't live there.  I got nothing there.  Right?
24        MR. INGLE: We want to end this thing.
25  Keep going.

Page 98

1        THE WITNESS: How can anybody claim that
2  Maria doesn't speak Russian?
3    Q.    BY MS. SPETH:  I think you said it in
4  English, and I think you said it in English pretty
5  well.
6        But my problem, Serguei, is that
7  Complaintsboard is an English website --
8        THE INTERPRETER: What do you mean
9  English?
10        MS. SPETH: The English language.
11    Q.    BY MS. SPETH:  -- and the vast majority
12  of people who post on it are from the United States.
13  So I understand your frustration, but your website
14  seems to be operating in America.
15    A.    I was going to say the number of
16  Americans who are visiting that site is vast majority
17  of their visitors.
18    Q.    Right.
19    A.    Because there are Indians who are
20  everywhere and Europeans and people from United Kingdom
21  and so on.
22    Q.    I understand.  Let's move on.  Take a
23  look at Exhibit 17, please.
24    A.    Yes, I'm looking at it.
25    Q.    Exhibit 17 is called

Page 99

1  Complaintsboard.com's Reply to Response to Motion to
2  Vacate Default.
3    A.    Yeah, I got you.
4    Q.    On page 2 of the reply, I'm going to read
5  you a couple of sentences written by your attorney at
6  the time, Erik Syverson.
7        "In a desperate ploy, Plaintiff raises a
8  preposterous assertion that Complaintsboard" --
9        THE INTERPRETER: Maria, you can read it
10  and then I'll look at the document and translate.
11    Q.    BY MS. SPETH:  "In a desperate ploy,
12  Plaintiff raises a preposterous assertion that
13  Complaintsboard's part-owner, Mark Schultz, does not
14  exist, and that Complaintsboard, and tangentially its
15  attorneys, have committed a fraud on the Court, a very
16  serious allegation."
17        My question is:  Were you aware that Erik
18  Syverson had represented to the Court that my assertion
19  that Mark Schultz did not exist was preposterous?
20    A.    Actually, I trusted very much my previous
21  lawyer, and I did not even ever check what he wrote
22  because, quite simply, I didn't have time to do that.
23    Q.    Okay.  Do you agree that it would be a
24  fraud on the Court if Mark Schultz didn't exist?
25        MR. INGLE: Objection.  Calls for a legal

Page 100

1  conclusion whether this is a fraud upon the Court.
2    Q.    BY MS. SPETH:  You can answer.
3    A.    Yes, it's exactly what I was going to
4  say, that I don't even know Latvian legislation, and
5  you somehow expect me to know American legislation.
6    Q.    Do you have any opinion on whether it's a
7  fraud on the Court to put in a declaration under a name
8  that's not your own?
9        MR. INGLE: Same objection.
10    Q.    BY MS. SPETH:  Just your opinion.
11    A.    Honestly, I cannot answer this question.
12    Q.    Did you tell Erik Syverson that Mark
13  Schultz was not a real person?
14        MR. INGLE: Objection.  Do not answer.
15  That's attorney-client privilege.
16        MS. SPETH: You gave him the objection
17  that his attorney instructed him not to answer, right?
18        THE INTERPRETER: Yes, I told him that
19  his attorney instructed him not to answer.
20        MS. SPETH: And I'm not sure if we need
21  all this translated or not.
22        But, for the record, Chris, it is not
23  attorney-client privilege -- if you lie -- if you tell
24  your attorney that you are going to perjure yourself,
25  that is not covered by privilege, that's absolutely not

Page 101

1  covered by privilege.
2      A.   I wouldn't call it a lie.  I would call
3  it a defense.
4          MR. INGLE: Don't answer anything about
5  what you discussed with Erik Syverson.
6      A.   I don't remember what I discussed with
7  him.  It was very expensive to discuss with him
8  whatnot.
9          MR. INGLE: Stop for a second so the
10 attorneys can have a conversation on the record.
11         I think if somebody went to their
12 attorney and they said, "I'm thinking about doing this.
13 What do you think?" and they're asking their attorney
14 for legal advice, that absolutely is privileged.
15         MS. SPETH: I think if you say to your
16 attorney, "I am going to put a declaration in under
17 oath in a false name," that is not privileged and
18 cannot be privileged, and I'll get you the case if you
19 need me to because I had somebody pull one.
20         MR. INGLE: Yeah, I would.
21         MS. SPETH: Hang on, we're going to take
22 a short break.  I'm going to get the case.
23     (Break taken from 12:35 p.m. until 12:43 p.m.)
24     Q.   BY MS. SPETH:  So it's important that you
25 answer this question by "yes" or "no" according to

Page 102

1  Chris --
2          MR. INGLE: No, no.  We did not agree on
3  this.
4          MS. SPETH: Off the record.
5          (Discussion off the record.)
6      Q.   BY MS. SPETH:  We're going to come back
7  to this issue after I get the case because it's
8  lunchtime here, and I have to wait for the case so
9  we'll come back to this issue.
10         At some point in time Xcentric was paid
11 approximately $63,000 from Complaintsboard; is that
12 correct?
13     A.   Well, I don't remember the exact figure,
14 but I do remember that we paid them.
15     Q.   Where did that money come from?
16     A.   I'm not sure I understand the question.
17 Are you asking how we made this money, or what?
18     Q.   Yes.
19     A.   We make them by work.
20         MS. SPETH: What?
21         THE INTERPRETER: We earned them.
22     Q.   BY MS. SPETH:  You earned the money?
23     A.   Yes.
24     Q.   And how does Complaintsboard earn money?
25         MR. INGLE: Form.  Objection; form.

Page 103

1      Q.   BY MS. SPETH:  Go ahead.
2      A.   From other companies that posted
3  advertising on the websites.
4      Q.   So one revenue source for the website
5  Complaintsboard is advertisements; is that correct?
6      A.   Yes.
7      Q.   Are those ads placed directly or through
8  an ad service?
9      A.   Why are you asking this question?  How
10 could I possibly know our Google AdSense?
11     Q.   Actually, that does answer my question.
12 So you use Google AdSense?
13     A.   Yes, that's what I said.  Probably it was
14 lost in the microphone, so the translator wasn't able
15 to translate it.
16     Q.   Are there any other ad companies that you
17 use, other than AdSense?
18     A.   Yes, with my advertising service
19 companies.
20     Q.   How about one called AdChoice?
21     A.   Well, again, I am under the impression
22 that Maria is asking questions about subjects she's not
23 very competent in.  Sorry for that.
24     Q.   Teach me.
25     A.   AdChoice is not a company.

Page 104

1      Q.   Okay.  What company provides ads and uses
2  the words "AdChoice" on the website?
3      A.   You know, I will just tell you, I don't
4  know.
5      Q.   Because you don't know, or you don't want
6  to explain it?
7          MR. INGLE: Objection.
8      A.   I probably know the answer 90 percent.
9  One percent, I probably don't know it.
10     Q.   BY MS. SPETH:  Other than advertisements,
11 what other revenue sources does the Complaintsboard.com
12 website have?
13         MR. INGLE: Form.
14     Q.   BY MS. SPETH:  You can answer.
15     A.   I'm just thinking how to answer this
16 question.
17     Q.   Okay, I thought you were waiting.
18     A.   Well, probably some services that would
19 provide sometimes, but seldom they are paid for.
20     Q.   Is one of the services that the
21 Complaintsboard website provides removal of postings
22 for money?
23         MR. INGLE: Form.
24         THE INTERPRETER: I don't understand your
25 face messages, Chris.  Did you object, or no?

Page 105

1    MS. SPETH: Yes, he did.
2    MR. INGLE: Yes.  The objection is form.
3    THE INTERPRETER: Maria, could you speak
4  closer to the microphone.
5    So is one of the services that
6  Complaintsboard provided was posting --
7    MS. SPETH: Removing posts for money.
8    MR. INGLE: And I asserted a form
9  objection.
10    I don't know if it's a trade secret or
11  proprietary information, but if it is, I will assert
12  those objections, as well.
13    MS. SPETH: You can mark it confidential,
14  if you want.
15    MR. INGLE: We could like to mark this
16  section of the transcript confidential.
17    A.    And now what?
18    Q.    BY MS. SPETH:  Does Complaintsboard, the
19  website, earn revenue by removing posts for money?
20    A.    You asked a very sensitive question, and
21  really about the subject will lead us nowhere because
22  the way you described the providing of services, this
23  is not so, actually.
24    Q.    What other services does Complaintsboard
25  provide other than -- withdrawn.

Page 106

1    What services does the website
2  Complaintsboard provide for compensation, for money?
3    MR. INGLE: Form.
4    A.    For example, we can charge a small fee
5  when the situation was resolved with the company and
6  the person who complained about this company, and in
7  this case the complaint is removed for free.
8    However, after that, if the company wants
9  to remove their link from Google, the cache version, we
10  probably will charge them a small fee because it's not
11  our job to do that.
12    Q.    BY MS. SPETH:  What other sources of
13  revenue does the website have?
14    MR. INGLE: Form.  Also, object on trade
15  secret and proprietary information.
16    A.    I agree with Chris, I think the case is
17  not about that, and I don't want to answer these
18  questions.
19    Q.    BY MS. SPETH:  We can mark that portion
20  of the transcript confidential.
21    MR. INGLE: We've already marked it
22  confidential.  If the answer is a trade secret -- and I
23  don't know if it is -- you shouldn't answer.  But if
24  it's not a trade secret, go ahead and answer.
25    A.    It's a trade secret.

Page 107

1    Q.    So if I am a customer of the website and
2  I pay for a service, it's not a secret from me, is it?
3    MR. INGLE: Form.
4    Q.    BY MS. SPETH:  Please answer.
5    A.    Well, you know, that is so involved, I
6  didn't even get the essence of your question.
7    Q.    What is your understanding of what a
8  trade secret is?
9    A.    It is something that wouldn't want others
10  to know concerning our internal issues.
11    Q.    And so I'm not asking about internal
12  issues.  I'm asking you about what the public, the
13  consumers do.
14    For what purposes do they send money to
15  Complaintsboard?
16    MR. INGLE: Form.
17    A.    Well, let me relate it like this:  There
18  are no paid-for services that are open on our site.
19    MR. INGLE: Translator, did you hear my
20  objection?
21    THE INTERPRETER: No.
22    MS. SPETH: Say it again.
23    MR. INGLE: I object to form.
24  Complaintsboard doesn't have customers.  The company
25  has customers.  The website is a piece of property.

Page 108

1    Q.    BY MS. SPETH:  If I were going to pay for
2  a service related to the website, to whom would I make
3  my payment payable?
4    MR. INGLE: Form.
5    A.    I don't understand.  Which company?
6    THE INTERPRETER: Chris, if you object to
7  something, please don't make faces.  Please say
8  something verbally and then I can catch it.
9    MS. SPETH: He was saying it verbal, but
10  sometimes you can't hear it because people are talking
11  at the same time.
12    Q.    BY MS. SPETH:  What are the different
13  ways that a website user can pay money to
14  Complaintsboard?  What are the different formats?  In
15  other words, PayPal, wire, check.
16    THE INTERPRETER: Chris, are you
17  objecting or what?
18    MR. INGLE: No.  I'm waiting for her to
19  finish her question, but then I'll object because the
20  website doesn't receive money.
21    MS. SPETH: That's what I'm trying to get
22  to.
23    Q.    BY MS. SPETH:  I'm going to start over.
24    Serguei, if I want to pay someone to take
25  off the Google cache of a posting that was taken off of

Page 109

1  Complaintsboard, how would I do that?
2      A.    By wire transfer from bank, by PayPal.
3      Q.    And to whom does that PayPal account go?
4  What individual would have control over it?  Would it
5  be you, or no?
6      A.    It goes to the company.
7      Q.    It goes to Mediolex?
8      A.    Not those.
9      Q.    What other company could it go to?
10     A.    It's a trade secret, so I do not want to
11 give you the names of the company because these
12 companies are connected not only with Complaintsboard,
13 but with other businesses, as well.
14     Q.    So you are refusing to answer the
15 question?
16     A.    Yes.
17     Q.    Do you understand that we have a
18 protective order in this case where I am bound to keep
19 it confidential if Chris says it's confidential?
20     MR. INGLE: And that's not absolutely
21 true.  Maria can object to something that I mark
22 confidential and try to convince the Court to order it
23 to become public knowledge.
24     THE INTERPRETER: What did you say,
25 public knowledge?

Page 110

1      MR. INGLE: The Plaintiff has the right
2  to contest what I mark as confidential and seek an
3  order from the Court making it public knowledge.
4      Q.    BY MS. SPETH:  So is it still your
5  position that you refuse to answer that question?
6      A.    Well, for sure it's not going to change
7  after what I just heard.
8      Q.    So basically, based upon what your
9  attorney just said, you are going to refuse to answer
10 the question?
11     A.    Well, of course, I can ask again what
12 question?  What's the question?  I'm just suggesting
13 that we close this issue.
14     Q.    Well, that's nice except, I can't close
15 it until I have an answer or a refusal to answer.
16     THE INTERPRETER: Chris, wait.  I'll
17 translate and then give objection.
18     MR. INGLE: I was going to ask if anybody
19 minded if I could have a conversation with my client
20 about what information is and is not subject to trade
21 secret protection.
22     MS. SPETH: I don't mind.  I would agree
23 that if Galya overhears it, it doesn't waive privilege.
24     (Break taken from 1:05 p.m. until 1:15 p.m.)
25     Q.    BY MS. SPETH:  Welcome back.  We're back

Page 111

1  on the record.
2      Serguei, are you, at this point, willing
3  to tell me where the money goes if a consumer pays for
4  a service related to Complaintboards.com?
5      A.    To the account of Mediolex company.
6      Q.    And you said maybe sometimes it goes to
7  an account of another company; is that correct?
8      A.    Yes.
9      Q.    What other company?
10     A.    It's some company which is registered in
11 Latvia.
12     Q.    What is the name of that company?
13     A.    Optinet IT.
14     Q.    Oh, yes, I've seen that name.
15     THE INTERPRETER: Maria, just a second.
16 Sorry.
17     (Pause in the proceedings.)
18     Q.    BY MS. SPETH:  Take a look at Exhibit 18,
19 please.  It's a big, fat exhibit.  Look at the bottom
20 right-hand corner where it says "CB," look for the
21 document that says CB00028.
22     Do you ever recall instructing anyone who
23 works for you that they should ask consumers to post
24 about particular businesses?
25     A.    Could you please repeat the question?

Page 112

1      Q.    Okay.  On Exhibit 18, page CB00028, it
2  says, "Are you also a victim of Leanne's Mobile Groom
3  and Board?  Submit a complaint to help other consumers
4  to be educated and don't let them get away with it!"
5      A.    What's the question, Maria?
6      Q.    The question is:  Who wrote that?
7      A.    Wrote what?  The text which is here?
8      Q.    Yes, the text that's there.
9      A.    I don't know what Google Select, Google
10 Site --
11     (Interpreter coughing.)
12     Let's take a break while you clear your
13 throat, Galya.
14     (Pause in the proceedings.)
15     Q.    BY MS. SPETH:  Take a look at CB0030 in
16 Exhibit 18.  Who wrote the part of that that says, "Are
17 you also a victim of Lavi Industries?"
18     A.    And so what?
19     Q.    My question is:  Who wrote it?
20     A.    A user.
21     THE INTERPRETER: Maria, wait a second.
22     (Pause in the proceedings.)
23     Q.    BY MS. SPETH:  It's your position that
24 this content that we're looking at on CB0030 that we
25 just read out loud was not written by an agent of

Page 113

1   Mediolex or anybody working on the Complaintsboard
2   website?
3      A.    I understand how impossible it looks.  I
4   personally (inaudible) --
5      Q.    You personally?
6      A.    I don't understand we need it and why.  I
7   have ideas who probably needed it.  They used different
8   email addresses.  They did not realize that they also
9   needed to change their address, as well.
10          And these are the same as some other
11   entries.  Where sample users might possibly one or
12   probably several persons.  I do not know their purpose
13   of using this text.
14      Q.    Have you blocked that IP address?
15      A.    Well, I found it later on.  We have
16   several spam filters who blocked the majority of these
17   posts, because these posts are all the same, and the
18   spam filter does this automatically.
19          In answering your question, specifically
20   block IP address, because IP address is blocked
21   automatically if certain user keep visiting the same
22   site.
23      Q.    So then how is it possible that one user
24   with the same IP address posted so many posts that are
25   identical?

Page 114

1          MR. INGLE: Form.
2          THE INTERPRETER: Chris, did you object,
3   or are you just making faces?
4          MR. INGLE: I'm objecting.  Form.
5      A.    When you say "many," what do you mean by
6   "many"?  How many is "many"?
7          MS. SPETH: Wait, Galya.  Stacey is going
8   to read it back to me.
9     (Question read by the court reporter.)
10      Q.    BY MS. SPETH:  How many posts can
11   somebody post with the same IP address before it gets
12   blocked?
13      A.    Well, I don't know about the posts, and
14   these posts actually was made in 2008 when we didn't
15   even have any filters.
16          However, the IP addresses and email
17   addresses of users who did that for entries which were
18   entered into year 2008.  And then in year 2009, as I
19   can see, we started to use user profiles.
20          Say, for example, if you look at the page
21   0032 --
22      Q.    Yes.
23      A.    From this idea, I feel like this user has
24   several identical hits of complaints where only the
25   name of the company was changed.  And if you would ever

Page 115

1   see this and even you can notice that it was done
2   manually --
3          MS. SPETH: Wait.  Galya, can you repeat
4   the last words?
5          THE INTERPRETER: Manually, by hand.
6          MS. SPETH: And I apologize, I know he
7   said something else that you didn't translate, but I
8   missed that word.
9          THE INTERPRETER: Because you interrupted
10   me.
11          MS. SPETH: Because I didn't understand.
12      A.    Because after the name of the company,
13   2K Medical, in front of the question mark, there is a
14   space, and it shows that it was done manually because
15   he did it, but didn't do it very well.
16          Well, he wanted to just make a cut of the
17   tips, so he didn't do it successfully, so that's why
18   there is this space here.
19      Q.    Some of them don't have a space, though.
20      A.    As far as I understand, what you call as
21   "many" is maybe 10 posts, maybe more than 10 posts.  So
22   that's why I'm asking the question, how many is "many"
23   in your opinion?
24      Q.    I don't know how many there are.  I
25   haven't counted them.

Page 116

1      A.    However, I complete it a little more
2   precise than you, and there are no more than 20 of such
3   posts, so that's okay.
4      Q.    Let me just check and see if there's
5   anything else I need to cover.  I think I might be
6   done.
7      A.    If you need it, I can provide you the
8   information about users and, as far as I remember, I
9   have their phones and addresses.
10      Q.    Yes, I would like that.
11          Okay, I have no further questions.
12          MS. SPETH: He said if I like, he can
13   provide the user names on those and the IP addresses.
14
15              EXAMINATION
16   BY MR. INGLE:
17      Q.    Serguei, I just had one question I wanted
18   to ask you.  Early in your deposition you were asked
19   about the names of the editors that work for Mediolex.
20   Do you remember that?  You said you didn't remember the
21   names of the editors.
22          My question is:  Did you ever know any of
23   the names of any of the editors, or did you never know
24   any of their names whatsoever?
25      A.    Yes, I knew some names.  However, I never

Page 117

1 checked their papers, so I can't ensure these names are
2 their real names.  Well, sometimes people use their
3 real names, sometimes people use their nics.  Somebody
4 used in Russia what would be in America equivalent of
5 John Doe.
6         MR. INGLE: That's the only question I
7 have.  I'm done.
8         MS. SPETH: Let's go off the record.
9     (The proceedings concluded at 1:37 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118

1                CERTIFICATE
2
3         I, Stacey Palmer, Certified Court Reporter
4 for the State of Arizona, certify:
5         That the foregoing testimony was taken by me;
6 that I am authorized to administer an oath; that
7 questions propounded by counsel and the answers of the
8 witness were taken down by me in shorthand and
9 thereafter reduced to print by computer-aided
10 transcription; that the foregoing pages are a full,
11 true, and accurate transcript of all proceedings and
12 testimony had upon the taking of said testimony, all to
13 the best of my skill and ability.
14         I FURTHER CERTIFY that I am in no way related
15 to nor employed by any of the parties hereto nor am I
16 in any way interested in the outcome hereof.
17         DATED this _____ day of _____, 2014.
18
19         _____
20              Stacey Palmer
              Certified Reporter No. 50045
21              For the State of Arizona
22
23
24
25

**$**

**$100 (1)**
  29:15
**$63,000 (1)**
  102:11

**@**

**@gmailcom (1)**
  32:5

**A**

**able (25)**
  6:15,17,24;7:16;
  8:11;10:15,16;16:8;
  18:16;34:22;37:25;
  51:18;54:13,19;
  60:11;68:3,4;76:7,15;
  82:24;85:9,10;96:10,
  18;103:14
**above (1)**
  34:23
**absolutely (3)**
  100:25;101:14;
  109:20
**accept (2)**
  54:13,14
**accepted (1)**
  54:11
**access (1)**
  91:13
**According (2)**
  26:16;101:25
**account (8)**
  26:18;29:24;30:2,
  15;80:9;109:3;111:5,
  7
**accounts (1)**
  30:3
**accurate (1)**
  79:23
**acquaintance (1)**
  35:6
**actual (1)**
  54:4
**actually (24)**
  9:25;10:8,23;19:8;
  20:11;21:2;44:14;
  45:20;59:5;61:15;
  67:12;70:8;71:4;
  73:13;78:3;79:12;
  86:13,23;87:6;96:6;
  99:20;103:11;105:23;
  114:14
**ad (2)**
  103:8,16
**Adam (1)**
  93:21
**AdChoice (3)**
  103:20,25;104:2

**add (2)**
  27:4;94:25
**added (1)**
  27:17
**Additionally (1)**
  20:10
**address (42)**
  9:7,8;30:20,24,24;
  31:13,14,23,25;32:4,
  7,10,11,12,16,19,19,
  21;33:3,6;37:14;
  51:23,25;58:17,19,21;
  65:6;80:5,6;87:17;
  88:16,17;90:18,22;
  91:5,15;113:9,14,20,
  20,24;114:11
**addresses (12)**
  9:11,14;32:13;80:7;
  91:9,10,12;113:8;
  114:16,17;116:9,13
**admitted (1)**
  83:24
**ads (2)**
  103:7;104:1
**AdSense (3)**
  103:10,12,17
**advance (1)**
  61:16
**advertisements (2)**
  103:5;104:10
**advertising (2)**
  103:3,18
**advice (3)**
  30:8,10;101:14
**affidavit (1)**
  22:4
**afterwards (1)**
  94:14
**again (14)**
  6:17;19:24;24:1;
  45:14;48:8,20;59:24;
  63:12;75:2;80:12;
  96:8;103:21;107:22;
  110:11
**against (4)**
  59:20;60:2;67:10;
  77:1
**age (1)**
  50:10
**agent (2)**
  23:9;112:25
**ago (15)**
  12:3,9;33:13,13;
  38:16,19;41:20,22;
  48:18;59:2;62:22;
  66:3,5;67:11;69:18
**agree (6)**
  22:15;97:7;99:23;
  102:2;106:16;110:22
**ahead (8)**
  20:6;45:4;57:17,23;
  86:6,7;103:1;106:24
**allegation (1)**

**99:16**
**alone (1)**
  80:21
**always (2)**
  63:15;90:7
**ambush (3)**
  58:14;59:4,8
**America (6)**
  96:25;97:20,21,22;
  98:14;117:4
**American (2)**
  95:24;100:5
**Americans (1)**
  98:16
**amused (1)**
  71:12
**amusing (1)**
  15:18
**Andrey (3)**
  78:2,5,12
**angrier (2)**
  45:17;71:11
**angry (4)**
  52:19,20,25;71:12
**answered (5)**
  31:21;67:14;89:18,
  19;91:1
**anymore (3)**
  38:17,18;93:10
**apartment (3)**
  9:22,24;10:3
**apologize (2)**
  32:2;115:6
**apparently (1)**
  26:21
**appears (1)**
  79:24
**appropriate (1)**
  39:8
**approximately (2)**
  82:17;102:11
**April (1)**
  55:17
**Arden (6)**
  50:1,23;51:2,6,13;
  60:3
**areas (1)**
  77:4
**arm (1)**
  47:4
**around (2)**
  25:3;64:20
**arrangement (1)**
  46:17
**aside (1)**
  64:8
**aspects (1)**
  89:2
**assert (1)**
  105:11
**asserted (1)**
  105:8
**assertion (3)**

**99:8,12,18**
**assignment (3)**
  84:14,16,22
**attack (3)**
  92:15,18,21
**attacked (1)**
  92:19
**attempt (2)**
  20:11;95:8
**attention (2)**
  66:6;96:19
**attorney (9)**
  26:20;99:5;100:17,
  19,24;101:12,13,16;
  110:9
**attorney-client (5)**
  68:8;69:4,7;100:15,
  23
**attorneys (2)**
  99:15;101:10
**attract (1)**
  82:3
**auktionportalnet (1)**
  77:19
**authored (1)**
  94:21
**automatically (2)**
  113:18,21
**available (1)**
  7:10
**aware (9)**
  59:19;60:1;81:16,
  25;85:4,15,20;92:8;
  99:17
**awareness (1)**
  86:4
**away (1)**
  112:4

**B**

**baby (5)**
  93:25;94:1,2,3;95:4
**back (16)**
  20:24;28:6;45:24;
  51:4,10;62:21,23;
  97:4,13,16,17;102:6,
  9;110:25,25;114:8
**bad (3)**
  15:5;48:20;68:25
**bank (5)**
  29:24;30:2,3,15;
  109:2
**based (2)**
  82:22;110:8
**basically (1)**
  110:8
**become (7)**
  45:16;59:19;60:1;
  70:4;71:11;85:15;
  109:23
**beginning (5)**
  39:17;49:24;53:22;

**67:13;83:8**
**belongs (1)**
  53:25
**below (1)**
  34:23
**Beltyukov (3)**
  33:20;34:20;35:5
**B-e-l-t-y-u-k-o-v (1)**
  34:7
**best (4)**
  20:8;96:11,12,15
**better (2)**
  75:17;76:13
**big (3)**
  45:15,19;111:19
**bills (2)**
  62:12,13
**birthday (1)**
  94:5
**bit (2)**
  15:17;27:25
**block (1)**
  113:20
**blocked (4)**
  113:14,16,20;
  114:12
**board (2)**
  78:21;112:3
**born (2)**
  7:22,23
**both (5)**
  18:24;65:14;76:13
**bottom (3)**
  58:6;63:14;111:19
**bound (1)**
  109:18
**Box (9)**
  51:15;52:1,2,3,17,
  22;53:2;63:20;92:3
**boy (2)**
  8:9;95:4
**brain (1)**
  48:23
**brand (1)**
  46:1
**break (11)**
  10:7;34:24;35:1,2;
  74:1,2;95:9;101:22,
  23;110:24;112:12
**bring (1)**
  9:11
**business (16)**
  32:10,16,19,21;
  60:3;73:9,12,12;74:4,
  6,9;75:6;87:19,22;
  88:1;93:20
**businesses (5)**
  62:6;73:11;87:14;
  109:13;111:24
**buy (3)**
  24:7,11,12

## C

**cache (2)**
106:9;108:25
**California (1)**
51:16
**call (6)**
6:9;44:18;64:21;
101:2,2;115:20
**called (6)**
20:4;22:2;65:8;
74:4;98:25;103:20
**calls (3)**
19:6,13;99:25
**camera (1)**
71:1
**Can (84)**
5:3,11;8:13,14,15,
17:9;11,25;10:7,11;
11:2,12;13:4,18;
14:21;16:1,3,5;19:15,
18;20:21,21;22:8;
25:9,23;26:15,16;
27:16;29:5;30:12;
31:9;33:21,23,24;
34:24;39:15;40:13;
42:1,16;46:2;48:25;
52:19;54:14;55:15,
22;60:10;64:2,5,6;
66:13;69:6;76:14;
77:21;80:19;82:6,11,
19;83:22;86:6,7,8;
94:20,24;96:15,15;
97:3;98:1;99:9;100:2;
101:10;104:14;
105:13;106:4,19;
108:8,13;109:21;
110:11;114:10,19;
115:1,3;116:7,12
**care (1)**
13:3
**case (18)**
26:16;45:20,21,23;
52:10,10,12;76:15,20;
77:1;91:2;101:18,22;
102:7,8;106:7,16;
109:18
**cash (2)**
46:14,16
**catch (2)**
76:7;108:8
**cause (1)**
92:21
**causes (1)**
62:13
**CB (1)**
111:20
**CB00028 (2)**
111:21;112:1
**CB0030 (2)**
112:15,24
**cell (1)**

79:16
**certain (4)**
34:23,23;81:21;
113:21
**chair (1)**
47:4
**chance (1)**
94:16
**change (16)**
17:5;38:21;40:1,3,
4;47:4;79:14,20,25;
80:17,23,25;86:24;
93:7;110:6;113:9
**changed (2)**
79:21;114:25
**changes (1)**
41:7
**charge (2)**
106:4,10
**check (4)**
92:24;99:21;
108:15;116:4
**checked (5)**
17:25;18:4,5;95:25;
117:1
**chief (1)**
78:11
**child (1)**
42:18
**choose (1)**
52:8
**Chris (15)**
10:16;19:11;56:14;
57:21;83:14;97:5;
100:22;102:1;104:25;
106:16;108:6,16;
109:19;110:16;114:2
**circumstances (1)**
94:10
**citizen (3)**
7:20,21;96:21
**city (1)**
7:24
**claim (1)**
98:1
**clarification (1)**
24:16;43:8
**clarified (1)**
91:8
**clarify (10)**
16:21;28:23;32:25;
33:12;46:25;48:8;
59:10;61:5;65:10;
97:17
**clear (4)**
58:2;66:16;70:22;
112:12
**client (2)**
56:3;110:19
**close (4)**
45:11;84:1;110:13,
14
**closed (1)**

53:6
**closer (3)**
74:19;88:6;105:4
**coach (1)**
19:19
**coffee (1)**
75:21
**college (1)**
12:25
**combination (1)**
78:16
**comfortable (3)**
13:3;30:5;62:9
**coming (1)**
91:13
**Comments (4)**
79:25;82:21;83:14,
16
**committed (1)**
99:15
**common (1)**
34:7
**communicate (2)**
44:13,14
**communication (3)**
69:7;70:13;91:11
**communications (2)**
68:8;69:5
**companies (24)**
14:1,3,5,8,10,13,20;
15:5,8;17:16,19,22,
24;19:9;21:4;22:10,
17;25:5,15;27:7;
103:2,16,19;109:12
**company (74)**
13:24;18:11,22,25;
21:1,2,3,5,12,16,22;
22:1,3,14,19;23:4,11,
14;24:6,8,12,12,14,
21;25:4,11,18,20,25;
26:1,3,10,13,25;27:1,
1;59:5,9,22,23;61:8,
10;63:17;74:4,6;75:9,
10;77:2;86:16,17;
88:15,17,19,22,24;
89:3,22;103:25;
104:1;106:5,6,8;
107:24;108:5;109:6,
9,11;111:5,7,9,10,12;
114:25;115:12
**compare (1)**
85:10
**comparing (1)**
85:13
**compensate (1)**
44:23
**compensated (1)**
44:6
**compensation (2)**
44:7;106:2
**competent (1)**
103:23
**complained (1)**

106:6
**complaint (3)**
81:7;106:7;112:3
**Complaintboardscom (1)**
111:4
**complaints (9)**
54:11,14,15,19;
81:4;82:23,23;83:1;
114:24
**Complaintsboard (52)**
36:13;37:21;40:1;
42:18;47:1,10,15;
48:13,17;54:10,19;
55:18;59:20,22;62:1,
7,20;67:2;81:1,5;
82:2;83:3,8;85:5,24;
89:11,22;90:12,15,20;
91:4;92:25;93:3,7;
97:8;98:7;99:8,14;
102:11,24;103:5;
104:21;105:6,18,24;
106:2;107:15,24;
108:14;109:1,12;
113:1
**Complaintsboardcom (25)**
32:24;33:7;35:8,13;
43:8,9;46:23;47:19;
49:9,22;51:5,12;
53:10;54:4;60:3;74:8;
75:5;79:15;80:10;
81:9,23;82:15;86:13;
91:16;104:11
**Complaintsboardcom's (3)**
60:12,20;99:1
**Complaintsboard's (1)**
99:13
**complete (1)**
116:1
**completed (1)**
12:21
**completely (3)**
45:3;74:25;88:10
**computer (3)**
34:21,23;45:8
**computers (2)**
45:1,5
**concerning (1)**
107:10
**concluded (1)**
117:9
**conclusion (4)**
19:7,14;20:4;100:1
**conduct (1)**
92:17
**conducted (1)**
62:9
**confidential (9)**
67:6;105:13,16;
106:20,22;109:19,19,
22;110:2
**confused (1)**
15:8
**confusion (4)**

72:1,2,3,4
**connected (4)**
52:9,10;79:8;
109:12
**connection (3)**
68:25;72:7;73:9
**consider (1)**
5:11
**Considering (1)**
93:6
**consistent (1)**
94:9
**constantly (1)**
93:8
**consultant (1)**
21:23
**consumer (4)**
54:11;81:4,6;111:3
**Consumercomplaintsim (1)**
47:25
**consumers (5)**
82:3,24;107:13;
111:23;112:3
**contaminate (1)**
48:22
**content (9)**
48:13,15,15;54:8;
81:9;82:3,9;92:3;
112:24
**contest (1)**
110:2
**context (1)**
27:25
**control (4)**
32:23;33:1;53:21;
109:4
**conversation (4)**
15:12;62:2;101:10;
110:19
**convince (1)**
109:22
**cooperation (1)**
76:20
**co-owner (9)**
17:18,20,24;21:20,
24;22:5,15,18;24:3
**co-owners (1)**
27:9
**copying (1)**
81:9
**corner (1)**
111:20
**corporation (2)**
19:5,21
**corporations (1)**
19:9
**corrected (2)**
17:9;69:19
**correcting (1)**
62:5
**correction (3)**
17:12;26:7;73:10
**correctly (4)**

8:22;71:21,23;
77:10
coughing (1)
112:11
count (3)
10:8,9;36:17
counted (2)
9:16;115:25
counting (3)
10:18,22,23
country (3)
7:19,21;18:19
couple (1)
99:5
course (7)
28:11;54:12;60:9;
61:1;72:21;86:25;
110:11
court (14)
5:19;51:10;70:2;
96:3;97:12,14;99:15,
18,24;100:1,7;
109:22;110:3;114:9
cover (1)
116:5
covered (2)
100:25;101:1
crazies (1)
64:20
crazy (1)
65:8
created (3)
49:11;53:11;54:10
criminal (1)
7:7
crosse (2)
32:5;80:5
c-r-o-s-s-e (1)
32:5
crosse20022002 (1)
80:3
cup (1)
75:21
current (1)
60:12
currently (6)
9:2;13:21;46:22,23;
60:21;83:9
customer (1)
107:1
customers (2)
107:24,25
cut (1)
115:16

D

date (5)
60:5;69:14,23,24;
80:19
dated (1)
55:17
dates (1)

48:21
DavidG (2)
78:21;79:3
day (1)
26:19
daybook (1)
64:5
DDoS (2)
92:15,21
deal (2)
80:12;97:22
deals (1)
21:3
December (2)
69:16;79:13
decide (2)
26:11;83:23
decided (2)
21:12,16
decision (1)
47:20
decision-maker (2)
54:10,20
decisions (3)
47:22;48:9,16
declaration (3)
22:5;95:23;96:3;
100:7;101:16
declarations (1)
97:21
Default (1)
99:2
defense (1)
101:3
define (2)
8:22;50:16
definition (1)
8:23
degree (3)
12:22;15:20,23
deleted (1)
42:25
Depending (3)
11:5,6;35:18
depends (3)
9:12;29:23;41:5
deposit (1)
28:22
deposited (1)
29:1,24
deposition (5)
6:12;58:13;62:9;
67:6;116:18
describe (1)
47:18
described (1)
105:22
desperate (2)
99:7,11
despite (2)
23:21;56:1
details (1)
51:19;53:24

determine (2)
91:3,12
develop (1)
36:16
difference (1)
37:8
different (20)
9:13;24:13;25:4;
27:25;30:2;37:11;
43:25;46:22;47:11;
57:10;60:19;66:1;
73:2;78:15;87:7,14;
90:7;108:12,14;113:7
differently (1)
21:15
difficult (3)
76:9,12;97:15
direct (2)
82:20;86:23
directly (1)
103:7
director (2)
22:2,3
disclose (1)
56:23
disclosed (3)
55:25;59:12;85:22
disclosure (1)
58:11
discount (1)
61:15
discuss (5)
21:22;22:8;26:9;
69:6;101:7
discussed (2)
101:5,6
Discussion (6)
28:5;39:20;55:12;
62:24;70:15;102:5
document (25)
38:5;51:18;56:18,
19,20,21;57:14,16;
59:4,4,6,7,8,15,15;
67:24;69:17;70:2,18,
19;72:14;74:12;
79:20;99:10;111:21
documents (18)
56:10,12,13;57:22,
23,25;58:11;59:11,
14;68:2;72:12;73:14,
18;74:11;80:14;
85:10,13,22
Doe (1)
117:5
domain (28)
32:23;33:7,11;
49:11,14,18,23;51:5,
9,12;53:10,14,17,19,
21,25;74:9;77:19,21,
22;79:6,8,14,25;80:9,
17,23;81:1
domains (2)
51:8;53:12

done (6)
64:6;84:13;115:1,
14;116:6;117:7
doubtful (1)
89:7
down (4)
5:20;7:3;60:10;
70:25
dozens (1)
51:7
drop (1)
27:17
dull (1)
70:5
During (1)
80:7
duties (1)
49:13
duty (2)
43:6,10
dynamics (1)
17:7
Dzianis (7)
33:18,19;34:4,6,11,
20;35:4
D-z-i-a-n-i-s (1)
34:12

E

earlier (2)
56:24;94:7
Early (1)
116:18
earn (2)
102:24;105:19
earned (2)
102:21,22
easier (1)
72:12
easy (1)
27:16
eating (1)
95:12
Ed (1)
95:6
editor (12)
43:10,11,12,16;
57:6;63:21,23;75:20;
85:1;90:2,4,6
editorcomplaintsboard@gmailcom (3)
35:17;58:17;89:11
editors (23)
43:12,15,17;44:13,
25;45:25;46:4,12,22;
47:9;57:6;67:14;84:7,
9,9,10,12,22;90:3,8;
116:19,21,23
educate (1)
22:9
educated (1)
112:4
education (3)

12:20;17:8,11
either (4)
29:24;49:21;71:5;
86:9
Elizabeth (6)
50:1,23;51:2,6,13;
60:3
else (18)
5:23;18:12;21:20;
24:20;27:10;30:4,16,
17;46:7;47:2,9;53:22,
25;76:6;81:14,16;
115:7;116:5
email (40)
32:4,7;35:16,20;
37:14;55:17;58:17,
19,20;63:4;66:10;
80:5,6,7,8;89:6,10,14,
25;90:14,17,18,19;
91:4,9,10,11,12,15;
92:2,7,12,14;93:14,
17,22;94:8;95:2;
113:8;114:16
emails (9)
35:11,12,16;58:23,
24;59:17;60:10;
66:13;94:22
Emeryville (1)
51:16
employee (3)
14:2;89:1,3
employees (2)
36:20,23
encountered (1)
66:20
end (1)
97:24
ended (1)
76:16
engine (3)
82:7,15;83:2
English (32)
5:9;8:4,17;20:17;
27:18;28:13;31:25;
33:23,25;34:2,8,9;
35:24;36:24;40:17;
53:18;55:2;62:9;68:3;
69:11;71:7;74:23;
77:15;82:7;94:25;
97:16,17;98:4,4,7,9,
10
enough (5)
7:19;11:11,14;
66:15;80:13
ensure (1)
117:1
enter (1)
73:1
entered (1)
114:18
entire (5)
56:18,19,20,21;
59:11

**entirely (2)**
81:17,19
**entries (2)**
113:11;114:17
**equivalent (1)**
117:4
**Erik (6)**
68:15;69:2;99:6,17;
100:12;101:5
**essence (1)**
107:6
**estate (1)**
11:3
**Europeans (1)**
98:20
**even (20)**
14:9,22;15:14;
16:10;38:16;39:15;
40:17;41:10;45:3,10;
49:24;69:6;79:20;
89:3,19;99:21;100:4;
107:6;114:15;115:1
**everywhere (1)**
98:20
**evidence (1)**
85:23
**exact (5)**
6:6;22:13;45:4;
60:11;102:13
**exactly (13)**
6:21;9:3;19:20;
27:19;31:5;32:12;
50:11;51:18;52:13;
71:10;79:19;96:22;
100:3
**EXAMINATION (2)**
5:1;116:15
**example (7)**
72:16;73:1;82:18;
94:23,24;106:4;
114:20
**except (1)**
110:14
**excluded (1)**
83:24
**Excuse (1)**
40:12
**executed (2)**
18:22;19:1
**exhibit (52)**
49:5,6;51:20,23;
52:3,15,18;55:14,15;
56:16;57:14;58:6;
59:13;60:7;63:4,5,12,
16;64:4,5,9;67:18,19,
22;68:5,11;69:14;
72:16;77:6,8,18;78:8,
18;79:5,9;89:5,8;
90:14;92:1,11;93:11,
18;94:20;95:10,12,
15;98:23,25;111:18,
19;112:1,16
**exhibits (4)**

48:24;49:2;55:25;
56:7
**exist (5)**
49:20;91:18;99:14,
19,24
**expect (3)**
69:22,23;100:5
**expenses (1)**
29:13
**expensive (1)**
101:7
**explain (12)**
18:14;25:7,8,8,11;
26:3;33:4,5;63:10;
75:19;81:18;104:6
**explanations (1)**
26:2
**express (2)**
21:15;43:19
**expressions (1)**
95:1
**extend (1)**
54:2
**extent (1)**
49:15

**F**

**face (7)**
43:20,20;66:25,25;
67:4,4;104:25
**faces (2)**
108:7;114:3
**fact (3)**
23:21;58:20;60:7
**factor (1)**
24:4
**Fair (3)**
7:19;28:10;60:6
**fake (2)**
50:3;63:25
**false (3)**
7:8;96:4;101:17
**falsification (1)**
45:21
**familiar (3)**
58:18;70:16;74:3
**family (3)**
5:13;11:3,7
**far (10)**
19:23;53:24;68:4;
70:4;73:23;74:19;
77:21;88:16;115:20;
116:8
**fat (1)**
111:19
**father (1)**
5:13
**fault (2)**
26:22,23
**fee (2)**
106:4,10
**feel (3)**

30:5;76:18;114:23
**feeling (1)**
92:10
**female (7)**
55:23;57:6,6,9,12;
58:7,8
**figure (3)**
27:8;53:20;102:13
**figuring (1)**
72:13
**filed (1)**
59:20
**filter (1)**
113:18
**filters (2)**
113:16;114:15
**find (7)**
6:16;26:14;41:2;
79:22;82:24;93:15,16
**fine (2)**
50:18;61:19
**finish (3)**
41:10;67:15;108:19
**finished (1)**
54:2
**fired (1)**
86:25
**First (39)**
5:5;6:20;8:5,8;
15:24;16:12,20;17:6;
31:15;34:4,6;49:5;
53:10;54:3,10,18;
55:9;56:1,2,6;59:19;
60:1;64:10;67:9;
72:11;75:8;77:16;
78:8,9,17;79:12;81:4,
17;82:2,16;83:13;
86:20,21;92:10
**five (3)**
13:25;14:2,20
**fix (1)**
7:15
**force (1)**
30:12
**foreign (1)**
23:20
**forgive (1)**
95:11
**forgot (1)**
27:4
**form (25)**
21:5,12;77:20;
82:10;83:11;85:7,17;
86:19;91:6,17;96:5;
102:25,25;104:13,23;
105:2,8;106:3,14;
107:3,16,23;108:4;
114:1,4
**formats (1)**
108:14
**formed (11)**
18:19,20;21:1,2;
22:10,17;25:6,15,16,

17;26:10
**formulate (1)**
65:25
**formulated (1)**
25:1
**forward (1)**
55:15
**found (1)**
113:15
**foundation (8)**
64:1;74:14;82:5;
83:12;85:8,18,19;
90:9
**four (7)**
12:3,8;41:19,21;
46:24;69:17;77:24
**fourth (1)**
95:17
**fraud (4)**
99:15,24;100:1,7
**free (4)**
44:3,4;53:7;106:7
**freelance (4)**
36:7,9,20;41:17
**freelancer (3)**
41:24;42:5,12
**freelancerru (2)**
42:6,9
**freelancers (4)**
36:4;41:3,9;87:4
**front (6)**
48:24;49:3;52:16;
85:10;95:13;115:13
**frustration (1)**
98:13
**full (5)**
5:3;61:16;63:14
**fully (1)**
50:21
**fun (1)**
69:21
**function (1)**
63:13
**funny (1)**
20:11
**further (2)**
26:2;116:11

**G**

**g-a-i (1)**
5:9
**Galya (16)**
5:16;6:19;11:13;
16:5;31:3;41:25;
43:14;45:2;48:4;76:2;
91:20;96:8;110:23;
112:13;114:7;115:3
**game (1)**
73:2
**games (3)**
71:9;73:7,12
**gave (6)**

17;26:10
17:26:10
**formulate (1)**
21:6;27:6;87:21;
88:3,8;100:16
**general (2)**
25:15;30:10;53:12;
67:1;87:18;94:22;
96:20
**gestures (1)**
96:19
**gets (2)**
37:6,10;114:11
**given (4)**
36:23;84:7,11,22
**gives (1)**
41:15
**giving (4)**
7:2,8;65:5;96:3
**gmail (1)**
80:5
**goes (4)**
109:6,7;111:3,6
**good (3)**
24:16;37:20;70:13
**Google (10)**
41:15;63:13,20;
68:13;103:10,12;
106:9;108:25;112:9,9
**grammar (1)**
62:5
**Groom (1)**
112:2
**group (2)**
78:10,11
**Groups (1)**
38:11
**guess (3)**
13:4;57:15;58:1

**H**

**half (5)**
22:9;61:13,14,16;
94:24
**hand (2)**
63:8;115:5
**Hang (2)**
97:12;101:21
**happen (3)**
31:17;43:2,7
**happened (5)**
67:12;78:23;79:1;
80:20;94:4
**happening (5)**
45:22;66:4;89:19;
93:23;96:21
**happens (1)**
7:18
**harassing (1)**
71:14
**hard (2)**
70:10;88:12
**head (2)**
66:12,23
**hear (22)**

6:16,17,24;10:11,
15,16;16:8;19:22;
39:15;40:9,11;48:3;
68:21,24;70:14;88:6;
91:24;96:10,18;
97:10;107:19;108:10
**heard (1)**
110:7
**help (3)**
40:2;71:6;112:3
**helpful (1)**
76:18
**high (4)**
13:8,9,10,12
**higher (1)**
23:15
**highest (1)**
12:20
**himself (2)**
69:20;70:7
**Hipokrata (4)**
30:20;32:10,12,13
**H-i-p-o-k-r-a-t-a (1)**
31:4
**hire (6)**
36:17;39:2,3;40:6,
15,19
**hired (7)**
35:21;36:3;40:14,
21;41:17;83:5;85:2
**hires (2)**
36:6,9
**hits (1)**
114:24
**hold (1)**
71:1
**holiday (1)**
12:5
**home (9)**
9:9,17,21;10:3;
37:23;38:3;65:5,6,13
**honest (3)**
15:19;30:25;82:12
**Honestly (1)**
100:11
**honesty (1)**
76:11
**host (1)**
42:15
**Hosta (1)**
42:13
**hosted (1)**
93:4
**hosting (4)**
61:8,10;92:5;93:7
**hosts (1)**
61:7
**hour (1)**
22:9
**hours (4)**
26:5,17;52:4;92:4
**house (1)**
9:22,24

**how's (1)**
86:1
**huddle (1)**
96:15
**hundreds (1)**
51:8

**I**

**ICQ (2)**
44:20,20
**ID (1)**
80:3
**idea (3)**
61:21;78:23;114:23
**ideas (1)**
113:7
**identical (4)**
85:5,16;113:25;
114:24
**Igorevich (2)**
5:5,12
**I-g-o-r-e-v-i-c-h (1)**
5:12
**important (6)**
5:18,22;6:19;26:8;
53:18;101:24
**impossible (1)**
113:3
**impression (1)**
103:21
**inaudible (3)**
41:24;74:21;113:4
**incorrect (4)**
34:16;87:25;88:2;
96:6
**incorrectly (3)**
8:7;21:9;25:2
**independent (1)**
21:22
**Indians (1)**
98:19
**indicated (3)**
65:24;77:10,11
**individual (2)**
62:13;109:4
**Industries (1)**
112:17
**inertia (3)**
16:2,6,7
**Ineta (1)**
6:4
**information (16)**
34:15;48:22;49:8;
61:24,25;82:21;
83:14;87:21;88:4,8;
95:25;96:1;105:11;
106:15;110:20;116:8
**INGLE (130)**
9:10,15,18;10:1,11,
19;11:9;15:7,22;
16:14,19,24;17:6;
19:6,13,20;20:2,15;

22:21;23:6,23;27:20;
29:17,22;30:7;31:7,
10;33:8;34:24;36:14;
37:3,13,17,24;39:4,
10,14,19,21;40:13;
41:10;42:20;45:9;
54:6,21;55:24;56:6,9,
23;57:2,13;58:1,9;
59:8,10,21;60:8,14,
22;64:1;65:2,5,10;
67:5;68:7,16,20;69:3;
70:9,25;71:4,14;
73:21;74:14;77:20;
80:11;82:5,10;83:11,
20;85:7,17,21;86:5,
19;90:9;91:6,17,20,
23;94:11,13,17;96:5,
8,14;97:3,9,18,24;
99:25;100:9,14;
101:4,9,20;102:2,25;
104:7,13,23;105:2,8,
15;106:3,14,21;107:3,
16,19,23;108:4,18;
109:20;110:1,18;
114:1,4;116:16;117:6
**initially (1)**
81:8
**insert (1)**
63:14
**inserted (2)**
63:19,22
**installed (1)**
46:9
**instead (1)**
21:25
**instruct (2)**
16:25;81:14
**instructed (5)**
21:5;79:13;92:20;
100:17,19
**instructing (1)**
111:22
**instruction (2)**
19:25;20:3
**instructions (5)**
21:6;93:15,16;
94:23,24
**intentionally (1)**
70:1
**interest (3)**
23:19;62:7;69:8
**interesting (2)**
70:4,7
**internal (2)**
107:10,11
**international (1)**
13:1
**Internet (5)**
44:12;54:18;60:13,
18,20
**interpret (2)**
15:12;20:9
**interpretation (1)**

74:21
**INTERPRETER (97)**
5:7,25;6:7,15;10:2,
5;11:14,16;15:11;
16:3;7:17:1,9,12;18:4,
15;19:22;20:10,13;
22:23;23:2,25;24:9;
25:22;27:15;28:1,21;
31:5,17,20;34:4,6;
35:25;36:8,22;37:1;
38:4,8;39:16;40:9,12;
42:2;7;43:5,15;47:3;
48:25;50:9,20;55:11;
56:4;57:19;59:6,23;
62:3,4;66:22;69:19;
70:6,12,18;71:20;
74:18,24;75:2;76:3;
84:2,9;86:15;87:6;
88:5;90:21;91:8,20,
22;94:1;96:10,17;
97:5,14;98:8;99:9;
100:18;102:21;
104:24;105:3;107:21;
108:6,16;109:24;
110:16;111:15;
112:11,21;114:2;
115:5,9
**Interpreter's (1)**
79:16
**interrupted (1)**
115:9
**into (11)**
6:13;26:18;27:9;
34:2;53:24;57:24;
63:20;77:4,17;96:3;
114:18
**invest (2)**
24:14;28:17
**invested (5)**
24:17,20;27:10
**involved (5)**
24:6;76:23;88:23;
89:17;107:5
**involvement (6)**
35:7,10;47:18;
49:14,22;88:21
**IP (7)**
113:14,20,20,24;
114:11,16;116:13
**IPU (1)**
44:19
**Islands (2)**
19:1;23:8
**issue (5)**
21:12;31:2;102:7,9;
110:13
**issues (2)**
107:10,12
**it! (1)**
112:4
**Ivonne (18)**
54:24;55:2,5,21,23;
57:4,8,11,12;62:25;

63:5,19;70:23,23;
72:1,1,3;90:6

**J**

**January (3)**
94:6;7;95:3
**job (2)**
43:1;106:11
**John (1)**
117:5
**joke (9)**
20:12;45:15,19,21,
21,22;75:24;89:12;
93:1
**judge (1)**
83:22

**K**

**keep (6)**
26:17;28:1;57:8;
97:25;109:18;113:21
**keeping (1)**
10:18
**kept (1)**
18:2
**kill (1)**
64:21
**kind (5)**
40:3;44:11;45:23;
49:19;54:8
**Kingdom (1)**
98:20
**knew (1)**
116:25
**knowingly (1)**
7:8
**knowledge (7)**
58:3;74:10;80:13;
85:14;109:23,25;
110:3
**knows (3)**
19:17;71:10;86:6
**Kudriavtsev (2)**
5:5,14

**L**

**language (5)**
8:5,6,9;69:10;98:10
**languages (1)**
8:3
**last (15)**
5:14;11:13;17:14;
34:5,7;40:20;41:6,16;
54:25;55:10;65:21;
73:19;78:8,17;115:4
**later (9)**
6:13;26:7;41:20,22;
72:13;86:20,21;
90:12;113:15
**Latvia (18)**

7:21,23;8:20,25;
9:2,4,7;12:14,19;13:2,
9;19:2;30:3,16,21;
87:17;96:21;111:11
**Latvian (11)**
8:4,10,14,16;13:5;
20:9,10,13;77:17;
100:4
**laughing (2)**
15:17;45:15
**launched (2)**
59:24;82:16
**Laura (1)**
89:12
**Lavi (1)**
112:17
**law (7)**
16:2,4,12,20;17:6;
26:15,16
**lawsuit (9)**
59:19;24;60:2;
75:23,25;76:4;86:20,
21;97:22
**lawsuits (1)**
89:17
**lawyer (6)**
16:22;56:14;57:20;
72:12,17;99:21
**lead (1)**
105:21
**Leanne's (1)**
112:2
**learned (3)**
8:6,8;86:20
**least (2)**
70:11;77:24
**leave (2)**
66:6;82:19
**legal (8)**
19:6,14;20:4;50:23;
64:13;73:19;99:25;
101:14
**legislation (2)**
100:4,5
**less (2)**
76:14;89:15
**letters (2)**
33:22,22
**level (1)**
12:20
**liability (1)**
7:7
**lie (2)**
100:23;101:2
**life (6)**
78:4,5,9,14,23;79:1
**likely (8)**
22:3;38:13;63:21,
22,23,25;84:7;94:20
**limited (9)**
19:3,9;34:16,19;
74:4,7,9;75:7,9
**line (3)**

27:10;65:10;68:13
**lines (2)**
56:20,22
**link (1)**
106:9
**liquidmetalstechcom (1)**
79:6
**list (3)**
14:5;27:6;35:19
**little (9)**
8:4,9,10,18;15:17;
27:23,25;88:23;116:1
**live (9)**
9:2,4,11,25;11:4;
31:8,11;97:20,23
**lived (9)**
8:19,25;9:5;11:20,
22,23,24;12:13,16
**lives (1)**
23:21
**located (3)**
18:25;34:22;93:9
**location (1)**
13:23
**lodge (2)**
15:7;58:9
**lodged (1)**
10:19
**lodging (1)**
55:24
**loft (5)**
9:23,24;10:2,3,4
**L-o-f-t (1)**
10:5
**long (8)**
9:5;26:4,15;38:16,
19;61:20;62:21;66:3
**longer (2)**
10:24;26:5
**look (32)**
10:21;13:19;37:21;
45:16;49:5;52:15;
56:9;63:12;64:4;
67:18;77:6,18;78:18;
79:5,9,12,24;89:5,8;
90:13;91:25;92:11;
93:11,18;95:10;
98:23;99:10;111:18,
19,20;112:15;114:20
**looking (11)**
34:14;38:6;77:7;
78:19;79:10;89:9;
92:9;93:12,19;98:24;
112:24
**looks (4)**
78:1;79:11,13;
113:3
**lost (1)**
103:14
**lot (3)**
10:2,3;78:25
**lots (1)**
64:20

**loud (2)**
96:13;112:25
**love (1)**
87:10
**lower (1)**
23:16
**LTD (2)**
14:15;19:3
**luck (1)**
37:20
**lunchtime (1)**
102:8

## M

**made-up (1)**
50:3
**mail (5)**
63:15;65:24;66:7;
90:22,22
**Mainly (1)**
91:10
**majority (3)**
98:11,16;113:16
**makes (6)**
21:8;28:20;29:10;
47:20;49:25;53:15
**making (6)**
20:12;48:16;69:21;
83:14;110:3;114:3
**male (2)**
57:11;58:7
**manner (1)**
25:4
**manually (3)**
115:2,5,14
**many (25)**
9:13,20;17:13,19;
33:25;36:12;46:22,
23;51:19;52:6,11;
78:23;87:14;89:2,2;
113:24;114:5,6,6,6,
10;115:21,22,22,24
**Maria (27)**
16:4;18:16;28:1;
31:18;38:4;47:3;
48:25;50:20;52:7,21;
61:5,25;66:22;75:8,8,
24;76:4;93:1;97:18;
98:2;99:9;103:22;
105:3;109:21;111:15;
112:5,21
**Mark (24)**
64:10,12,18;67:5,7;
72:23;73:15,20;
79:14;80:1,18;81:1;
93:22;95:19;99:13,
19,24;100:12;105:13,
15;106:19;109:21;
110:2;115:13
**marked (3)**
49:5;55:14;106:21
**master's (1)**

12:22
**match (1)**
78:9
**mathematics (3)**
12:22;15:24,25
**matter (1)**
34:9
**may (3)**
47:12;63:16;91:12
**maybe (19)**
13:25;15:17;20:13;
41:20;48:2,5,6;51:7;
54:16,17;66:5;68:13;
78:2;89:20;95:1;
96:13;111:6;115:21,
21
**mean (42)**
9:21,21,22,22,23,
24;10:16;13:22,22;
14:16;17:17;18:3,13,
21,22;19:5;21:10,21;
22:6;29:12,14;33:1;
40:3;44:2;47:16;48:9;
58:22,25;63:6,8;
66:19,20;70:22,24;
77:1,12;81:25;83:16,
19;86:15;98:8;114:5
**meaning (1)**
43:9
**means (4)**
22:16;33:4;48:7;
90:22
**meant (6)**
11:10;32:20;78:13;
87:7;91:9;95:24
**Medical (1)**
115:13
**Mediolex (30)**
14:14;17:23;18:9,
19,19;19:3;20:24,25;
21:1,13,24;15,20;
25:16,17;28:17,19;
29:10,15;30:16;
34:16,19;61:11;
75:15;77:1;91:16,18;
109:7;111:5;113:1;
116:19
**Mediolex's (3)**
30:3;62:12,13
**meet (4)**
40:24;43:20;46:17,
18
**member (2)**
23:14;95:1
**memory (2)**
15:5;92:1
**mental (1)**
15:1
**mentioned (6)**
11:6;15:15,25;
17:21;41:23;43:22
**merely (1)**
20:3

**message (1)**
78:21;90:22
**messages (2)**
82:19;104:25
**method (1)**
44:19
**methods (2)**
43:25;44:1
**Michelle (6)**
70:17,20,24;71:19,
22;72:9
**microphone (5)**
19:23;96:11,16;
103:14;105:4
**middle (1)**
79:17
**might (6)**
35:19;37:5;76:15;
90:7;113:11;116:5
**mind (5)**
6:9,18;48:20;72:2;
110:22
**minded (1)**
110:19
**mine (3)**
23:16,16;48:10
**minutes (2)**
10:8;22:9
**misdated (1)**
70:1
**missed (3)**
11:13;75:1;115:8
**misstates (2)**
22:21,25
**mistaken (4)**
12:10;19:2;73:25;
89:24
**misunderstand (1)**
52:25
**misunderstood (2)**
31:24;54:16
**mixed (2)**
89:13,18
**mixing (1)**
32:18
**mixup (1)**
89:21
**Mobile (1)**
112:2
**mockery (2)**
75:23;76:5
**moment (2)**
9:3;11:10,16
**money (37)**
24:6,7,10,11,14,20;
27:10;28:17,19,20,
25;29:10,11,16,21,23;
44:5,22;45:24;46:1,6;
54:13;75:24;76:5;
102:15,17,22,24;
104:22;105:7,19;
106:2;107:14;108:13,
20;111:3

**monitor (4)**
38:1;43:1,7;44:17
**monitors (4)**
44:25;45:1,5,6
**month (1)**
60:5
**months (2)**
41:19,22
**mood (2)**
9:12;11:6
**more (22)**
14:9,22;16:10;
22:16;26:8;27:12;
44:12;48:11;62:8;
63:24;67:11,16;70:4,
7;76:19;86:8;88:13;
89:15;96:13;115:21;
116:1,2
**Moscow (1)**
12:16
**most (8)**
12:2;22:3;34:7;
38:13;63:21,22,23;
84:6
**Motion (1)**
99:1
**move (5)**
71:9;77:3,4;94:17;
98:22
**much (9)**
24:18;28:2;44:15;
66:5;76:21;87:11;
88:13;96:15;99:20
**musical (1)**
78:10
**must (2)**
74:18;88:12
**myself (4)**
11:10,17;26:14;
84:18

**N**

**name (149)**
5:3,6,11,12,13,14;
12:25;13:1,10,14,24;
14:21,23;19:10;27:2;
32:23;33:7,11,24;
34:4,5,6,7;35:9;38:17,
17;40:23;42:1,4,14;
45:25;46:1,2,3;49:11,
14,18;50:3,3,4,5,7,11,
14,15,16,23;51:5,6,
12,13;53:10,21;54:14,
25;55:3,4,6,7,10,23;
56:18;57:6,9,11,12;
58:5,7,7,8;61:9;63:2,
3,17,19,24,24,25;
64:10,13,15,16,19;
67:3,7;70:17,22;
71:10,19,21,25;72:3,
5,6,7,8;73:2,3,14,19,
19;74:9,13;75:6,10,

12,12,14;77:9,10,12,
19,22,23,25;78:1,4,8,
9,11,21;79:3,6,14,20,
21,25;80:6,9,18,23;
81:1;86:14,15,16,17,
23;87:15;90:6,8,12;
93:21;96:4;100:7;
101:17;111:12,14;
114:25;115:12
**named (2)**
54:23;88:15
**names (30)**
14:6,7,11,12;15:5,
5;41:1;43:21,22,23;
46:19,21;48:21;
57:11;72:22;73:4,8,
17,24;78:17;109:11;
116:13,19,21,23,24,
25;117:1,2,3
**narrow (1)**
27:12
**near (1)**
96:11
**necessary (3)**
10:24;13:20;68:1
**need (31)**
5:16;8:22;18:15;
21:12;22:11;25:13;
31:7,11;36:16;39:1;
40:6;41:5;42:2;43:3;
48:8;53:7;55:9;56:9;
61:3,23;68:5;74:18;
80:6;91:21;94:13;
96:11;100:20;101:19;
113:6;116:5,7
**needed (4)**
41:9,19;113:7,9
**neither (3)**
11:1;56:14;85:22
**Network (1)**
34:15
**Networking (1)**
74:6
**Networks (4)**
74:4,9;75:6;93:20
**newborn (1)**
95:4
**News (4)**
38:3,8;40:5,5
**Next (1)**
20:9
**nic (3)**
50:11,11,17
**nice (2)**
75:20;110:14
**nics (1)**
117:3
**Nobody (3)**
21:6;30:12;37:6
**nod (1)**
66:22
**nominal (2)**
22:2;27:13

**nonresponsive (1)**
94:18
**nor (1)**
56:14
**note (1)**
70:9
**noted (1)**
83:15
**notice (1)**
115:1
**noticed (1)**
15:16
**notices (1)**
92:4
**notification (1)**
60:7
**nowhere (1)**
105:21
**number (16)**
13:11,12,13,15,16;
20:22;38:4;52:21;
59:15;62:7;65:1,6,8,
15,18;98:15

**O**

**oath (3)**
22:5;56:25;101:17
**object (14)**
17:2;19:16;39:11,
15;60:23;91:21,22;
104:25;106:14;
107:23;108:6,19;
109:21;114:2
**objected (4)**
19:17,23;20:3;
39:18
**objecting (2)**
108:17;114:4
**Objection (66)**
9:10,15,18;10:1,19;
11:9;15:7;16:14,19,
22;19:6,11,16;22:21,
23;23:6;29:17,22;
31:10;33:8;36:14;
37:13,24;39:4,10,22,
23;42:20;45:9;54:6,
21;55:24;58:10;
59:21;60:8,14,22,23;
61:2,3;64:1;65:2;
68:16,20;69:3;71:14;
73:21;74:14;80:11;
82:5;83:11,20;85:7,
17,20;96:18;99:25;
100:9,14,16;102:25;
104:7;105:2,9;
107:20;110:17
**objections (5)**
83:18,23;94:13;
96:9;105:12
**Obviously (1)**
40:18
**occur (1)**

66:3
**occurred (2)**
62:2;79:23
**off (15)**
28:4,5;39:20;55:11,
12;62:24;64:5,6;
70:15;93:21;102:4,5;
108:25,25;117:8
**offer (2)**
30:8;61:13,14
**office (7)**
9:23;32:17,19;52:1,
2,3,17
**official (2)**
73:14,17
**offshore (2)**
21:3;22:10
**often (1)**
61:12
**once (4)**
17:8;45:14;61:15;
66:10
**one (38)**
14:21,23;17:23;
22:16;27:7;28:8,24;
38:21;43:12,16;
44:12;51:2;57:5;62:7;
67:4,13;74:8;76:21;
84:7,8,11,22,24;
85:22;86:12;90:2;
92:17;93:9;94:22;
101:19;103:4,20;
104:9,20;105:5;
113:11,23;116:17
**ones (3)**
46:3;83:8,9
**only (23)**
5:23;6:3,20;11:17;
14:21,23;25:9;35:10,
11;43:22;45:1;54:14;
56:17;57:13;58:2;
59:14;65:24;76:13,
23;78:9;109:12;
114:24;117:6
**open (1)**
107:18
**operate (5)**
33:2,5,5;47:14,16
**operates (1)**
87:13
**operating (1)**
98:14
**opinion (4)**
52:11;100:6,10;
115:23
**opportunity (3)**
56:16,17;58:13
**optimization (4)**
82:7,15,22;83:3
**optimize (1)**
82:8
**Optinet (1)**
111:13

**order (4)**
24:7;109:18,22;
110:3
**original (4)**
8:6;84:4;85:4,23
**originally (2)**
51:4;83:9
**others (5)**
14:18;48:1,7;76:24;
107:9
**out (14)**
6:16;26:14;27:8;
53:20;72:13;79:22;
88:13;92:2,7;93:4,16,
16;95:6;112:25
**outside (3)**
35:21,23;92:18
**over (6)**
37:19;45:12;54:20;
59:25;108:23;109:4
**overhears (1)**
110:23
**own (6)**
9:17;17:16,18;21:7;
22:19;23:4;79:6;
88:19,24;96:23;100:8
**owned (1)**
77:19
**owner (10)**
14:10;18:12,13;
21:25;22:6,16,18;
27:13,13;81:20
**owners (1)**
18:8
**ownership (1)**
23:18
**owns (2)**
11:3,7

**P**

**packet (1)**
59:11
**page (12)**
37:23;38:2;58:6;
67:21;79:11,12,24;
92:1;95:17;99:4;
112:1;114:20
**pages (1)**
67:20
**paid (10)**
46:14;53:13,17,18;
61:18,20;62:13;
102:10,14;104:19
**paid-for (1)**
107:18
**paper (2)**
71:1;88:25
**papers (6)**
17:25;18:3,5,5,6,
21;19:1;117:1
**parents (2)**
11:8

**part (6)**
6:24;23:10;67:5,6;
88:24;112:16
**partial (1)**
14:10
**Partially (1)**
20:20
**particular (3)**
51:9;53:14;111:24
**part-owner (1)**
99:13
**passport (2)**
6:5;77:11
**past (3)**
32:8;58:11;77:3
**Pause (5)**
10:10;47:7;111:17;
112:14,22
**pay (18)**
43:24;44:22;45:25;
46:3,11,18;52:1,17;
53:1,4,8,9;61:16;
96:19;107:2;108:1,
13,24
**payable (1)**
108:3
**paycheck (4)**
36:21,23,24;37:1
**paychecks (1)**
37:6
**paying (1)**
66:5
**payment (8)**
29:18,19;37:9,10;
45:24;46:1,9;108:3
**PayPal (3)**
108:15;109:2,3
**pays (3)**
61:10;62:12;111:3
**pen (7)**
64:15,16,18;67:3;
72:22;73:2,8
**penalty (1)**
95:23
**pending (3)**
30:9;47:8;94:18
**people (24)**
15:6;35:19,21,22,
23;36:3,4,7,10,12,20,
20;37:11,14;43:23;
65:8;87:10,10;91:15;
98:12,20;108:10;
117:2,3
**percent (2)**
104:8,9
**percentage (2)**
20:16,21
**performance (1)**
45:23
**perhaps (1)**
21:11
**period (1)**
8:22

**perjure (1)**
100:24
**perjury (1)**
95:23
**person (26)**
6:21;23:17;36:18;
38:14;40:2,21;47:20;
50:19,22,24;51:4;
62:14,15;66:18,19;
67:4;75:20;78:2,3,5,
9;86:25;88:14;90:7;
100:13;106:6
**personal (4)**
58:3;65:10;67:7;
83:14
**personally (8)**
51:1;58:25;81:11,
20;83:2;92:7;113:4,5
**personnel (3)**
91:11;94:23;95:1
**persons (5)**
46:13;76:25;91:12;
92:6;113:12
**person's (1)**
86:15
**phone (15)**
44:18;64:25;65:1,6,
7,13,13,15,17,19,23;
66:2,9;67:14;79:16
**phones (2)**
66:13;116:9
**phonetic (1)**
70:17
**photo (1)**
42:24
**Photos (1)**
38:11
**physical (4)**
15:1;43:19;67:10;
74:6
**physically (2)**
18:23,25
**physics (5)**
12:23;15:21,24;
16:13,20
**picture (1)**
42:18
**piece (2)**
71:1;107:25
**pile (1)**
55:14
**place (6)**
12:13;13:23;18:21,
22;29:25;30:1
**placed (1)**
103:7
**Plaintiff (6)**
58:10;63:17;83:21;
99:7,12;110:1
**plan (1)**
60:24
**planning (1)**
26:4

**Plano (1)**
93:4
**played (1)**
73:6
**playing (2)**
54:17;71:9
**pleasant (1)**
88:14
**please (46)**
5:3;6:21;10:9,25;
11:12;14:5;15:13;
19:16,24,25;24:9;
28:2,2,8,23;32:25;
33:4,12;34:1;40:8,10,
16;41:25;55:15;56:5,
11,22;57:23;59:24;
61:5;64:4;71:11;
74:15;76:25;78:18;
79:25;88:3;89:5,8;
91:2;98:23;107:4;
108:7,7;111:19,25
**ploy (2)**
99:7,11
**plural (2)**
43:16,18
**pm (7)**
95:9,9;101:23,23;
110:24,24;117:9
**PO (3)**
51:15;52:22;53:2
**point (7)**
11:2;46:13;62:22;
68:14;76:14;102:10;
111:2
**pointed (1)**
76:19
**populate (1)**
81:8
**portion (1)**
106:19
**position (5)**
22:2;23:13,15;
110:5;112:23
**possible (10)**
29:6,7;51:17;54:1;
89:17;93:8,15;94:12,
12;113:23
**possibly (5)**
12:4;27:11;59:16;
103:10;113:11
**post (9)**
42:17;52:1,2,3,17;
82:3;98:12;111:23;
114:11
**posted (5)**
42:19;81:5;82:25;
103:2;113:24
**posting (2)**
105:6;108:25
**postings (2)**
81:22;104:21
**posts (11)**
105:7,19;113:17,

**precise (1)**
116:2
**prepared (1)**
27:2
**preposterous (3)**
99:8,12,19
**presence (1)**
43:19
**present (2)**
9:3;52:11
**pretty (1)**
98:4
**prevent (1)**
15:2
**previous (3)**
56:14;97:11;99:20
**private (4)**
52:22,23;53:4,7
**privilege (5)**
100:15,23,25;
101:1;110:23
**privileged (4)**
69:7;101:14,17,18
**Probably (33)**
14:22;18:1;19:23;
24:21,23;38:23;
41:24;46:20;49:23,
24;54:22;56:6;59:2;
68:1;80:7,12;82:18,
20;90:19,20;92:13;
93:16;94:8,24;95:2;
96:11;103:13;104:8,
9,18;106:10;113:7,12
**problem (7)**
6:7;15:2;27:22;
30:13;61:2;96:17;
98:6
**problems (1)**
15:4
**proceedings (7)**
7:17;10:10;47:7;
111:17;112:14,22;
117:9
**profiles (1)**
114:19
**profit (1)**
28:22
**programmed (2)**
38:14,15
**programmer (6)**
38:13,23,24,25;
40:22;41:17
**programmers (2)**
40:25;41:2
**programming (1)**
40:21
**Prolane (2)**
88:15,18
**pronounce (2)**
71:21;73:19
**pronouncing (1)**

17,24;114:10,13,14;
115:21,21;116:3

**properties (1)**
11:3
**property (2)**
96:24;107:25
**proprietary (2)**
105:11;106:15
**protection (1)**
110:21
**protective (1)**
109:18
**provide (9)**
24:11;36:12;42:11;
51:17;104:19;105:25;
106:2;116:7,13
**provided (2)**
56:14;105:6
**provider (7)**
60:13,15,16,18,21;
61:6;92:5
**provides (2)**
104:1,21
**providing (1)**
105:22
**public (4)**
107:12;109:23,25;
110:3
**published (1)**
42:24
**pull (1)**
101:19
**purpose (3)**
50:21;83:16;113:12
**purposely (1)**
58:10
**purposes (1)**
107:14
**put (14)**
20:21,21;22:4;24:7,
10;25:23;56:25;64:8;
67:19;81:7,21;95:2;
100:7;101:16
**putting (1)**
96:3

**Q**

**quick (1)**
34:24
**quicker (1)**
76:12
**quickly (2)**
42:3;76:7
**quite (1)**
99:22

**R**

**raises (2)**
99:7,12
**random (1)**
74:5
**rather (2)**

29:2;67:12
**rattling (1)**
  95:11
**reach (2)**
  46:15;95:6
**read (30)**
  7:16;8:11,13,14,15,
  17;39:13;51:10,18;
  56:11,16,17,19,21;
  57:3;58:13;67:24;
  68:2,3;71:7,17;75:4;
  86:8;97:4,13;99:4,9;
  112:25;114:8,9
**reading (2)**
  90:10;94:19
**ready (3)**
  7:12;82:25;93:2
**real (9)**
  11:3;50:19,23;
  63:24,24;64:13;
  100:13;117:2,3
**realize (1)**
  113:8
**really (3)**
  25:13;75:11;105:21
**reason (1)**
  6:3
**reasons (3)**
  75:11,11;76:21
**recall (3)**
  91:4;92:4;111:22
**receive (3)**
  44:7;66:8;108:20
**received (7)**
  58:24;59:5,9;65:12,
  21;66:17;67:10
**receives (1)**
  28:19
**recently (1)**
  12:2
**reception (1)**
  96:12
**recognize (11)**
  30:20,22,25;31:13,
  14,16,22,25;32:4,6;
  58:7
**recollect (2)**
  13:19;16:9
**recollecting (1)**
  92:14
**recollection (5)**
  51:11;80:17,25;
  81:2;93:13
**record (26)**
  5:4;28:4,5,6;39:20;
  40:18;45:13;55:5,11,
  12;58:10,15;61:4;
  62:24;66:17;70:9,15;
  71:17;83:21;96:24;
  100:22;101:10;102:4,
  5;111:1;117:8
**recorded (2)**
  58:14;83:18

**referring (2)**
  59:8;85:21
**reflected (1)**
  52:18
**reflection (1)**
  79:23
**refusal (1)**
  110:15
**refuse (2)**
  110:5,9
**refusing (2)**
  29:4;109:14
**regarding (1)**
  93:17
**register (1)**
  75:10
**registered (16)**
  13:25;18:23;23:9;
  24:22;50:4;51:5,9;
  53:13;74:9,13;75:6;
  77:22;80:10;83:15;
  88:18;111:10
**registering (1)**
  51:12
**registers (1)**
  53:5
**registrant (7)**
  33:11;34:16;78:1;
  79:14,25;80:18,25
**registration (9)**
  27:2;35:9;49:23;
  52:22,24;53:4,7,9;
  54:1
**registrator (1)**
  33:13
**regularly (3)**
  66:4;67:13;93:8
**regulates (1)**
  26:15
**reject (1)**
  75:12
**relate (3)**
  35:12,14;107:17
**Related (3)**
  67:2;108:2;111:4
**relates (1)**
  67:7
**relation (1)**
  49:16
**relationship (2)**
  49:13,17
**relationships (1)**
  49:20
**relaxation (2)**
  12:7,11
**remains (1)**
  52:22
**remember (65)**
  13:11,17;14:6,7,10,
  12,18,21,23;17:13,14;
  24:19;31:20;38:17,
  20;41:8,18;42:4;
  49:24;51:8,14;53:5,6,

13,25;59:16;60:4;
61:8;62:22;63:18;
65:16,17,19,23;66:14;
68:14;69:13,23,23,25;
70:3;73:6,13,23,24;
75:11;77:23;79:2,4;
80:6,20,23;81:3;
84:25;89:15;90:16,
17;93:23;95:8;101:6;
102:13,14;116:8,20,
20
**remembering (1)**
  15:2
**removal (1)**
  104:21
**remove (1)**
  106:9
**removed (2)**
  42:25;106:7
**Removing (2)**
  105:7,19
**repeat (28)**
  5:23;6:17;11:12;
  16:3;17:3;20:8;23:2;
  24:9;40:8,10,13,16;
  41:25;43:3,13,23;
  48:25;68:22;69:1,3;
  71:24;76:1;78:6;
  82:12;84:8;91:2;
  111:25;115:3
**repeated (1)**
  56:1
**replaced (1)**
  90:12
**Reply (2)**
  99:1,4
**Report (5)**
  85:6,25;92:21;93:7;
  95:7
**reporter (5)**
  5:19;51:10;97:12,
  14;114:9
**represented (1)**
  99:18
**requests (1)**
  56:1
**requirement (1)**
  58:11
**reside (1)**
  23:22
**residence (4)**
  9:9;87:20,22;88:1
**resident (1)**
  23:17
**resides (2)**
  23:21;24:3
**resolve (1)**
  61:2
**resolved (2)**
  76:15;106:5
**respect (2)**
  7:7;76:3
**respond (1)**

37:14
**Response (1)**
  99:1
**responsible (1)**
  18:10
**rest (2)**
  12:7,11
**revenue (4)**
  103:4;104:11;
  105:19;106:13
**review (3)**
  7:11;34:22;61:23
**reviewed (1)**
  18:6
**Riga (5)**
  7:25;13:6,7;30:21;
  87:17
**right (26)**
  10:12;11:15;16:9;
  20:15;26:19;28:14,
  16;29:15;30:23;32:1;
  33:13,15;40:1;53:16;
  58:20;61:17,20;
  84:20;88:10;89:20;
  90:5,23;97:23;98:18;
  100:17;110:1
**right-hand (2)**
  49:6;111:20
**ringing (1)**
  79:16
**Ripoff (5)**
  85:6,25;92:21;93:7;
  95:6
**ripoffcom (1)**
  81:22
**ripoffreportcom (2)**
  81:10,21
**Ritenger (5)**
  70:17,20;71:19,22;
  72:10
**Rogal (1)**
  89:12
**room (1)**
  96:13
**RU (1)**
  42:5
**rule (1)**
  83:23
**Russia (1)**
  117:4
**Russian (27)**
  5:13;8:4,10,12,13,
  15;13:4;33:22,24;
  34:1,8;41:8,24;50:9;
  55:2,6;57:24;62:2;
  68:15,18;69:2,12;
  77:15,17;94:25;
  97:16;98:2

## S

**safety (1)**
  67:8

**salary (5)**
  36:24;37:2,7,8,9
**Same (18)**
  23:6;36:25;37:1,3,
  4;48:13,15;86:1,2;
  90:7;96:12;100:9;
  108:11;113:10,17,21,
  24;114:11
**sample (1)**
  113:11
**saw (1)**
  86:22
**saying (19)**
  13:13;20:12;39:14;
  42:8,14,14;44:21;
  57:19;59:11;62:4;
  70:11;71:23;78:7;
  79:2;81:24;93:21;
  97:2,6;108:9
**school (7)**
  12:18,19,24;13:8,9,
  10,12
**Schultz (16)**
  64:10,12,18;67:7;
  72:23;73:15,20;
  79:15;80:1,18;81:1;
  95:19;99:13,19,24;
  100:13
**scratch (1)**
  34:3
**screen (2)**
  74:19;88:6
**Search (2)**
  82:7,15;83:2
**season (1)**
  11:5
**second (16)**
  5:11,12;6:24;23:7;
  47:6;62:21,23;67:21;
  79:11,24;82:23;
  83:25;92:1;101:9;
  111:15;112:21
**seconds (1)**
  13:19
**secret (9)**
  105:10;106:15,22,
  24,25;107:2,8;
  109:10;110:21
**section (1)**
  105:16
**seeing (1)**
  92:10
**seek (1)**
  110:2
**seems (3)**
  57:10;94:9;98:14
**seldom (1)**
  104:19
**select (3)**
  52:8;53:16;112:9
**selected (1)**
  27:7
**send (6)**

29:15;72:11,16;
92:7;95:2;107:14
**sending (2)**
92:2;93:13
**sense (6)**
21:8,10;26:2;49:25;
53:15,16
**sensitive (1)**
105:20
**sent (1)**
58:23
**sentence (2)**
18:16;28:9
**sentences (1)**
99:5
**S-e-r-g-e-i (1)**
5:9
**Serguei (61)**
5:5,6,8;6:10,12;
7:16;11:19;15:16,20;
16:24;19:17;20:3,16;
22:4;23:3;26:11,20;
27:21;28:7;30:10;
31:7,10;35:4;39:21,
23,25;40:20;42:8,17;
45:14;47:17;53:20;
55:5;56:7,9,15;57:13;
58:1,5,12,16;59:18;
60:24;62:8,17,25;
63:2;70:16;72:18;
73:18;74:18;76:11;
87:16;90:24;91:25;
93:3;94:19;98:6;
108:24;111:2;116:17
**Serguie (1)**
5:10
**serious (2)**
57:2;99:16
**server (2)**
29:18,19
**servers (2)**
93:9,10
**service (14)**
60:13,15,16,18,21;
61:5;62:19;85:24,25;
103:8,18;107:2;
108:2;111:4
**services (9)**
36:12;42:11;
104:18,20;105:5,22,
24;106:1;107:18
**set (4)**
21:16;24:6;25:4,12
**setting (2)**
21:3,21
**seven (4)**
11:3;17:21;26:17;
52:4
**several (11)**
9:19;12:1;32:13;
46:2;51:8;64:23;66:1;
92:19;113:12,16;
114:24

**sex (1)**
42:18
**Seychelles (3)**
19:1;23:8,18
**sharing (1)**
75:21
**shelf (15)**
25:18,19,20,21,22,
22,23,23,24;26:1,3,9,
12,24;27:1
**shell (1)**
25:21
**ship (1)**
60:10
**short (5)**
35:1;36:4;75:8;
89:15;101:22
**shorter (1)**
18:16
**show (3)**
55:13;71:20;74:11
**shown (2)**
51:23;59:15
**shows (1)**
115:14
**side (1)**
49:6
**sign (4)**
63:5,6;69:15;95:15
**signature (4)**
63:14,20;67:21,23
**signatures (1)**
90:10
**signed (11)**
55:20;63:8;67:25;
68:6,11;69:15,17,24;
70:2;95:16,19
**silly (1)**
42:21
**simply (4)**
53:1;69:9;75:22;
99:22
**Sincerely (1)**
55:20
**singer (1)**
78:11
**singular (1)**
43:16
**sit (2)**
47:6;60:10
**site (22)**
10:17;35:24;36:1;
39:1;41:6,8,24,25;
42:5;50:5;61:18;62:1,
1;73:2;81:20;82:4,20,
24;98:16;107:18;
112:10;113:22
**Sites (7)**
41:3,4;47:12,13;
48:11;73:1;82:19
**sitting (2)**
75:21;96:7
**situation (9)**

18:14;20:8;22:13;
29:23;35:18;63:11;
75:19;89:16;106:5
**six (6)**
11:3;13:25;14:2,20;
17:21;67:20
**skills (1)**
39:8
**Skype (5)**
44:18;50:5,7,12,14
**small (2)**
106:4,10
**Smerla (2)**
87:17;88:17
**S-m-e-r-l-a (1)**
87:17
**smiling (2)**
15:17;93:2
**so-called (1)**
25:18
**soft (1)**
34:8
**Solutions (1)**
34:15
**somebody (22)**
36:17;38:16;39:2,5,
6,7,8;40:7,14,15;
42:25,25;53:22,25;
66:20;78:14;86:24;
89:18;101:11,19;
114:11;117:3
**somehow (1)**
100:5
**someone (5)**
40:19;42:17;54:23;
83:5;108:24
**sometimes (8)**
53:6,7;89:19;
104:19;108:10;111:6;
117:2,3
**somewhere (3)**
30:4,16,17
**son's (1)**
94:5
**sorry (10)**
11:15;27:5;41:13;
43:13;48:3;73:18;
74:25;91:24;103:23;
111:16
**sort (2)**
14:14,16
**sound (1)**
28:13
**sounds (2)**
5:10;72:8
**source (1)**
103:4
**sources (2)**
104:11;106:12
**space (3)**
115:14,18,19
**spam (2)**
113:16,18

**speak (8)**
8:3,8,9;68:15,18;
69:12;98:2;105:3
**specifically (2)**
58:12;113:19
**speculate (1)**
57:16
**spell (5)**
5:7;31:3,9;33:21;
71:5,21
**spelled (4)**
5:8,15;34:11;77:12
**spelling (2)**
6:1;34:8;77:8
**spend (1)**
29:20
**spent (1)**
76:21
**SPETH (207)**
5:2,16;6:3,8,9,19;
7:1;9:13,17,20;10:4,6,
9,18,21;11:12,15,18,
19;15:10,13,16;16:1,
5,12,17;17:4,16;18:7,
8,18;19:18;20:12,16;
22:25;23:3,9;24:5,13;
25:24;27:21;28:4,6,7,
24;29:20;30:15;31:9,
12;33:10;34:5,10,11,
25;35:4;36:6,9;37:4,
7,16,19;38:2,6,10;
39:25;40:10,16,20;
41:12,16,25;42:6,8,
22;43:3,6,13,17;45:2,
7,12;47:5,8;48:3,6;
49:2;50:13,22;54:9,
23;55:13;56:15,25;
57:4;58:5,16;59:7,13,
18,25;60:17,24;62:8,
25;64:2;65:4,7,12;
66:24;67:9;68:10,18,
22;69:1,8,22;70:16,
19,20;71:2,6,8,18,23;
74:1,3,15,22,25;75:3,
5;76:1,10;77:25;
79:17;80:16;82:6,11;
83:17;84:4,8,11;
85:12,19;86:3,10,17,
22;87:12;88:7;90:13,
23,24;91:14,25;94:3,
15,19;95:10;97:1,7,
12,20;98:3,10,11;
99:11;100:2,10,16,20;
101:15,21,24;102:4,6,
20,22;103:1;104:10,
14;105:1,7,13,18;
106:12,19;107:4,22;
108:1,9,12,21,23;
110:4,22,25;111:18;
112:15,23;114:7,10;
115:3,6,11;116:12;
117:8
**spoke (1)**

69:10
**spoken (1)**
69:2
**Stacey (1)**
114:7
**start (10)**
18:18;28:25;34:3;
37:19;45:12;48:16;
59:25;81:12;97:15;
108:23
**started (1)**
114:19
**starts (1)**
93:21
**state (3)**
5:3;75:24;76:5
**statement (7)**
6:13,14;7:2,6,11,11,
17
**States (6)**
11:20,21,22,24;
93:5;98:12
**stay (3)**
26:5,7;52:4
**still (4)**
16:22;27:8;37:15;
110:4
**stop (7)**
5:16;27:20;28:9;
62:4;84:2;96:20;
101:9
**stopped (3)**
41:12;66:1,5
**stops (1)**
28:2
**stores (1)**
46:9
**Stories (3)**
38:3,9;40:5
**straight (2)**
16:10;72:20
**street (2)**
66:20,25
**stressing (1)**
57:8
**stretch (1)**
10:25
**strike (1)**
94:17
**student (1)**
16:11
**subject (5)**
15:24;22:9;92:3;
105:21;110:20
**subjects (2)**
93:6;103:22
**submit (2)**
54:19;112:3
**subpoena (1)**
93:17
**successfully (1)**
115:17
**sued (1)**

89:23
**suffer (1)**
  92:11
**suggested (1)**
  17:6
**suggesting (1)**
  110:12
**suit (2)**
  67:3;77:1
**summarize (1)**
  28:3
**suppose (1)**
  57:5
**supposed (8)**
  16:22;29:7;42:23;
  44:17;46:9;51:24;
  74:22;86:1
**sure (16)**
  13:19;16:7;19:18;
  30:23;31:1;41:18;
  43:2,7;50:20;51:2,9;
  66:16;91:3;100:20;
  102:16;110:6
**surprising (1)**
  65:20
**Switzerland (1)**
  30:18
**sworn (3)**
  6:13;7:6,7
**system (3)**
  44:19;45:24;46:1
**systems (2)**
  44:12,22
**Syverson (6)**
  68:15;69:2;99:6,18;
  100:12;101:5

**T**

**tab (1)**
  40:4
**table (1)**
  64:7
**tabs (1)**
  38:22
**talk (1)**
  10:11
**talking (16)**
  10:13,16;11:17;
  15:14;27:12;37:13;
  46:5;59:13;60:5;65:7;
  71:25;72:15;74:5;
  80:8,8;108:10
**tangentially (1)**
  99:14
**Teach (1)**
  103:24
**telephone (2)**
  64:24;65:22
**telling (6)**
  14:24,25;39:11;
  69:9;80:17;84:21
**terminals (2)**

46:8,10
**terminology (1)**
  48:10
**terms (10)**
  62:19;83:7;84:4,17,
  23;85:4,5,23,24;86:13
**testify (2)**
  68:7;69:4
**testimonial (1)**
  22:12
**testimony (7)**
  7:8;22:22,25;23:4;
  83:22,24;96:23
**Texas (1)**
  93:4
**Thanks (1)**
  91:23
**thermal (1)**
  17:7
**thick (1)**
  95:12
**thinking (2)**
  101:12;104:15
**though (4)**
  40:17;45:3;51:1;
  115:19
**thought (9)**
  20:7;32:2;70:7;
  88:1,14;89:20;91:1;
  92:23;104:17
**threat (2)**
  65:22;66:21
**threaten (1)**
  64:21
**threatened (3)**
  64:22;65:9;67:4
**threats (6)**
  65:13;66:1,6,8,17;
  67:10
**three (8)**
  10:8;12:3,4,8;
  41:19,21;67:11;69:17
**throat (1)**
  112:13
**tight (1)**
  47:6
**times (3)**
  12:1;64:23;92:19
**Tips (3)**
  38:3,10;115:17
**tiring (1)**
  70:8
**today (5)**
  7:3;9:3;20:17;
  38:22,24
**today's (1)**
  7:17
**together (2)**
  67:20;95:2
**told (8)**
  15:23;26:20;31:22;
  39:16,17;63:18;
  75:22;100:18

tons (1)
  62:6
**top (2)**
  38:2;66:12
**trade (8)**
  105:10;106:14,22,
  24,25;107:8;109:10;
  110:20
**traffic (1)**
  82:4
**transcript (3)**
  67:6;105:16;106:20
**transfer (4)**
  44:8,9,11;109:2
**transferred (2)**
  29:13;53:23
**translate (19)**
  6:20,21;13:4;16:5;
  18:17;19:16;27:16;
  31:6;34:2;36:1;56:5;
  57:24;68:5,11;70:14;
  99:10;103:15;110:17;
  115:7
**translated (2)**
  36:1;100:21
**translation (16)**
  6:6;7:14;11:13;
  21:11;27:22;28:10,
  13;31:2;39:22,23;
  50:21;57:20;68:13,
  14;77:14,17
**translator (9)**
  5:17;19:15;20:18;
  23:24;34:1;39:14;
  70:11;103:14;107:19
**trial (1)**
  83:22
**Tricks (2)**
  38:3,10
**tried (2)**
  42:17;72:11
**true (3)**
  56:8;71:18;109:21
**trusted (1)**
  99:20
**truth (3)**
  14:24,25;31:22
**try (5)**
  23:25;28:11;76:17,
  19;109:22
**trying (9)**
  5:20;6:16;27:8,14;
  53:20;79:22;91:3;
  96:15;108:21
**turned (2)**
  6:13;88:13
**two (13)**
  5:8;10:7;12:3,4,8;
  33:13;46:24;56:20,
  21;85:9,15,22;92:4
**type (2)**
  63:7,16

**U**

**Ultimatum (1)**
  92:3
**unclear (1)**
  45:13
**under (13)**
  22:5;34:19;51:6,12;
  56:25;74:9,13;75:6;
  78:21;95:23;100:7;
  101:16;103:21
**understood (1)**
  20:19
**Unfortunately (3)**
  54:7,13;93:8
**United (7)**
  11:20,21,22,24;
  93:4;98:12,20
**units (1)**
  96:24
**University (1)**
  13:5
**unless (3)**
  16:25;30:11;62:10
**unnecessary (1)**
  48:21
**unprecise (1)**
  36:15
**unrelated (1)**
  47:13
**unresponsive (1)**
  45:4
**up (15)**
  13:19;21:3,16,21;
  24:7,10;25:4,12;
  32:18;54:4;71:1;80:4;
  89:13,18;96:15
**upon (2)**
  100:1;110:8
**use (25)**
  17:10;41:4,21;
  44:23;46:3;58:22;
  64:18;73:2,24;75:12;
  82:25;83:7,21;84:5,
  17,23;85:5,6;86:13;
  90:8;103:12,17;
  114:19;117:2,3
**used (28)**
  17:8;29:13;32:8;
  41:6;45:25;58:20;
  63:24;64:11;67:4;
  68:13;71:10,19;72:7,
  8,22;73:5,8,14,17;
  79:3;90:6,11,15;91:7,
  10,15;113:7;117:4
**user (14)**
  50:14,15,16;54:18;
  73:2,4;79:3;108:13;
  112:20;113:21,23;
  114:19,23;116:13
**users (3)**
  113:11;114:17;

116:8
**uses (2)**
  28:22;104:1
**using (4)**
  29:19;43:25;91:4;
  113:13
**usually (2)**
  6:1;88:11

**V**

**Vacate (1)**
  99:2
**Vasiljev (1)**
  78:12
**vast (2)**
  98:11,16
**Ventures (2)**
  59:20;60:2
**verbal (1)**
  108:9
**verbally (1)**
  108:8
**verbatim (1)**
  18:17
**version (1)**
  106:9
**victim (2)**
  112:2,17
**Videos (1)**
  38:11
**view (1)**
  76:15
**visit (6)**
  11:21,25;12:8,9;
  77:24;82:18
**visited (1)**
  81:6
**visiting (2)**
  98:16;113:21
**visitors (1)**
  98:17
**vocalized (2)**
  66:21,25
**voice (2)**
  65:24;66:6

**W**

**Wainwright (8)**
  54:24;55:1,21;57:4;
  63:1,5,20;90:7
**Wait (13)**
  27:20;28:9;39:21;
  56:5;61:3;83:25;97:9,
  9;102:8;110:16;
  112:21;114:7;115:3
**waited (1)**
  61:1
**waiting (3)**
  57:20;104:17;
  108:18
**waive (1)**

110:23
**wallet (1)**
93:2
**wants (7)**
19:18;35:25;47:3;
70:6;83:17,21;106:8
**warning (1)**
7:7
**waste (4)**
52:13;71:2;75:24;
76:5
**water (1)**
47:6
**way (13)**
5:15;24:5,14;36:2;
44:22;46:11;47:17;
52:14;66:25;77:11;
89:18;95:3;105:22
**ways (5)**
5:8;33:25;66:8,11;
108:13
**web (1)**
46:6
**website (49)**
33:2,9;35:7;37:21;
38:7;40:1,21;41:7,15,
15,21;42:12;43:1,7,9;
47:19;49:24;54:4,11,
14,20;61:7;65:24;
76:23;77:24;81:6,9,
22;82:8;83:1;87:13;
89:23;93:3;97:8;98:7,
13;103:4;104:2,12,
21;105:19;106:1,13;
107:1,25;108:2,13,20;
113:2
**websites (12)**
15:9,14,15;47:14,
21,24;48:12,14;
54:12;89:13;93:6;
103:3
**Welcome (1)**
110:25
**welcomeinbox@gmailcom (2)**
90:14;91:5
**well-known (1)**
33:9
**whatnot (1)**
101:8
**what's (18)**
23:15;26:12,24;
37:8,25;38:8;50:15,
16;51:19,21;54:25;
55:14;68:9;69:6;
83:16;96:21;110:12;
112:5
**whatsoever (2)**
52:12;116:24
**whenever (1)**
67:13
**WhoIs (2)**
34:14;49:8
**whole (4)**

45:20,21;56:21;
61:14
**whose (4)**
26:23;43:1,6;50:22
**widespread (1)**
78:17
**wife (3)**
11:8,11,17
**willing (1)**
111:2
**window (1)**
84:1
**Wire (3)**
44:9;108:15;109:2
**wish (1)**
54:12
**withdraw (1)**
17:4
**withdrawn (3)**
9:6;86:11;105:25
**withheld (1)**
58:10
**without (2)**
40:2;57:20
**witness (15)**
5:19,20,23;10:12;
19:19;27:18;30:13;
56:8,13;58:4;62:3;
71:15;83:25;84:3;
98:1
**woman (4)**
23:7;50:6,8,10
**woman's (1)**
50:5
**wondering (1)**
17:17
**word (3)**
16:6;50:9;115:8
**words (8)**
37:22,23;63:16;
69:15;74:6;104:2;
108:15;115:4
**work (23)**
12:6;13:21,23;14:4,
8,13,17,20;15:3;44:3;
46:22;47:1,2,9,11,12,
12;65:13,15,17;85:2;
102:19;116:19
**worked (1)**
92:2
**working (5)**
14:14;61:19;65:19;
113:1
**works (1)**
111:23
**world (1)**
51:3
**worry (1)**
27:15
**wrappers (1)**
95:11
**write (14)**
8:11,13,14,15,17;

33:24;36:16;55:9;
63:4;70:25;84:15,18,
22;89:13
**writing (3)**
55:9;70:24;72:6
**written (8)**
7:3,6,11,17;37:23;
56:1;99:5;112:25
**wrong (1)**
96:2
**wrote (13)**
37:23;38:12;62:19;
83:7;89:6,25;93:22;
94:8;99:21;112:6,7,
16,19

## X

**Xcentric (4)**
59:19;60:2;86:18;
102:10
**Xcentric's (1)**
86:14

## Y

**Yahoo (6)**
79:14;80:3,9,17,23,
25
**year (16)**
8:1;11:5;12:10;
48:19;60:4;61:13,14,
14,15,16,16;66:5;
80:20,21;114:18,18
**years (8)**
12:3,9;17:13,14;
33:13;67:11;69:18;
77:24
**young (5)**
23:7;50:5,6,7,10

## 0

**0032 (1)**
114:21

## 1

**1 (8)**
49:6;51:20,23;52:3,
15,18;64:5,6
**1:05 (1)**
110:24
**1:15 (1)**
110:24
**1:37 (1)**
117:9
**10 (3)**
89:8;115:21,21
**11 (1)**
26:5
**11:00 (1)**
26:8

**11:09 (1)**
74:2
**11:20 (1)**
74:2
**12 (3)**
17:14;90:14;92:1
**12:19 (1)**
95:9
**12:21 (1)**
95:9
**12:35 (1)**
101:23
**12:43 (1)**
101:23
**13 (1)**
92:11
**14 (1)**
93:11
**15 (3)**
22:9;93:18;94:20
**16 (3)**
95:10,12,15
**17 (2)**
98:23,25
**18 (3)**
111:18;112:1,16
**1981 (1)**
8:2

## 2

**2 (10)**
64:4,9;67:18,19,22;
68:5,11;69:14;72:16;
99:4
**20 (1)**
116:2
**200 (1)**
80:7
**2001 (1)**
12:10
**2005 (1)**
77:22
**2006 (5)**
49:14,18,22;51:5;
53:11
**2007 (2)**
80:19,21
**2008 (2)**
114:14,18
**2009 (6)**
55:17;69:16;78:22;
79:3,13;114:18
**2010 (3)**
93:24;94:6;95:4
**2012 (1)**
80:20
**21st (2)**
94:6;95:3
**24th (1)**
55:17
**2K (1)**
115:13

## 3

**3 (3)**
69:16;77:6,8
**3:00 (1)**
26:21
**30 (1)**
13:18
**3216 (1)**
87:17

## 4

**4 (2)**
77:18;78:8
**4567 (1)**
30:21;31:4
**45-67 (1)**
32:14

## 5

**5 (1)**
78:18
**5:00 (1)**
26:21

## 6

**6 (1)**
79:5
**6/22/2006 (1)**
49:12

## 7

**7 (2)**
79:9,11
**7th (1)**
79:13

## 8

**8 (13)**
55:14,15;56:16;
57:14;58:6;59:13,15;
60:7;63:4,5,12,16;
64:6

## 9

**9 (1)**
89:5
**9:21 (1)**
35:2
**9:31 (1)**
35:2
**90 (1)**
104:8
**99800 (1)**
51:15