**EXHIBIT K**

Case 2:17-cv-01686-DJH   Document 5-16   Filed 05/31/17   Page 2 of 4



Casa Grande Dispatch   Maricopa Monitor   Coolidge Examiner   Eloy Enterprise   Florence Reminder & Blade-Tribune   Arizona City Independent/Edition
San Tan Valley Sentinel   Tri-Valley Dispatch

http://www.pinalcentral.com/casa_grande_dispatch/area_news/missing-arizona-city-mother-son-returned-home/article_79ffc8ca-0317-55a3-b8e3-107df6cf7bf5.html

TOP STORY

# Missing Arizona City mother, son returned home

By TANNER CLINCH Staff Writer   Feb 28, 2017



Amanda Parmar, 34, and 8-year-old Benjamin Parmar on Amanda's Facebook page.

ELOY -- A 34-year-old pregnant woman and her son, reported missing by family members, were returned to their home Sunday by a private investigator who picked them up in Rocky Point, Mexico.

The search for Amanda Parmar, who is five months pregnant, and her 8-year-old son, Benjamin Parmar, began almost a week before when they were last seen in Eloy with a man she had a restraining order against, Juan "Johnny" Rivas.

According to Parmar's family, they were able to reach Rivas via Facebook messenger several days later and he told them he was in Mexico and going to pimp out the two.

The family contacted Pinal County Sheriffs Office officials to try and get an Amber Alert out or have them contact federal authorities.

On Friday, a PCSO spokesperson said that they had evidence that Parmar was in Mexico of her own volition to attend a wedding and did not believe she was in danger or being held against her will.

Amanda's brother, Robert Morris, said he received a Facebook message from his sister on Friday morning saying that Rivas was keeping them at a resort in Rocky Point.

The family tried reaching out to federal authorities, but the Federal Bureau of Investigations, Immigrations and Customs Enforcement and the U.S. Marshall's Office said they would not get involved until contacted by PCSO. As PCSO had no evidence she was being held against her will, federal authorities were not notified.

The family had hired a private investigator who contacted another PI staying in Rocky Point, John Brewington of Paladin investigations, who went and checked out the situation

Morris said he received a call from Parmar later that afternoon saying her and Benjamin and Rivas were at a house neighboring the resort and provided the address so the PI could help.

According to Brewington, he and local police were waiting at the end of the road that lead away from the house when all three drove out in the same car. All three were taken to the local police station for questioning.

Brewington said that Benjamin expressed fear of Rivas while they were being held at the police station, but did not notice any overt signs of physical abuse on the two.

According to Morris, during phone conversations with Benjamin he said that Rivas was punching his mom in the face and cutting her neck

Amanda and Benjamin were eventually released and driven back to their house in Arizona City, Brewington said.

Attempts to contact authorities in Rocky Point to verify this account were unsuccessful.

Brewington, who says he has extensive experience in cases like this, believes that Rivas would be released from custody soon because the principal witness, Amanda, had left town.

When the two returned home, Amanda spoke with PCSO in person. A spokesperson for the sheriffs office said that Parmar told detectives that she went with Rivas to Mexico voluntarily.

Any charges she would like to press during the time she spent with Rivas would need to be reported to authorities in that jurisdiction.

Parmar could not be reached for comment.



PCSO: Missing pregnant woman may be in Mexico for a wedding