**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000
Maria Crimi Speth (012574)
mcs@jaburgwilk.com

**Robbins & Curtin, PLLC**
301 E. Bethany Home Rd., Ste B-100
Phoenix, Arizona 85012
602.285.0100
Joel B. Robbins (011065)
joel@robbinsandcurtin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, an Arizona limited liability company; and Ed Magedson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Ben Smith, in his individual capacity as Sac County Attorney,<br><br>Defendant. | Case No. 2:17-mc-00020-DJH<br><br>**Plaintiffs' Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff, Xcentric Ventures, LLC, in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Xcentric Ventures, LLC's parent company is Creative Business Investment Concepts, Inc., which is not a publicly held corporation.

10297-10297-00101\MCS\DAG\2486737.1

No publicly held corporation is affiliated with Xcentric Ventures, LLC or has a financial interest in the outcome of this case.

DATED this 11th day of April, 2017.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012

**Robbins & Curtin, PLLC**

Joel B. Robbins
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012

*Attorneys for Plaintiffs*

### *Certificate of Service*

I hereby certify that on the 11th day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christopher B. Ingle
Michelle Mozdzen
Ingle Law Firm
111 West Monroe Street
Suite 716
Phoenix, Arizona  85003
cingle@inglelawfirm.net
mmozdzen@inglelawfirm.net
courtdocs@inglelawfirm.net

/s/Debra Gower