1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**INGLE LAW FIRM**
111 West Monroe Street, Suite 716
Phoenix, Arizona 85003
Telephone: (602) 615-8395
Fax: (602) 926-2753
Christopher B. Ingle (Ariz. Bar #025553)
Michelle Mozdzen (Ariz. Bar #028188)
cingle@inglelawfirm.net
mmozdzen@inglelawfirm.net
courtdocs@inglelawfirm.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

XCENTRIC VENTURES, LLC, an
Arizona Limited Liability Company;
and, ED MAGEDSON, Individually,

Plaintiffs,

v.

BEN SMITH, in his individual capacity
and as Sac County Attorney,

Defendant.

No. **CV-17-01686-PHX-DJH**

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH, NOTICE OF FILING EXHIBITS, AND NOTICE OF ERRATA**

*(Assigned to the Hon.
Diane J. Humetewa)*

Non-party Deponent John Brewington ("Brewington"), by and through undersigned counsel, and pursuant to Rule 11(c)(2), *Fed.R.Civ.P.*, hereby notifies the Court that he voluntarily withdraws his Motion to Quash Subpoena to Testify at Deposition ("Motion" Doc. No. 1), Notice of Filing Exhibits (Doc. 5), Notice of Errata (Doc. 6). While the merits of the arguments advanced in these documents are factually and legally sound, the underlying case giving rise to Brewington's Motion has settled.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Plaintiffs voluntarily withdrew the subpoena that formed the basis of the Motion, thereby rendering the Motion moot. There are no motions or other matters pending before the Court. There is no reason for this matter to occupy any more of the Court's valuable time and resources.

Plaintiffs indicated they intend to file a Motion for Sanctions after the date which this Court intends to dismiss this case.  In this particular situation, such an intent is insufficient good cause to keep this matter on the active docket because Brewington has voluntarily withdrawn the subject documents pursuant to the "safe harbor" provision of Rule 11(c)(2), *Fed.R.Civ.P*. The safe harbor provision prohibits a party from moving for sanctions when the opposing party voluntarily withdraws the challenged material within twenty-one days after service of the motion, which is what Brewington is doing here. Since the underlying subpoena has been withdrawn and the Motion is moot, Brewington sees no reason to continue with this case.  He would like to stop incurring legal fees and move on with his life.

Brewington and his attorneys maintain that they have not engaged in any sanctionable conduct. The documents at issue are factually accurate and supported by evidence.  The legal arguments are correct, with numerous citations to supporting rules, statutes, and case law.  The documents were filed for the proper purpose of quashing a subpoena that would have required Brewington to stop work and travel to a different country.  Brewington is withdrawing these documents only to avoid needless motion practice and bring this matter to a close.

For the reasons explained above, Brewington voluntarily withdraws Documents Nos. 1, 5, and 6, and respectfully requests that the Court dismiss this case.

RESPECTFULLY SUBMITTED this 2nd day of August, 2017.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**INGLE LAW FIRM**


By:/s/ *Michelle Mozdzen*
Michelle Mozdzen
Christopher B. Ingle
*Attorneys for non-party*
*John Brewington*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2nd, 2017, I electronically transmitted the

attached document to the Clerk's office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria Crimi Speth
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Email: mcs@jaburgwilk.com
*Attorneys for Plaintiffs*

I emailed a copy of the attached documents plus any exhibits to the

following:

Kristopher Madsen                    Joel Robbins
Stuart Tinley Law Firm, L.L.P.       Robbins & Curtin PLLC
310 W. Kanesville Blvd. Second Floor 301 East Bethany Home Road
Council Bluffs, Iowa 51501           Suite B-100
Email:                               Phoenix, Arizona 85012
Kristopher.Madsen@stuarttinley.com   Email: joel@robbinsandcurtin.com
*Attorneys for Defendant*            *Attorney to be noticed*

Angela Campbell
Dickey & Campbell Law Firm, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, Iowa 50309
Email: Angela@dickeycampbell.com
*Attorney to be noticed*

Dated: August 2nd, 2017

By: /s/ *Michelle Mozdzen*