**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000
Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

**Robbins & Curtin, PLLC**
301 E. Bethany Home Rd., Ste B-100
Phoenix, Arizona 85012
602.285.0100
Joel B. Robbins (011065)
joel@robbinsandcurtin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, an Arizona limited liability company; and Ed Magedson, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Ben Smith, in his individual capacity as Sac County Attorney, <br><br> Defendant. | Case No. 2:17-cv-01686-DJH <br><br> **NOTICE OF LODGING PROPOSED ORDER SEALING DOCS. 1, 5 & 6** |

Plaintiffs Ed Magedson and Xcentric Ventures, LLC give notice that a proposed form of order has been lodged with the Court regarding their Motion to Seal Docs. 1, 5 & 6. (Doc 26). A true and correct copy of the proposed form of order is attached as **Exhibit A**.

DATED this 10th day of August, 2017.

                       **Jaburg & Wilk, P.C.**

                       */s/ Aaron K. Haar*
                       Maria Crimi Speth
                       Aaron K. Haar
                       3200 N. Central Avenue, 20th Floor
                       Phoenix, AZ 85012

**Robbins & Curtin, PLLC**

Joel B. Robbins
301 East Bethany Home Road, Ste B-100
Phoenix, AZ 85012

*Attorneys for Plaintiffs*

*Certificate of Service*

I hereby certify that on this 10th day of August, 2017, I served the above document by email and regular mail on counsel for Non-Party John Brewington at the addresses below:

Christopher B. Ingle
Michelle Mozdzen
Ingle Law Firm
111 West Monroe Street
Suite 716
Phoenix, Arizona 85003
cingle@inglelawfirm.net
mmozdzen@inglelawfirm.net
courtdocs@inglelawfirm.net

/s/ C. Roundtree

# EXHIBIT A

1
2
3
4
5

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, an Arizona limited liability company; and Ed Magedson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Ben Smith, in his individual capacity as Sac County Attorney,<br><br>Defendant. | Case No. 2:17-cv-01686-DJH<br><br>**ORDER RE: MOTION TO SEAL DOCS. 1, 5 & 6** |

The Court has received and reviewed Plaintiffs' Motion to Seal Docs. 1, 5 & 6 (Doc. 26). Upon consideration thereof and good cause appearing,

IT IS ORDERED that the motion (Doc. 26) is GRANTED and the Clerk of Court is directed to seal Docs. 1, 5 & 6.

IT IS FURTHER ORDERED _____.

IT IS FURTHER ORDERED directing the Clerk of Court to enter judgment accordingly.

DATED AND SIGNED ABOVE.