**INGLE LAW FIRM**
111 West Monroe Street, Suite 716
Phoenix, Arizona 85003
Telephone: (602) 615-8395
Fax: (602) 926-2753
Christopher B. Ingle (Ariz. Bar #025553)
Michelle Mozdzen (Ariz. Bar #028188)
cingle@inglelawfirm.net
mmozdzen@inglelawfirm.net
courtdocs@inglelawfirm.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and, ED MAGEDSON, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BEN SMITH, in his individual capacity and as Sac County Attorney,<br><br>Defendant. | No. **CV-17-01686-PHX-DJH**<br><br>**RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO SEAL DOCUMENTS 1, 5, AND 6**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

Non-party Deponent John Brewington ("Brewington"), by and through undersigned counsel, hereby submits his Response in Opposition to Plaintiffs' Motion to Seal Documents 1, 5 and 6. Plaintiffs' Motion contains argument irrelevant to the legal standard for sealing documents, as well as numerous factual and legal misrepresentations. Plaintiffs' Motion is largely identical to the Motion for Sanctions that Plaintiffs sent to Brewington in July, and seems to be the same Motion, only repackaged for the purpose

1

of attempting to seal Brewington's filings. Plaintiffs' arguments are not correct, not supported by the record, nor by case law. Brewington responds briefly, lest his silence be construed as admission that Plaintiffs' arguments are somehow correct. Brewington's Motion to Quash and subsequent pleadings contained accurate information supported by voluminous evidence. If this Court requires further information, evidence, or argument on this topic, Brewington will submit further briefing.

Brewington opposes Plaintiffs' Motion for the simple fact that Plaintiffs are trying to conceal evidence of their wrongdoing from the record. This is evidenced by the fact that they are attempting to seal only Brewington's filings, and not the entire case. Plaintiffs request defies the interests of justice. Plaintiffs want to conceal anything that reflects poorly on them by sealing the record. This is not a valid or compelling reason to seal the record. Plaintiffs have failed to identify any valid legal ground to seal this case, let alone only one party's filings.

Brewington believes that Plaintiff will, as they have done in the past, use the judicial system to create an inaccurate and incomplete record to portray Brewington as one who makes false claims and arguments to attack his credibility in the public record. To defend against any false portrayal, and in the interests of completeness and accuracy, the Court should leave this file open to the public. It is necessary to protect not only Brewington's reputation and credibility in the likely event that Plaintiffs continue their harassment of him, but also to prevent an incomplete record, which could be used to portray a false or misleading version of these proceedings by any party in the future.

Brewington has kept this response brief because this case has already taken up far too much of his and this Court's time, money, and resources, and he would prefer this case to simply end. If this Court requires further information, evidence, or argument on

any of the above topics, Brewington will submit further briefing. For the reasons explained above. Brewington respectfully requests that this Court deny Plaintiffs' Motion to Seal Documents 1, 5, and 6.

RESPECTFULLY SUBMITTED this 16th day of August, 2017.

**INGLE LAW FIRM**

By:/s/ *Michelle Mozdzen*
Michelle Mozdzen
Christopher B. Ingle
*Attorneys for non-party*
*John Brewington*

# CERTIFICATE OF SERVICE

I hereby certify that on August 16th, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria Crimi Speth
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Email: mcs@jaburgwilk.com
*Attorneys for Plaintiffs*

Kristopher Madsen
Stuart Tinley Law Firm, L.L.P.
310 W. Kanesville Blvd. Second Floor
Council Bluffs, Iowa 51501
Email: Kristopher.Madsen@stuarttinley.com
*Attorneys for Defendant*

Joel Robbins
Robbins & Curtin PLLC
301 East Bethany Home Road
Suite B-100
Phoenix, Arizona 85012
Email: joel@robbinsandcurtin.com
*Attorney to be noticed*

Angela Campbell
Dickey & Campbell Law Firm, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, Iowa 50309
Email: Angela@dickeycampbell.com
*Attorney to be noticed*

Dated: August 16th, 2017

By: /s/ *Michelle Mozdzen*